IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **NORTHROP GRUMMAN SHIP SYSTEMS, INC.,** formerly known as **Ingalls Shipbuilding, Inc.** | PLAINTIFF |
| v. | Civil No. 1:02cv785-HSO-RHW |
| **THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA** | DEFENDANT |
| **THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA** | COUNTER-CLAIMANT |
| v. | |
| **NORTHROP GRUMMAN SHIP SYSTEMS, INC.** | COUNTER-DEFENDANT |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order Granting Plaintiff's Request for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 58(d) entered herewith, the Court enters judgment pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is entered against Defendant The Ministry of Defense of the Republic of Venezuela in the amount of $137,977,646.43, inclusive of pre-award interest, plus costs and fees. This amount shall be subject to post-judgment interest pursuant to 28 U.S.C. § 1961, accruing from the date of this Court's March 31, 2020, Memorandum Opinion and Order [406].

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc.'s claims for a maritime lien and for injunctive relief are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 4th day of June, 2020.

s/ *Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

A TRUE COPY, I HEREBY CERTIFY

ARTHUR JOHNSTON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
By: _____, Deputy Clerk