

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
COSTA MESA, CA

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

**LOS ANGELES**
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**
FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

**COSTA MESA**
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**
FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Laura Davis Jones         July 31, 2020          ljones@pszjlaw.com
                                                  302.778.6401

**VIA HAND DELIVERY**
John A. Cerino
Clerk
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venezuela*; **Registration of Judgment from Another District**

Dear Mr. Cerino:

      We write on behalf of Plaintiff Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated's ("Huntington Ingalls" or "Plaintiff").  Enclosed please find the following documents issued by the Clerk of the United States District Court for the Southern District of Mississippi: (i) original Clerk's Certification of a Judgment to be Registered in Another District; and (ii) certified copy of Judgment, in the above-referenced action.

      By order dated July 23, 2020 the United States District Court for the Southern District of Mississippi authorized Huntington Ingalls to register for good cause the attached Judgment in the District of Delaware pursuant to 28 U.S.C. § 1963.  We accordingly request that you kindly register this judgment in the District of Delaware. Thank you in advance for your attention to this matter.

      To the extent this matter requires a judicial assignment, we request the matter be assigned to Chief Judge Stark because it is related to pending actions before Chief Judge Stark against the Bolivarian Republic of Venezuela and related defendants.

DOCS_DE:230015.2 68700/001



July 31, 2020
Page 2

    Please let me know if you need any further information.

    Very truly yours,

    PACHULSKI STANG ZIEHL
    & JONES LLP

    */s/ Laura Davis Jones*

    Laura Davis Jones (DE Bar No. 2436)
    Email: ljones@pszjlaw.com