

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
COSTA MESA, CA

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

COSTA MESA
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**
FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Laura Davis Jones

September 15, 2020

ljones@pszjlaw.com
302.778.6401

## VIA ELECTRONIC FILING AND HAND DELIVERY

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re: *Northrop Grumman Ship Systems, Inc. v. Ministry of Defense of the Republic of Venezuela*, No. 1:20-mc-00257-UNA

Dear Chief Judge Stark:

Together with Alston & Bird LLP, this firm represents the Plaintiff and judgment creditor Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., now known as Huntington Ingalls Incorporated ("Plaintiff" or "Huntington Ingalls"), in the matter of *Northrop Grumman Ship Systems, Inc. v. Ministry of Defense of the Republic of Venezuela*, No. 1:20-mc-00257-UNA (D. Del.) currently before the Court.

On July 31, 2020, Huntington Ingalls registered with this Court the Judgment of the United States District Court for the Southern District of Mississippi confirming an international arbitration award against the Bolivarian Republic of Venezuela in the amount of $137,977,646.43. Through its motion filed today in the above-captioned proceeding, Huntington Ingalls seeks relief pursuant to Section 1610(c) of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1610(c), and an order authorizing the Clerk of the Court to issue a writ of attachment *fieri facias* ("*fi. fa.*") as to the shares of PDV Holding, Inc. ("PDVH"), a Delaware corporation fully-owned by Petróleos de Venezuela S.A. ("PDVSA"), the state oil company of Venezuela and the alter ego of its judgment debtor the Bolivarian Republic of Venezuela ("Venezuela").

Huntington Ingalls requests that its motion be referred to Your Honor's attention because it raises issues closely related to those

DOCS_DE:230685.1 61134/001



September 15, 2020
Page 2

already before the Court in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, C.A. No. 17-mc-151-LPS and other related cases.

We understand that the Court has scheduled a telephone conference in *Crystallex* for this Thursday, September 17, 2020 at 9:00 AM. *See* Oral Order, *Crystallex International Corporation v. Bolivarian Republic of Venezuela*, No. No. 17-mc-151-LPS (D. Del.) (D.I. 218).  Huntington Ingalls respectfully requests that the Court grant leave for its lead counsel, Alexander A. Yanos of Alston & Bird (*pro hac vice pending*), to be heard at this Thursday morning's hearing for no more than five minutes on the issues more broadly before the Court and implicated by Huntington Ingalls' motion.

Respectfully submitted,

*/s/ Laura Davis Jones*

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP

*Attorneys for Plaintiff*

CC: All counsel of record in 1:17-mc-00151-LPS; 1:19-mc-00290-LPS; and 1:19-cv-00290-LPS