# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NORTHROP GRUMMAN SHIP SYSTEMS, INC., | : |
| *Plaintiff*, | : C.A. No. 1:20-mc-00257-LPS |
| v. | : |
| THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, | : |
| *Defendant*. | : |

## [PROPOSED] ORDER GRANTING PETRÓLEOS DE VENEZUELA, S.A.'S UNOPPOSED MOTION TO INTERVENE

AND NOW, this **10th** day of **February**, 2021, this Court having considered Petróleos de Venezuela, S.A.'s ("PDVSA") unopposed motion, pursuant to Fed. R. Civ. P. 24(a)(2) and (b)(1)(B), to intervene in this action (the "Intervention Motion") and to file papers in response to plaintiff Northrop Grumman Ship Systems, Inc.'s Motion for Relief Under 28 U.S.C. § 1610(c) and for a Writ of Attachment *Fieri Facias* [D.I. 3] (the "Attachment Motion");

IT IS HEREBY ORDERED that:

1. The Intervention Motion is GRANTED; and

2. PDVSA is permitted to file a response to the Attachment Motion.

_____
UNITED STATES DISTRICT JUDGE