# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHROP GRUMMAN SHIP SYSTEMS, INC.,<br><br>　　　　Plaintiff.,<br><br>　　v.<br><br>THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA,<br><br>　　　　Defendant. | C.A. No. 1:20-mc-00257-LPS |

### DECLARATION OF ALEXANDER A. YANOS IN SUPPORT OF PLAINTIFF'S AMENDED MOTION FOR A WRIT OF ATTACHMENT *FIERI FACIAS*

Pursuant to 28 U.S.C § 1746, I, Alexander A. Yanos, declare as follows:

1. I am an attorney at Alston & Bird, LLP and counsel for Petitioner Huntington Ingalls Incorporated ("Plaintiff" or "Huntington Ingalls") in the above-captioned matter.

2. I submit this declaration in support of Plaintiff's Amended Motion for an order authorizing the Clerk of the Court to issue a writ of attachment *fieri facias* ("Motion").

3. I represented Huntington Ingalls in its pursuit of an order recognizing and executing the arbitration award rendered against Venezuela in the Southern District of Mississippi in the proceedings captioned *Northrop Grumman Ship Sys., Inc. v. Ministry of Def. of the Bolivarian Republic of Venezuela*, No. 1:02-cv-00785-HSO-RHW (S.D. Miss.).

4. Venezuela has since appealed the district court's order recognizing and executing the Award to the United States Court of Appeals for the Fifth Circuit in the proceedings captioned *Northrop Gumman Ship Sys., Inc. v. Ministry of Def. of the Republic of Venez.*, No. 20-60347 (5th Circ.). Venezuela did not file a supersedeas bond. The Fifth Circuit heard oral argument on the case on February 2, 2021, and the parties are waiting for an opinion.

5. Based on my experience and review of publicly available information, Venezuela has failed fully to honor the following international arbitration awards, which are currently the subject of enforcement proceedings before U.S. courts:

| No. | Case Name | Date | Amount (exclusive of interest) | Status |
|---|---|---|---|---|
| 1 | *Crystallex International Corporation v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB(AF)/11/2 | April 4, 2016 | US$ 1,202 million | Enforcement proceedings pending. *Crystallex International Corporation v. Bolivarian Republic of Venezuela*, 1:17-mc-00151 (D. Del. filed June 19, 2017). |
| 2 | *OI European Group B.V v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB/11/25 | March 10, 2015 | US$ 372.5 million | Enforcement proceedings pending. *OI European Grp. B.V. v. Bolivarian Republic of Venez. et al.*, 1:19-mc-00290 (D. Del. filed Nov. 11, 2019) |
| 3 | *Valores Mundiales, S.L. and Consorcio Andino S.L. v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB/13/11 | July 25, 2017 | US$ 430.4 million* | Enforcement proceedings pending. *Valores Mundiales, S.L., et al. v. Bolivarian Republic of Venez.*, 1:19-cv-00046 (D.D.C. filed Jan. 8, 2019) |
| 4 | *Koch Minerals Sàrl and Koch Nitrogen International Sàrl v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB/11/19 | October 30, 2017 | US$ 325* million | Enforcement proceedings pending. *Koch Minerals Sàrl, et al. v. Bolivian Republic of Venez.*, 1:17-cv-02559 (D. Del. filed Nov. 28, 2017) |

| No. | Case Name | Date | Amount (exclusive of interest) | Status |
|---|---|---|---|---|
| 5 | *Tenaris S.A. and Talta - Trading e Marketing Sociedade Unipessoal Lda. v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB/11/26 | January 29, 2016 | US$ 173 million | Enforcement proceedings pending. *Tenaris S.A et al v. Bolivarian Republic of Venez.*, 1:18-cv-1371 (D.D.C. filed June 8, 2018) |
| 6 | *Tenaris S.A. and Talta - Trading e Marketing Sociedade Unipessoal Lda. v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB/12/23 | December 12, 2016 | US$ 137.3 million | Enforcement proceedings pending. *Tenaris S.A et al v. Bolivarian Republic of Venez.*, 1:18-cv-1373 (D.D.C. filed June 8, 2018). |
| 7 | *Vestey Group Ltd v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB/06/4 | April 15, 2016 | US$ 98.1 million | Enforcement proceedings pending. *Vestey Group Ltd v. Bolivarian Republic of Venez.*, 1:18-cv-01456 (D.D.C. filed June 20, 2018) |
| 8 | *Tidewater Investment SRL and Tidewater Caribe, C.A. v. Bolivarian Republic of Venezuela*, ICSID Case No. ARB/10/5 | March 13, 2015 | US$ 36.4 million | Enforcement proceedings pending. *Tidewater Investment SRL, et al. v. Bolivarian Republic of Venez.*, 1:19-mc-00079 (D. Del. filed April 3, 2019) |
| 9 | *Saint-Gobain v. Venezuela*, ICSID Case No. ARB/12/13 | November 3, 2017 | US$ 29.6 million* | Enforcement proceedings pending. *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela et al.*, 1:20-cv-00129 |

| No. | Case Name | Date | Amount (exclusive of interest) | Status |
|---|---|---|---|---|
|  |  |  |  | (D.D.C. filed Jan. 15, 2020) |
|  | TOTAL |  | US$ 2,804.3 million |  |
| * annulment proceedings pending ||||  |

