

**OFICINA DEL PROCURADOR ESPECIAL**
República Bolivariana de Venezuela

PER-P-236                                                Bogotá D.C., 02 de abril de 2021

<u>Via E-mail</u>

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, Delaware 19801

      Re:    <u>*Northrop Grumman Ship Systems, Inc.* v. *The Ministry of Defense of the Republic of Venezuela*, C.A. No. 1:20-mc-00257-LPS</u>

Estimado Juez Stark,

La República lamenta no estar en condiciones de presentar una comunicación en este momento en el caso *Northrop*. Desafortunadamente, debido a las especiales condiciones institucionales, humanitarias y económicas que atraviesa nuestro país, se han establecido estrictos procedimientos y controles para la asunción de nuevos compromisos económicos, incluida la contratación de firmas de abogados y/o la asignación de nuevos casos, por lo que, hasta el momento no se ha logrado la autorización o aprobación para contratar a un bufete de abogados externos para comparecer en este importante caso. Aunque la República no se encuentra actualmente en condiciones de contratar a un bufete para defender sus intereses en este caso, apoya los argumentos hechos por PDVSA en la presentación que hace PDVSA hoy. Tan pronto como la República pueda contratar a un bufete de abogados comparecerá en este caso, y no buscará alterar por esa razón el calendario de presentaciones y sumisiones fijados por la Corte.

Muy respetuosamente,


**ENRIQUE J. SÁNCHEZ FALCÓN**
Procurador Especial de la República

1



OFICINA DEL PROCURADOR ESPECIAL
República Bolivariana de Venezuela

**ENGLISH TRANSLATION**

Dear Judge Stark,

The Republic regrets not being in a position to present a submission at this moment in the *Northrop* case. Unfortunately, due to the extraordinary institutional, humanitarian, and economic conditions our country is going through, strict procedures and controls have been established for the assumption of new economic commitments, including the hiring of law firms and/or the assignment of new cases, due to which, at this moment, authorization and approval have not been granted to hire an external law firm to appear in this important case. Although the Republic is not currently in a position to hire a law firm to defend its interests in this case, it supports the arguments made by PDVSA in the presentation that PDVSA is making today. As soon as the Republic is able to hire a law firm, it will appear in this case, and will not seek to alter on that account the calendar of presentations and submissions set by the Court.

Very Respectfully,


**ENRIQUE J. SÁNCHEZ FALCÓN**
Procurador Especial de la República

2