IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHROP GRUMMAN SHIP SYSTEMS, INC., <br><br> Plaintiff., <br><br> v. <br><br> THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 1:20-mc-00257-LPS |

**DECLARATION OF ALEXANDER A. YANOS
IN SUPPORT OF PLAINTIFF'S AMENDED MOTION
FOR A WRIT OF ATTACHMENT *FIERI FACIAS* REPLY BRIEF**

Pursuant to 28 U.S.C § 1746, I, Alexander A. Yanos, declare as follows:

1. I am an attorney at Alston & Bird, LLP and counsel for Petitioner Huntington Ingalls Incorporated ("Plaintiff" or "Huntington Ingalls") in the above-captioned matter.

2. I submit this declaration in support of Plaintiff's Amended Motion for an order authorizing the Clerk of the Court to issue a writ of attachment *fieri facias* ("Motion").

3. Attached hereto as "**Exhibit 1**" is a true and accurate copy of "Presentación de resultados 2019 – 2020, Junta Administradora Ad Hoc De PDVSA," *available at* https://link.edgepilot.com/s/a25f3bb9/HhhG6zWll0qp_ytLIAIqLw?u=https://pdvsa-adhoc.com/Presentacion_2020_PDVSA_ad_hoc.pdf (last visited April 16, 2021).

4. Attached hereto as "**Exhibit 2**" is certified copy of Exhibit 1 translated in English: "Presentation of results 2019 – 2020, PDVSA Ad Hoc Board of Directors".

5. Attached hereto as "**Exhibit 3**" is a true and accurate copy of "Louis Pacheco: 'Si No Hubiésemos Demandado Los Bonistas Habrían Hecho Una Fiesta Y Tomado Citgo,"

1

EMBAJADA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA, (Nov. 17, 2020), https://us.embajadavenezuela.org/noticias/luis-pacheco-si-no-hubiesemos-demandado-los-bonistas-habrian-hecho-una-fiesta-y-tomado-citgo/.

6. Attached hereto as "**Exhibit 4**" is a true and accurate certified copy of Exhibit 3 translated in English: "Louis Pacheco 'If We Had Not Sued, The Bondholders Would Have Had A Party And Taken Citgo," EMBASSY OF BOLIVARIAN REPUBLIC OF VENEZUELA (Nov. 17, 2020).

7. Attached hereto as "**Exhibit 5**" is a true and accurate copy of "Venezuela's PDVSA, in default, says total debt remained unchanged in 2019," REUTERS (Jan. 27, 2020), https://www.reuters.com/article/us-pdvsa-debt/venezuelas-pdvsa-in-default-says-total-debt-remained-unchanged-in-2019-idUSKBN1ZQ1UM.

8. Attached hereto as "**Exhibit 6**" is a true and accurate copy of a collection of webpages taken from the "Venezuela Oil & Gas" website, https://www.venezuelaoilgas.com (last visited April 16, 2021).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 16, 2021  
      New York, New York

Respectfully submitted,

_____  
Alexander A. Yanos (*pro hac vice*)  
**ALSTON & BIRD LLP**  
90 Park Avenue  
New York, NY 10016  
Tel: 202-210-9400  
Fax: 212-210-9444  
alex.yanos@alston.com

2