6. Based on my experience and review of publicly available information, I am likewise unaware of any case in which Venezuela has posted a supersedeas bond on appeal. *Cf. Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, No. 1:16-cv-00661-RC, ECF No. 44, (D.D.C. Aug. 8, 2017) (refusing to stay judgment absent Venezuela's posting of a supersedeas bond); *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, No. 1:17-mc-151-LPS, 2018 U.S. Dist. LEXIS 144118, *6 (D. Del. Aug. 23, 2018) ("[I]f PDVSA wishes to prevent execution of the writ of attachment, it must file a Rule 62(d) motion and post a supersedeas bond (or seek other appropriate relief").

7. Attached hereto as "**Exhibit 1**" is Huntington Ingalls's proposed writ of *fieri facias* directed to PDVH.

8. Attached hereto as "**Exhibit 2**" is Huntington Ingalls's proposed *praecipe* in support of its request that the Clerk of the Court issue the writ of *fieri facias*.

9. Attached hereto as "**Exhibit 3**" is a true and correct copy of the District Court in the Southern District of Mississippi's Memorandum Opinion and Order Granting Plaintiff Northrop Grumman Ship Systems, Inc.'s Motion for Recognition and Execution of Arbitration Award, *Northrop Grumman Ship Sys., Inc. v. Ministry of Def. of the Republic of Venez.*, No. 1:02-cv-00785-HSO-RHW (Mar. 31, 2020), D.I. 406.

10. Attached hereto as "**Exhibit 4**" is a true and correct copy of the District Court in the Southern District of Mississippi's Order Granting In Part And Denying In Part Without Prejudice Plaintiff's Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, *Northrop Grumman Ship Sys., Inc. v. Ministry of Def. of the Republic of Venez.* No. 1:02-cv-00785-HSO-RHW (July 23, 2020), D.I. 441.

11. Attached hereto as "**Exhibit 5**" is a true and correct copy of Alexandra Ulmer & Marianna Parraga, "Oil output goes AWOL in Venezuela as soldiers run PDVSA," REUTERS (Dec. 26, 2018), https://www.reuters.com/article/us-venezuela-pdvsa-military-specialrepor/special-report-oil-output-goes-awol-in-venezuela-as-soldiers-run-pdvsa-idUSKCN1OP0RZ.

12. Attached hereto as "**Exhibit 6**" is a true and correct copy of "Minister Quevedo Inspected Full Operability of VHICOA", PETROLEOS DE VENEZUELA, S.A. (PVDSA.com) (Oct. 28, 2019), http://www.pdvsa.com/index.php?option=com_content&view=article&id=9371:minister-quevedo-inspected-full-operability-of-vhicoa&catid=10:news&Itemid=908&lang=en.

13. Attached hereto as "**Exhibit 7**" is a true and correct copy of "Venezuela names El Aissami to PDVSA board of directors," REUTERS (Sept. 9, 2018), https://in.reuters.com/article/venezuela-pdvsa/venezuela-names-el-aissami-to-pdvsa-board-of-directors-idINKCN1LP0O9.

14. Attached hereto as "**Exhibit 8**" is a true and correct copy of Joshua Goodman, "Maduro taps US fugitive to revamp Venezuela oil industry," ASSOCIATED PRESS (Apr. 27, 2020), https://apnews.com/7afdd9afd266471c922c1517fcd9db2d.

15. Attached hereto as "**Exhibit 9**" is a true and correct copy of Ana Vanessa Herrero, "After U.S. Backs Juan Guaido as Venezuela's Leader, Maduro Cuts Ties", NEW YORK TIMES

(Jan. 23, 2019), https://www.nytimes.com/2019/01/23/world/americas/venezuela-protests-guaido-maduro.html.

16. Attached hereto as "**Exhibit 10**" is a true and correct copy of Statement Recognizing Venezuelan National Assembly President Juan Guaidó as the Interim President of Venezuela, THE WHITE HOUSE (Jan. 23, 2019), https://www.whitehouse.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela/.

17. Attached hereto as "**Exhibit 11**" is a true and correct copy of Ben Bartenstein, "U.S. Shields Citgo From Creditors in Win for Venezuela's Guaido," (Oct. 24, 2019), https://www.bloomberg.com/news/articles/2019-10-24/u-s-shields-citgo-from-creditors-in-win-for-venezuela-s-guaido.

18. Attached hereto as "**Exhibit 12**" is a true and correct copy "Guaidó on recovered assets: 'Our commitment is to Venezuelans and transparency,'" Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Aug. 7, 2020), https://presidenciave.com/presidency/guaido-on-recovered-assets-our-commitment-is-to-venezuelans-and-transparency/.

19. Attached hereto as "**Exhibit 13**" is a true and correct copy of the "Guidelines for the Renegotiation of the Chavez/Maduro Era Legacy Public External Debt, Office of the Special Attorney General of the Bolivarian Republic of Venezuela," Asamblea Nacional (July 1, 2019), https://tinyurl.com/y68b8mpx.

20. Attached hereto as "**Exhibit 14**" is a true and correct copy of Renzo Pipoli, "Venezuela's Guaidó to name new boards of PDVSA and Citgo," UPI (Jan. 29, 2019),

https://www.upi.com/Energy-News/2019/01/29/Venezuelas-Guaido-to-name-new-boards-of-PDVSA-and-Citgo/7141548760904/.

21. Attached hereto as "**Exhibit 15**" is a true and correct copy of "Venezuelan Interim Government Achieves Strengthening of U.S. Treasury Measures for the Protection of CITGO and Other Assets", Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Nov. 21, 2019), https://presidenciave.com/embassies/venezuelan-interim-government-achieves-strengthening-of-u-s-treasury-measures-for-the-protection-of-citgo-and-other-assets/.

22. Attached hereto as "**Exhibit 16**" is a true and correct copy of PDVSA Memorandum of Law in Support of Motion for Summary Judgment, *Petroleos De Venez. S.A. et al v. MUFG Union Bank, N.A. et al*, No. 1:19-cv-10023 (S.D.N.Y. June 15, 2020), D.I. 117.

23. Attached hereto as "**Exhibit 17**" is a true and correct copy of "PDVSA's ad hoc Board of Directors highlights the transparent management of its subsidiaries in the U.S.," Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Aug. 5, 2020), https://presidenciave.com/international/pdvsas-ad-hoc-board-of-directors-highlights-the-transparent-management-of-its-subsidiaries-in-the-u-s/.

24. Attached hereto as "**Exhibit 18**" is a true and correct copy of "Venezuela's opposition names new members to PDVSA ad-hoc board," REUTERS (June 30, 2020), https://www.reuters.com/article/us-venezuela-politics-pdvsa/venezuelas-opposition-names-new-members-to-pdvsa-ad-hoc-board-idUSKBN24139X.

25. Attached hereto as "**Exhibit 19**" is a true and correct copy of "Frequently Asked Questions, Venezuela Sanctions," U.S. Department of the Treasury, https://home.treasury.gov/policy-issues/financial-sanctions/faqs/topic/1581.

26. Attached hereto as "**Exhibit 20**" is a true and correct copy of "U.S. Treasury Department Extends Protection to Citgo from PDVSA 2020 Bonds (Press Release)," Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (July 15, 2020), https://presidenciave.com/presidency/u-s-treasury-department-extends-protection-to-citgo-from-pdvsa-2020-bonds-press-release/.

27. Attached hereto as "**Exhibit 21**" is a true and correct copy of "NY District Court responds favorably to the appeal of the Interim Government with a ruling that prevents holders of the PDVSA 2020 Bond from acting against CITGO's Assets," Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Dec. 29, 2020), https://presidenciave.com/embassies/ny-district-court-responds-favorably-to-the-appeal-of-the-interim-government-with-a-ruling-that-prevents-holders-of-the-pdvsa-2020-bond-from-acting-against-citgos-assets/.

28. Attached hereto as "**Exhibit 22**" is a true and correct copy of "President (e) Guaidó after court ruling on PDVSA 2020 bonds: 'CITGO remains protected,'" Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Oct. 17, 2019), https://presidenciave.com/presidency/president-e-guaido-after-court-ruling-on-pdvsa-2020-bonds-citgo-remains-protected/.

29. Attached hereto as "**Exhibit 23**" is a true and correct copy of Luc Cohen, "Venezuela's congress to voice concern to U.S. over Nynas sanctions removal," REUTERS (May 14, 2020), https://www.reuters.com/article/venezuela-pdvsa-nynas-usa-idINKBN22Q0H2.

30. Attached hereto as "**Exhibit 24**" is a true and correct copy of "Venezuela's Guaidó names Citgo chief executive to board," REUTERS (July 9, 2020), https://www.reuters.com/article/idUSKBN24A394.

8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 19, 2021
      New York, New York

Respectfully submitted,

_____
Alexander A. Yanos (*pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Tel: 202-210-9400
Fax: 212-210-9444
alex.yanos@alston.com