# Exhibit 1



**PDVSA**



**Presentación de resultados**

# 2019 - 2020

# JUNTA ADMINISTRADORA
# AD HOC DE PDVSA

# AGENDA





**PDVSA**
- Antecedentes
- Objetivos 2019
- Junta Administradora ad hoc de PDVSA
- Nynas A.B. y otros activos
- Relación de los activos con EE. UU.
- Bonos PDVSA 2020
- Crystallex y otros casos en Delaware, EE. UU.
- Presupuesto de defensa de activos

**ENTIDADES DE CITGO**

- Estabilidad financiera
- Estabilidad operacional
- Protección de activos
- Gobernanza corporativa
- Investigaciones

**EL ROL DE PDVSA EN EL FUTURO DE VENEZUELA**

**CONCLUSIONES FINALES**



# ANTECEDENTES

**CREACIÓN DE LA JUNTA ADMINISTRADORA AD HOC DE PDVSA (8 DE FEBRERO 2019)**

- Cinco directores
- Tomar control de PDV Holding, Inc. / CITGO Holding, Inc. / CITGO Petroleum Corporation

**AMPLIACIÓN DE LA JUNTA ADMINISTRADORA AD HOC Y SUS FACULTADES (10 DE ABRIL DE 2019)**

- Ampliación a 9 directores (manteniendo 4 de los directores originales)
  - Tomar control de las filiales de PDVSA constituidas en el exterior (2.1)*
  - Ordenar pagos para extinción de obligaciones (2.2)*
  - Ejercer representación legal de PDVSA y sus filiales – con las atribuciones de la asamblea de accionistas
- Presupuesto y recursos técnicos sin definición

* Decreto No.3, Presidencia (e) de la República Bolivariana de Venezuela



# OBJETIVOS 2019

- En conjunto con la Procuraduría Especial de la República, se definen los objetivos prioritarios en un espacio temporal que se vislumbraba fuera máximo de un semestre

- Junta Administradora ad hoc representando a PDVSA como accionista de PDV Holding, Inc. / CITGO

- Bonos PDVSA 2020

- Litigios en el Tribunal de Distrito de Delaware (todos pretenden acceder a CITGO)

  - Caso Crystallex
  - Caso Owens Illinois
  - Caso Saint-Gobain
  - Caso Tidewater
  - Caso ConocoPhillips

- Relación con el Departamento del Tesoro (OFAC)

- Laudo de Petrozuata – ConocoPhillips

- Nynas A.B.



# JUNTA ADMINISTRADORA AD HOC
# MODO DE FUNCIONAMIENTO

- **Debido a la dispersión geográfica de sus miembros, y la falta de recursos, las reuniones son virtuales, una vez por semana o de manera extraordinaria cuando la situación así lo amerite – Quorum de cinco de sus miembros (artículo 10, decreto No. 3)**

- **Presidente de la Junta Administradora ad hoc actúa como representante ante terceros y suscribe documentos necesarios para ejercer los derechos que corresponden a PDVSA y a sus empresas filiales (...) (articulo 8, ibid)**

- **La representación judicial y extra judicial de PDVSA y sus filiales directas e indirectas (...) corresponderá exclusivamente al Procurador Especial (artículo 11, ibid)**

- **Con poco o ningún apoyo presupuestario de operación**



# SITUACIÓN INICIAL NYNAS A.B.



**PDVSA**

**100%**

**PROPERNYN B.V. (Holanda)**

**100%**

**PDV Europa B.V. (Holanda)**

**50.001%**

**AB NYNÄS (Suecia)**

- Nynas A.B. es un sistema de refinería de crudos de especialidades en el mercado del norte de Europa. PDVSA ha sido socio desde 1986

- Sujeta a las sanciones de la OFAC (Orden Ejecutiva 13850, 1 de noviembre de 2018) al PDVSA tener mayoría accionaria

- El 28 de enero de 2019, a instancias del Gobierno Legítimo, la OFAC emite Licencia General 13 (GL13) que le permite a Nynas seguir operando bajo ciertas restricciones – expira el 27 de julio de 2019

- Al igual que CITGO los riesgos de su situación financiera y relaciones comerciales estaban sujetas a la temporalidad de la duración de las licencias



# NYNAS A.B.*



### ABRIL 2019 - 2020...

**Múltiples actuaciones en coordinación con la Comisión Permanente de Energía y Petróleo, el Centro de Gobierno y las representaciones diplomáticas en Suecia y Holanda para lograr la toma de control, vía el reconocimiento en Holanda, de la legitimidad de la Junta Administradora ad hoc de PDVSA – Finalmente infructuosas**

### 2019 -2020...

**Octubre 2019:** con la Procuraduría Especial de la República se procura con la OFAC, la renovación de la licencia General GL13D para darle flexibilidad de operación a Nynas hasta abril 2020 - no puede comprar crudo venezolano

**13.12.2019:** Nynas anuncia que entra en proceso de reorganización financiera

### 2020

**Abril 2020:** la OFAC extiende la GL13E (30 días) para permitir finalizar restructuración

**Mayo 2020:** Nynas anuncia restructuración accionaria (acordado con PDVSA La Campiña). La OFAC anuncia levantamiento de sanciones



**Titularidad y Estructura de Gobernanza de Nynas A.B.**

| NESTE | NYNÄSSTIFTELSEN | PDVSA |
|---|---|---|
| 49.999% | 35.003% | 14.999% |

Fuente: Nynas A.B.

**\* Reporte a la Asamblea Nacional sobre Nynas A.B., 25.05.2020**



# OTROS ACTIVOS DE INTERÉS

## PDV CARIBE S.A.*

- Refinería Petrojam Jamaica - expropiada
- Refidomsa PDV República Dominicana

## PDVSA AMÉRICA S.A*

- PDVSA Argentina
- PDVSA Bolivia
- PDVSA Ecuador
- PDVSA Paraguay

  Entre otros...

## PDVSA ISLA DE CURAZAO B.V.

- Contrato de operación de la Refinería Isla de Curacao

# RELACIÓN CON ACTIVOS EN EE. UU.

## Entidades en **Venezuela**

### PDVSA

**Representada por la
Junta Administradora ad hoc**
POSEE EL 100% DE

## Entidades en **Estados Unidos**



POSEE EL 100% DE



POSEE EL 100% DE



POSEE



**Tres Refinerías y otros activos**

---

En febrero de 2019 la Junta Administradora ad hoc de PDVSA nombra las juntas de PDV Holding, Inc., CITGO Holding, Inc. y CITGO Petroleum Corporation

Como dueño del 100% de las acciones de PDV Holding, Inc., la Junta Administradora ad hoc de PDVSA ejerce labor de accionista de acuerdo a las leyes del estado de Delaware, EE. UU.

- Garantizar autonomía de operación de acuerdo a las leyes que rigen las compañías privadas en EE. UU.
- Nombramiento de las juntas directivas de las filiales PDVSA registradas en Delaware como compañías privadas
- Rendición de cuentas trimestral de filiales ante la Junta Administradora ad hoc de PDVSA
- Coordinación de defensa de los activos con las juntas directivas de PDV Holding, Inc. y CITGO Petroleum Corporation

**Desde que fueron nombradas las juntas directivas de las filiales de PDVSA, se han ganado todas las demandas en su contra en las cortes de Delaware, EE. UU., ratificando así la legitimidad de esos nombramientos.**



Case 1:20-mc-00257-LPS   Document 16-1   Filed 04/10/21   Page 11 of 75 PageID #: 1496

# SITUACIÓN ENCONTRADA EN EE. UU.

## ⇾ PRINCIPALES RIESGOS

- **Bonos PDVSA 2020** emitidos por PDVSA en condiciones de invalidez en 2016, teniendo como garantía el 50.1% de las acciones de PDV Holding, Inc. en CITGO – única deuda sin cesación de pagos y con pago de intereses de corto plazo (27 de abril de 2019)

- **Demanda de Crystallex** en Delaware por deuda de la República, pidiendo el embargo de las acciones de PDVSA en PDV Holding, Inc. - El tribunal había ya fallado en contra de la República en 2018 – en proceso de apelación

- PDV Holding, Inc. y sus filiales (CITGO) bajo el efecto de las **sanciones de la OFAC** (DoT) y operando con una licencia de corto plazo

- CITGO con un perfil de **deuda de alto riesgo** y habiendo perdido el suministro de crudo venezolano



# PDVSA 2020*

## 2016

PDVSA ofrece canje de deuda y emite nuevos bonos conocidos como: **"8.50% Senior Secured Notes due 2019"**

Se da como garantía el 50.1% de las acciones de CITGO Holding Inc., propietaria de CITGO Petroleum Corporation Asamblea Nacional rechaza validez de la emisión

## ABRIL 2019

Remanente de la deuda es de $1.683 millones

**27.04.19:** obligación de pago de intereses: $71.5 millones – 30 días de período de gracia

## MAYO 2019

**07.05.19:** Asamblea Nacional aprueba el pago de intereses bajo protesta

**15.05.19:** la Junta Administradora ad hoc de PDVSA realiza el pago bajo protesta

Fondos provienen de cuentas por pagar a PDVSA de filial de PDVH

Pago hecho bajo licencia de la OFAC

## OCTUBRE AGOSTO 2019

Análisis de opciones financieras para enfrentar pago en **octubre 2019**

Conversaciones con tenedores que insisten en pago capital e intereses

Ante la falta de liquidez y cercanía de fecha de vencimiento, PDVSA propone a los tenedores de bonos acordar un aplazamiento de pagos (forbearance) de 3 meses

## OCTUBRE 2019

Tenedores tienen pocos incentivos ya que tenían licencia para ejecutar la garantía (GL5)

**15.10.19:** Asamblea Nacional ratifica su criterio sobre invalidez de la emisión

**21-24.10.19:** continúan conversaciones con tenedores, sin éxito**

**24.10.19:** la OFAC emite GL5A, bloqueando la capacidad de los tenedores de ejecutar la garantía

**29.10.19:** luego de consultas y con la aprobación de la Asamblea Nacional, PDVSA y las filiales, introducen demanda en tribunal de New York buscando la invalidez de la deuda y la garantía***

## JULIO 2020

La **Jueza Polk Failla** decide posponer el argumento oral para el **22.09.20** en espera de la opinión solicitada al Gobierno de EE. UU.

---

\* Fuente: Informe de Gestión 2019 de la Junta ad hoc, Dic 2019
\*\* 27.10.19: se vencía un pago de $913 millones que de no hacerse generaba "default"
\*\*\* El juicio se lleva a cabo bajo la protección de la GL5D válida hasta 20.10.2020

 PDVSA

# CRYSTALLEX*

## 2002-2011

**2002 -** Venezuela firma contrato con Crystallex International: mina de oro Las Cristinas

**2011 –** Hugo Chávez expropia la mina y con ello los derechos contractuales de Crystallex

## 2016-2017

**2016 -** Crystallex interpone acción de arbitraje internacional contra la República y gana laudo de $1.200 millones

**2017 -** un tribunal en Washington DC confirma el laudo a favor de Crystallex

**14.08.2017 -** Crystallex inicia acción en el estado de Delaware para obtener el pago mediante venta de acciones de PDVSA en PDVH

## 2018

**09.08.2018 -** el Juez Stark dictaminó que la República y PDVSA son **Alter Ego**[1] y, emite una orden de embargo sobre las acciones de PDV Holding, Inc.

**Noviembre 2018 -** el régimen acuerda hacer un pago de $500 millones a Crystallex y esta pide suspensión de actuaciones hasta **enero 2019**

## 2019-2020

La representación legítima de PDVSA y la República introducen apelación del veredicto

**Julio 2019 -** la apelación es desestimada en la corte del 3er Circuito y reafirma la decisión en noviembre 2019

**Febrero 2020 -** se introduce un recurso de "writ of certiorari" en la Corte Suprema de EE. UU.

**Mayo 2020 -** la Corte Suprema decide no revisar el caso

## 2020

**Mayo 2020 -** se reanuda el juicio en la Corte de Distrito de Delaware

**Junio – julio 2020 -** la República y PDVSA presentan mociones con el objetivo de rescindir el veredicto y/o evitar el embargo de las acciones de PDVSA en PDVH

Gobierno norteamericano interviene en el juicio a petición del juez y somete oficios de apoyo a la posición del Gobierno Legítimo

Audiencia final en curso

**\* Fuente:** Informe de Gestión 2019 de la Junta ad hoc, Dic 2019

**[1] ALTER EGO:** La República y PDVSA están tan interconectados que, según la ley de EE. UU., las acciones de PDVSA en PDVH deben tratarse como propiedad de la República.

**PDVSA**

# OTROS CASOS EN DELAWARE

**Varios acreedores han recibido laudos de arbitraje internacional contra Venezuela, que ahora están tratando de hacer cumplir en EE. UU. y Canadá contra CITGO Petroleum Corporation, CITGO Holding, Inc. y PDV Holding, Inc., además de PDVSA y la República:**

- **Crystallex International (compañía minera de oro canadiense): 1.2 mil millones de dólares más intereses**

- **ConocoPhillips (4 entidades COP involucradas en proyectos en la Faja del Orinoco): 1.5 mil millones de dólares más intereses**

- **OI European Group B.V. (fabricante de envases de vidrio con sede en los Países Bajos, propiedad exclusiva de Owens-Illinois, Inc.): laudo de 378 millones de dólares más intereses**

- **Rusoro Mining Ltd. (compañía minera de oro canadiense): laudo de 971 millones de dólares más intereses**

 **Estos casos están en suspenso a la espera de que finalice el caso de Crystallex. En todo caso el juez\* ha determinado que cada caso debe probar individulamente el argumento del Alter Ego**

**\* Chief Judge Leonard P. Stark, Corte del Distrito de Delaware, es el juez en todas las causas**



# PRESUPUESTO DE DEFENSA DE ACTIVOS*

## Autorizaciones

- **Acuerdo AN de abril de 2019:** aprueba el pago de intereses de los Bonos PDVSA 2020 (USD 71.500.000)

- **Acuerdo AN del 1 de octubre de 2019:** que autorizó a ejecutar hasta dos millones de dólares (USD 2.000.000,00),

- **Acuerdo AN de 19 de noviembre de 2019:** al crear el Fondo de Litigio, autorizó la disposición del remanente de USD 1,5 millones, conforme a la distribución de gastos que había informado esta Junta Administradora ad hoc a la Comisión Permanente de Finanzas y Desarrollo Económico, el 4 de noviembre de 2019

- **Acuerdo AN de 28 de enero de 2020:** por el cual se autoriza el uso de recursos hasta por la cantidad de USD 20 millones, para el pago de honorarios profesionales y gastos legales asociados a la protección, recuperación y control de activos de Venezuela en el extranjero



**Fuentes de fondos** (acreencias a PDVSA)

*Reportes a la Asamblea Nacional: abril de 2019, enero de 2020 , mayo de 2020, julio de 2020



# PORTAFOLIO



- **Además de EE. UU., PDVSA tiene activos en varios países que deben ser jerarquizados para recobrar –tomando en cuenta su complejidad– potencial de recobro, contribución financiera, apoyo diplomático y político**

- **Limitación de recursos financieros y humanos han retrasado el enfoque de la Junta Administradora ad hoc de PDVSA en esta parte del portafolio**

- **Hay además un sin número de demandas a PDVSA y a la República en EE. UU., que –aunque no son de gran envergadura– deben continuar siendo atendidas**





# ENTIDADES
# DE CITGO



# ACTIVOS - CITGO HOLDING, INC.

- **CITGO Holding, Inc. fue formada en febrero del año 2015**

- **Es dueña del 100% de las acciones de CITGO Petroleum Corporation**

- **Adicionalmente es dueña de cinco terminales con capacidad de 10 millones de barriles y con participación en poliductos para un promedio de transporte de casi 800 mil barriles por día.**

**La empresa fue creada por PDVSA para colocar como colateral los activos y participación accionaria en CITGO Petroleum Corporation para las emisiones de CITGO 2015 (bono y préstamo) 2.200 millones de dólares de dichas emisiones los envió como "dividendos" a PDVSA.**

| Terminales | (miles barriles) |
|---|---|
| East Chicago | 4,273 |
| Linden | 3,669 |

| Terminales mercadeo | |
|---|---|
| Albany | 1,225 |
| Toledo | 1,151 |
| Dayton | 221 |

| Poliductos (% participación) | Promedio |
|---|---|
| West Shore Pipeline Company (18.4%) | 308 |
| Wolverine Pipeline Company (9.5%) | 349 |
| Inland Pipeline Company (16.2%) | 152 |





# ACTIVOS - CITGO PETROLEUM CORPORATION

- CITGO Petroleum Corporation es una empresa refinadora con tres refinerías ubicadas en tres estados distintos de EE. UU. – **Es parte de PDVSA desde 1986**

- Tiene una capacidad nominal de refinación de 769.000 bpd con terminales marítimos de acceso internacional y conectividad al sistema integrado de tuberías hacia el interior del país.

- Factura alrededor de 26.000 millones de dólares (2019).

- Empleados: 3.500 personas

- Tiene participación o es dueña de 41 terminales con capacidad de 12 millones de barriles de productos y están ubicados a lo largo de 21 estados. De estos terminales, nueve tienen puertos con acceso al agua. Por contratos con terceros tiene acceso a más de 120 terminales adicionales

La marca CITGO tiene 55 años y su logo esta presente en más de 4.700 estaciones de servicio que son privadas, operadas por terceros, y distribuyen gasolina, diésel y lubricantes.



| Refinería | Ubicación | Capacidad bpd |
|-----------|-----------|---------------|
| Lake Charles | Louisiana | 425,000 |
| Corpus Cristi | Texas | 167,000 |
| Lemont | Illinois | 177,000 |



# SITUACIÓN A FEBRERO 2019



## Designación de PDVSA, en enero 2019, como SDN[1]

- La designación creó una incertidumbre para los entes financieros y comerciales que interactuaban con CITGO
- Suspensión de suministro de crudo de Venezuela a CITGO
- Licencia de la OFAC para operación de CITGO Petroleum Corporation con vencimiento en julio de 2019

## Riesgo por acciones que puedan ejercer los tenedores de Bonos PDVSA 2020

- PDVSA colocó como colateral el 50.1% de la participación accionaria de CITGO Holding, Inc. para asegurar las obligaciones contraídas con la emisión del bono por 3.368 millones de dólares
- Intereses del Bono PDVSA 2020 por 71.5 millones de dólares a ser pagados en abril de 2019
- Principal e intereses por ~913 millones de dólares a ser pagados en octubre de 2020

[1] SDN : Specially Designated Nationals- la OFAC (Office of Foreign Asset Control) del Departamento del Tesoro de Estados Unidos publica una lista de empresas o individuos cuyos activos en EE. UU. se bloquean y se prohíbe a entidades de EE. UU. efectuar ninguna  transacción con ellos





# SITUACIÓN A FEBRERO 2019
*(Continuación)*

- Reclamo de Crystallex en la Corte de Delaware, EE. UU.

- Fitch (agencia calificadora de riesgo crediticio) coloca la deuda de CITGO bajo vigilancia negativa[1]

- Vencimiento de facilidades de crédito 1er semestre de 2019 y rechazo de entidades financieras en refinanciar

- Dudas de que CITGO calificaba como una empresa solvente y en marcha debido al efecto de las sanciones, litigios y la posibilidad de ir a un "default" en marzo de 2019

[1] Negative Credit Watch



# ENTORNO Y OBJETIVOS ESTABLECIDOS POR LAS NUEVAS JUNTAS DIRECTIVAS





**FEB 2019 Incertidumbre del futuro de la empresa**

- Incertidumbre del Personal
- Sanciones a PDVSA. CITGO parte de una SDN
- Inestabilidad Financiera: Bancos retiran crédito rotativo
- Inestabilidad Operativa: Prepago suministro crudo
- Investigaciones Departamento de Justicia

## OBJETIVOS PRIMARIOS

- Estabilidad Financiera
- Estabilidad Operacional
- Protección de Activos
- Gobernanza Corporativa



# PRINCIPALES LOGROS 2019



**Estabilidad Financiera**

- Refinanciamiento del 70% de la deuda de las entidades de CITGO ($3.090 millones)
- Opinión favorable de los auditores
- Mejora del riesgo crediticio

**Estabilidad Operacional**

- Incremento en la capacidad de refinación en 20.000 barriles por día
- Incremento de 60% en el total de inversión y mantenimiento extraordinario respecto a 2018
- Record en procesamiento de crudos y exportación de productos en el 4to trimestre 2019

**Protección de Activos**

- Apoyo de EE. UU., a través de la OFAC, en emisión de licencias y extensiones para la operación
- Modificación a las cláusulas de cambio de control accionario en los contratos de financiamiento

**Gobernanza Corporativa**

- Revisión de controles y reestructuración de posiciones de liderazgo
- Auditorías e investigaciones
- Reestructuración del departamento legal y de cumplimiento
- Reestructuración del departamento de compra de materiales
- Nombramiento del Presidente Ejecutivo, VP de Legal, Director de Ética y Cumplimiento Normativo





# ESTABILIDAD FINANCIERA



# FINANCIAMIENTO
## 2019





# DIVIDENDOS DECLARADOS Y PAGADOS 1997 - 2019

## *La política del régimen comprometió la capacidad financiera de CITGO*



**Deuda emitida por CITGO Holding, Inc. para enviar dividendos a PDV Holding, Inc. por 2.200 mil millones de dólares**

Dividendos pagados a PDV Holding, Inc.

$ 13,264

Legend: Anual | Venta de activos | Deuda por dividendos | Dividendos acumulados

Y-axis left: Dividendos anuales, $MM
Y-axis right: Dividendos acumulados, $MM

- **En 2006, 2007 y 2008 CITGO vendió su participación en (1) Refinería Lyondell - CITGO, (2) el Sistema de distribución en tuberías Explorer, Eagle y Colonial, y (3) CITGO - Asphalt (CARCO). Todos los recursos generados de estas ventas de activos fueron enviados como dividendos a PDVSA (~2 mil millones de dólares)**

 PDVSA

# SITUACIÓN FINANCIERA HEREDADA POR LA NUEVA JUNTA DIRECTIVA





**$ 1.220 MILLONES**

**Titularización de cuentas por cobrar $320 millones**

VENCIMIENTO JULIO 2019

**Línea de crédito rotativa por $900 millones**

VENCIMIENTO MAYO 2019

**Notas garantizadas $1.875 millones**

**Préstamo B garantizado $650 millones**

**Notas garantizadas $650 millones**

**2019**     **2020**     **2021**     **2022**

CITGO HOLDING
CITGO PETROLEUM

- Vencimiento en menos de 1-3 meses para instrumentos de liquidez
- Urgente renovación por sanciones por relación con PDVSA
- Pérdida de acceso al mercado financiero
- Auditores externos subrayan dificultades en continuidad operacional
- Calificación de riesgo a punto de ser rebajada
- Riesgos operacionales y financieros por potencial incumplimiento del
- Bono PDVSA 2020 y litigios en Delaware (Crystallex)



# FINANCIAMIENTO 2019



## MARZO 2019

**Reemplazo de las facilidades de crédito de 1.220 millones de dólares por un préstamo a plazo de 1.191 millones de dólares de CITGO Petroleum Corporation - vence 2024**

## AGOSTO 2019

**Reemplazo del bono de 1.870 millones de dólares de CITGO Holding, Inc. por un préstamo a plazo de 499 millones de dólares - vence 2023 y bono por 1.370 millones de dólares vence 2024.**





# FINANCIAMIENTO 2019
## *Retos del Proceso*

**Obstáculos** en el refinanciamiento de la Línea de Crédito Rotativa (Revólver) de 900 millones de dólares con vencimiento 1er semestre 2019

**Inversionistas** de la facilidad de crédito existente no querían renovar la línea por incertidumbre respecto a las sanciones y por el riesgo de reputación de asociarse con PDVSA

Los bancos de inversión con los que CITGO Petroleum Corporation había trabajado en el pasado declinaron liderar, administrar o actuar como agentes de colateral

Se requería  buscar con urgencia, dada la proximidad del vencimiento, un banco o institución financiera que fuese líder, administrador o garante colateral, que tuviera credibilidad en el mercado y que tuviese una cartera de clientes que le pudiese interesar el sector de refinación



# CITGO PETROLEUM CORPORATION
## *Resultados 2019 – Flujo de caja*



| | Efect Inicial 01 Enero 2019 | Efect Final 31 diciembre 2019 |
|---|---|---|
| Efectivo y equivalente | 260 | 1.321 |
| Efectivo restringido corriente | 14 | 19 |
| Efectivo restringido | -- | 14 |
| | 274 | 1.354 |



# CITGO PETROLEUM CORPORATION

## *Mejoras en las calificaciones de riesgo crediticio en 2019*



| | | Febrero 2019 | Julio 2019 | Septiembre 2019 | Actual 29.07.2020 |
|---|---|---|---|---|---|
| **Perfil Stand Alone** | Moody's | B- | B- | B3 | B3 |
| | FITCH | BB | BB | BB | BB |
| | Standard & Poor's | BB- | BB- | BB | B+ |
| **Emisor de Crédito larga duración [1]** | Moody's | B- | B- | B3 | B3 |
| | FITCH | B | B | B | B |
| | Standard & Poor's | B- | B- | B- | B- |
| **Proyección a futuro** | Moody's | Estable | Estable | Estable | Estable |
| | FITCH | Vigilancia de crédito negativa [2] | Estable | Estable | Vigilancia de crédito negativa [a] |
| | Standard & Poor's | Crédito en vigilancia [3] | Crédito en vigilancia | Estable | Estable |

[1] Long Term Issuer
[2] Negative Credit Watch
[3] Credit Watch
[a] Impacto COVID-19





# ESTABILIDAD OPERACIONAL



# ENTORNO ENERGÉTICO 2018 VS. 2019



| Indicadores ($/bbl) | 2018 | 2019 | |
|---|---|---|---|
| Brent FOB – WTI Cushing | 5.99 | 7.26 | ⬆ |
| USGC Gas Crack Brent, Ex-RVO | 6.09 | 5.67 | ⬇ |
| WTI Houston - WTI Midland | 12.69 | 2.28 | ⬇ |
| WTI Houston - WTI Cushing | 5.66 | 3.22 | ⬇ |
| USGC ULSD Crack Brent, Ex-RVO | 12.96 | 13.60 | ⬆ |
| Brent FOB - Maya FOB | 8.48 | 6.56 | ⬇ |
| WTI Cushing - WCS Hardisty | 26.91 | 13.66 | ⬇ |
| Chicago Gas Crack WTI, Ex-RVO | 11.30 | 12.48 | ⬆ |
| Chicago ULSD Crack WTI, Ex-RVO | 20.06 | 19.70 | ⬇ |
| | | 4.27 | ⬇ |

- Reducción en el diferencial entre crudo liviano y pesado afecta a refinerías de conversión como CITGO (Brent - Maya y WTI - WCS)
- Los crudos del Permian se apreciaron con respecto a Houston al aumentar la capacidad de los oleoductos (2019) reduciendo el margen en refinarlos.
- Reducción en el margen de gasolina a crudo en refinerías del golfo (USGC). La gasolina representa el 46% de lo producido, compensado en parte por el diferencial de diésel con crudo.



Carga a refinerías, miles de barriles día



# CITGO PETROLEUM CORPORATION
## *Resultados 2019 – Refinerías*



# CITGO PETROLEUM CORPORATION

## *Resultados 2019*

**Variación adversa en casi todos los márgenes de refinación por condiciones de mercado, afectando precios y volúmenes de venta lo cual afectó los ingresos operacionales comparando 2018 vs. 2019**



PBF y CITGO no separan el segmento refinación. CITGO indica EBITDA ajustado

# CITGO PETROLEUM CORPORATION



## *Resultados 2019 – Estado de ganancias y pérdidas 2018 vs. 2019*

| ($ MILLONES) | 2018 | 2019 |
|---|---|---|
| **Ingresos** | | |
| Ventas Netas | 29740 | 25567 |
| Otros Ingresos | 29 | 24 |
| **Total Ingresos** | 29769 | 25591 |
| | | |
| Costos y Gastos | 25336 | 22043 |
| Compra de crudo e insumos | 2884 | 2698 |
| Costos de operación | 336 | 339 |
| Gastos generales, venta y admón. | 122 | 185 |
| Intereses y arrendamiento financiero | -1 | 3 |
| Otros gastos | | |
| Total costos y gastos | 28677 | 25268 |
| Ingresos antes de impuestos | 1092 | 323 |
| Impuestos | 241 | 78 |
| **UTILIDAD NETA** | 851 | 246 |



# CITGO PETROLEUM CORPORATION



## *Resultados 2019 – Estado de ganancias y pérdidas 2018 vs. 2019*

La utilidad neta en 2019 se redujo en 605 millones de dólares principalmente por:

- **Menores Ventas en 2019** resultado de las condiciones de mercado (4.2 mil millones de dólares) comparado con un menor costo de crudos (3.2 mil millones de dólares). El promedio del crudo comprado en 2018 fue de $63.4/bbl y se redujo a $59/bbl. Sin embargo, esta reducción en costos no fue suficiente para compensar la caída en las ventas.

- Los costos de operación se favorecieron por un menor costo de energía para las refinerías.

- **Los gastos por intereses se incrementaron al cambiar las facilidades de crédito por un préstamo a plazo de 1.191 millones de dólares,** en condiciones de riesgo por no poder renovarlas y bajo situación de sanciones y baja credibilidad en el mercado.

- La reducción en impuesto se debe a menor ingresos antes de impuestos aun cuando la tasa efectiva de impuestos para el año 2019 fue mayor.

- Eventos no recurrentes:

**- Pérdida de inventario de crudo de 60 millones de dólares por la toma ilegal y forzosa a bordo del buque Gerd Knutsen**

- Eliminación de cuentas por cobrar de reaseguradoras por 30 millones de dólares debido a liquidación de PDVIC.
- Gastos de litigio asociados a fluido hidráulico por 24 millones de dólares
- Recobro costos de litigio Athos por 21 millones de dólares
- Ganancia por liquidación volumen inventario LIFO 31 millones dólares





# CITGO PETROLEUM CORPORATION

## *Incremento en capacidad nominal de refinación en 20 mil barriles por día y flexibilidad para procesar crudos livianos*

### Capacidad  nominal de refinación (mil barriles por día)

| REFINERÍAS | 2019 | ANTES (2005) | CAMBIO |
|---|---|---|---|
| Corpus Christi | 167 | 157 | +10 |
| Lake Charles | 425 | 425 | - |
| Lemont | 177 | 167 | +10 |
| Total | 769 | 749 | +20 |



# RESULTADOS 2019

## *Inversiones y Mantenimiento*

### Inversiones de capital y Mantenimiento extraordinario[1]

| $ MILLONES | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Turnaround/Catalizador | 278 | 210 | 298 | 282 | 218 | 439 |
| Inversión capital | 203 | 333 | 160 | 237 | 237 | 280 |
| Total | 481 | 543 | 458 | 519 | 455 | 719 |

### Ejecución de Inversiones por actividad

| $ MILLONES | 2018 | 2019 |
|---|---|---|
| Regulatorio/Ambiental | 67 | 60 |
| Mantenimiento | 144 | 170 |
| Estrátegico | 15 | 37 |
| Seguridad/Mitigación Riesgos | 11 | 13 |
| Total | 237 | 280 |

[1] Mantenimiento Extraordinario – Turnaround - Parada de Plantas

### Mantenimiento extraordinario 2019 vs. 2018

| Refinerías | Plantas | 2018 (MILLONES DE $) | 2019 (MILLONES DE $) |
|---|---|---|---|
| Lake Charles | Choque 1 ULSD BOH Sulfolano Unicracker | 117 | 163 |
| Lemont | #1 FCC EP B-SRU Amina Principal ULSD Cat Reformador | 39 | 56 |
| Corpus Cristi | C-SRU Planta H2 Crudo/Sat Gas COker #5 Platformer SRU MIDHT ULSD | 62 | 220 |
| TOTAL | | 218 | 439 |



# CITGO PETROLEUM CORPORATION

## *Resultados 2019 – Compra de crudos*



### COMPRA DE CRUDOS DOMÉSTICOS MILES DE BARRILES DÍA

| Año | Miles barriles |
|-----|-----|
| 2011 | 30 |
| 2012 | 84 |
| 2013 | 175 |
| 2014 | 241 |
| 2015 | 291 |
| 2016 | 273 |
| 2017 | 254 |
| 2018 | 297 |
| 2019 | 341 |



### COMPRA DE CRUDOS POR ORIGEN

U.S. 50%
Other 19%
Canada 29%
Venezuela 2%

casi 79% crudo de norteamérica

### CRUDO VENEZOLANO HISTÓRICO

| Año | Miles barriles por día | % total corrida crudos |
|-----|-----|-----|
| 2019 | 33 | 5 % |
| 2018 | 177 | 25 % |
| 2017 | 154 | 23 % |
| 2016 | 194 | 28 % |
| 2015 | 207 | 29 % |

- **Fuente de crudos 2019:** domésticos de EE. UU., canadienses, y otros importados.

- Crudo venezolano solo durante el primer trimestre 2019 Incremento de crudo liviano doméstico en refinerías del golfo



### CRUDO IMPORTADO EN REFINERÍAS DE LA COSTA DEL GOLFO (MILLONES BARRILES)

2019: JAN 6.7, FEB 6.1, MAR 4.9, APR 2.9, MAY 4.4, JUN 5.8, JUL 5.7, AUG 5.9, SEP 5.3, OCT 5.2, NOV 7.4, DEC 6.6

2020: JAN 7.2, FEB 6.7, MAR 6.5

Legend: Libya, Egypt, Ecuador, Argentina, Angola, Nigeria, Equatorial Guinea, Brazil, Trinidad, Mexico, Canada, Colombia, Venezuela



# CITGO PETROLEUM CORPORATION

## *Resultados 2019 – Indicadores de seguridad históricos*



**Indicador de Seguridad Ocupacional= (0.3 * TRIR) + (0.7* DART + tasa de casos de fatalidad)**



| 1T 2020 | TRIR YTD | DART YTD |
|---|---|---|
| Empleados | 0.11 | 0.00 |
| Contratistas | 0.17 | 0.08 |
| Combinados | 0.14 | 0.05 |

**2015 a 2019**

**2020 a julio 2020**

Act Month

Act YTD

Industry Average SI

Threshold: 0.163
Target: 0.142
Maximum: 0.116

**En marzo tuvimos un accidente vehicular que resultó en el deceso del contratista**





# PROTECCIÓN DE ACTIVOS



# CITGO COMO OBJETIVO DE ACREEDORES





Crystallex
ConocoPhillips
Préstamo Rosneft

**PDVSA**

**PDV Holding, Inc**

Bonos
PDVSA 2020
50.1%
Acciones como
colateral

PDVSA
Préstamo
Rosneft

49.9% Acciones
como colateral

**CITGO Holding, Inc**

**CITGO**





# PROTECCIÓN DE ACTIVOS



## Control accionario:

- Se negociarion claúsulas para mitigar riesgo de un cambio de control accionario

- La renegociación logró condicionarlo: (a) si la participación accionaria de PDVSA (directa o indirectamente) llegaba a tener menos del 50%, y (b) si una agencia calificadora de riesgo (Moody's o Standard and Poor's) bajaba la calificación de riesgo de la empresa en un período de 90 días.

- Adicionalmente, en la facilidad de crédito, se requería que el auditor emitiese una opinión "clean"[1] sobre si la empresa seguía siendo una empresa en marcha "going concern" y se eliminó.

[1] Esto significa que la opinión del auditor indicaría que los estados financieros representan, de manera razonable, las operaciones y situación financiera de la empresa y no tiene ningún comentario adicional ni reserva respecto al funcionamiento de la empresa en el corto plazo.



# PROTECCIÓN DE ACTIVOS



## Apoyo de EE. UU.:

- Se logró obtener una licencia especial de la OFAC para operar continuamente por 18 meses, renovables automáticamente mensualmente.

- Se logró la emisión y reciente renovación de la Licencia General 5D, otorgada por la OFAC para proteger a CITGO de cualquier medida de ejecución forzosa (PDVSA 2020).

- El Gobierno de EE. UU. interpuso, a través del Departamento de Justicia, el Representante Especial para Venezuela, y la OFAC, su opinión ante la Corte de Delaware respaldando las acciones judiciales del Gobierno Legítimo de Venezuela en torno a la defensa de CITGO (Caso Crystallex).





# GOBERNANZA
# CORPORATIVA





# GOBERNANZA CORPORATIVA

La nueva Junta Directiva reconoció que era necesaria una investigación de las presuntas irregularidades y estableció el mecanismo para su ejecución a fin de:

- Asegurar que no continúen esos posibles actos de corrupción

- Establecer los mecanismos necesarios para establecer las defensas y reclamos necesarios que pudiesen generar potenciales litigios en contra de personas que pudiesen estar en posibles actos de corrupción

- Estar preparados para interactuar con las autoridades americanas competentes

- Contratar asesores legales que ejecuten las investigaciones, ayuden a encausar las acciones frente a las autoridades competentes, y ejerzan las acciones legales que sean necesarias.

- Establecer controles internos en la ejecución de contrataciones de bienes y servicios, incluyendo experiencias y credenciales técnicas y financieras de las compañías que se contratan, en función de los estándares de la industria, y siguiendo los mecanismos de transparencia y programas de cumplimiento normativo




# GOBERNANZA CORPORATIVA



- Selección del Presidente Ejecutivo de un grupo de 13 candidatos con un historial de experiencia en la industria de refinación y en petróleo, altos estándares éticos y conocimiento de las mejores prácticas de gobierno corporativo

- Contratación de un asesor externo para revisar los sistemas de control interno y realizar investigaciones internas, resultando en eliminación de roles como: **vicepresidente de servicios compartidos y servicios de procura para el accionista**

- Selección del auditor de CITGO Petroleum Corporation

- <u>**Establecimiento de sistemas de protección (whistleblower)  a los denunciantes de irregularidades**</u>

- Capacitación a los empleados en la ley de prácticas corruptas en el extranjero

- **Asignar la actividad de cumplimiento normativo y ética al vicepresidente de asuntos legales y gubernamentales**

- **Actualización del código de ética empresarial**







# INVESTIGACIONES



# INVESTIGACIONES

- En el momento que la actual Junta Directiva de CITGO Petroleum Corporation fue nombrada, se estaban presentando una serie de denuncias de presuntos actos de corrupción en contra de CITGO, y en contra de contratistas que hacían negocios con la compañía.

- Otros alegatos de presuntos actos de corrupción se denunciaron como consecuencia de las investigaciones que el Departamento de Justicia de Estados Unidos está ejecutando en contra de PDVSA y sus filiales, desde el año 2013 a 2018.

- CITGO Petroleum Corporation recibió una citación de parte del Departamento de Justicia de Estados Unidos, el 14 de mayo de 2019 (Añade otra capa de supervisión al de la OFAC).



# INVESTIGACIONES

- La citación requiere una cantidad de documentación y transacciones ejecutadas por la compañía y por PDVSA con terceros desde el año 2013 a 2018.

- Adicionalmente, el Departamento de Justicia envió una segunda citación a la compañía el día 17 de diciembre de 2019, solicitando información sobre transacciones de seguros cuyo involucrado es la compañía cautiva de PDVSA en Bermuda: PDVIC.

- La Junta Directiva está comprometida a colaborar con toda la información que el Departamento de Justicia solicite en el marco de la investigación que está ejecutando sobre PDVSA y sus filiales.

## SHIERA BASTIDAS – RINCÓN FERNÁNDEZ

- En marzo y junio de 2016, Abraham José Shiera Bastidas y Roberto Enrique Rincón Fernández se declararon culpables por prácticas de corrupción penadas por el FCPA. Se estima que estos individuos están relacionados como contratistas de PDVSA y de CITGO, como también de otras filiales de PDVSA dedicadas a la procura de bienes y servicios tales como PDV Services, Inc. y Bariven.



# INVESTIGACIONES - ANTECEDENTES

## JOSÉ MANUEL GONZÁLEZ TESTINO Y PLS

- El 14 de marzo de 2014 CITGO y PLS suscribieron un contrato en el cual PLS acuerda proveer servicios de procura y logística relacionados con los servicios de procura que prestaba CITGO en representación de PDVSA. PLS es una compañía poseída por José Manuel González Testino.

- González Testino se declaró culpable en Estados Unidos por violaciones al FCPA, parte en ello por sobornar a diferentes personas en PDVSA/CITGO.

- Entre 2014 y 2018, CITGO pagó a PLS y filiales aproximadamente 20 millones de dólares como contratista en diversas transacciones de procura, como parte de los servicios que se prestaban en el Proyecto de Procura con el Accionista.

- CITGO, luego de consultar al Departamento de Justicia, decidió demandar a PLS y a González Testino por incumplimiento de contrato, fraude, reclamos por indemnización y costos relacionados con los incumplimientos de contrato, así como reclamos civiles relacionados con la Ley RICO.



# INVESTIGACIONES - ANTECEDENTES

### INTERAMERICAN CONSULTING LLC

- En marzo de 2017, PDV USA, filial de PDV Holding, Inc., suscribió un contrato de consultoría con Interamerican Consulting por 50 millones de dólares.

- El dueño de dicha compañía es el excongresista David Rivera.

- La idea de la contratación era que el señor Rivera suministrara servicios de consultoría estratégica para mejorar la reputación de PDVSA. Dicha contratación sería por un plazo de tres meses, y el monto sería pagadero en 6 partes. Se pagaron 15 millones de dólares, quedando por pagar 35 millones de dólares. Esta contratación fue autorizada por PDVSA en Caracas.

- Una vez la nueva Junta Directiva tomó control de PDV Holding, Inc., y como parte del proceso de investigación que está realizando, y previa consulta con el Departamento de Justicia, decidió demandar a Interamerican Consulting por incumplimiento de contrato.


PDVSA



# CITGO PETROLEUM CORPORATION EN LA COYUNTURA DEL COVID-19

 PDVSA



# CITGO PETROLEUM CORPORATION



## *Entorno energético COVID-19*
## *Demanda de productos – En vías de recuperación*







- **La demanda se está recuperando lentamente a medida que los estados han suavizado las restricciones. Sin embargo, hay incertidumbre sobre nuevos cierres de la economía**

- **La gasolina continúa mostrando una mejora en la demanda a medida que las empresas vuelven a abrir y los viajes de verano continúan en aumento**

- **La demanda de destilados se está recuperando pero podría necesitar el impulso continuo en el empleo para estimular el consumo**

- **La demanda de combustible para aviones en EE. UU. está aumentando a un ritmo más rápido que el aumento del volumen de pasajeros, debido a la aviación no comercial y de carga**

**Fuente: EIA, TSA, ERDC**

# CITGO PETROLEUM CORPORATION



## *Entorno energético COVID-19*
## *Exportaciones desde EE. UU. están mejorando*

**EE. UU. Exportaciones de gasolina, MBD**

-33% vs 2019

**EE. UU. Exportaciones de destilados, MBD**

-14% vs 2019

**EE. UU. Exportaciones de Jet Fuel, MBD**



-62% vs 2019

**Demanda de productos refinados en Latinoamérica**



- **Las exportaciones estadounidenses de gasolina y diésel se recuperaron en junio con la ayuda de la creciente demanda de América Latina**

- **El aumento de las exportaciones hizo poco para frenar las crecientes existencias en la Costa del Golfo. El exceso continúa forzando el almacenamiento de productos en los buques en alta mar.**

- **La baja utilización de las refinerías (~ 50%, 12% a/a) en América Latina también ha contribuido al aumento de las importaciones.**

**Fuente: EIA, IHS**



# CITGO PETROLEUM CORPORATION

## *Resultados 1er Trimestre 2020 - Refinerías*





**Margen bruto $/bbl**

Lake Charles: 6.91 / 3.85
Corpus Christi: 4.34 / 6.41
Lemont: 13.17 / 11.72

**Desembolso en gastos operacionales $/bbl**

Lake Charles: 5.00 / 5.30
Corpus Christi: 5.41 / 4.96
Lemont: 6.64 / 5.75

**Total procesamiento miles de barriles día**

Lake Charles: 418 / 365
Corpus Christi: 197 / 204
Lemont: 189 / 195

**EBITDA.  $MM**

Lake Charles: 57 / (63)
Corpus Christi: (24) / 19
Lemont: 110 / 106

■ Q1 2019   ■ Q1 2020



# CITGO PETROLEUM CORPORATION

## Resultados 1er trimestre 2020
## Estado de Ganancias y Pérdidas 1T 2019 vs. 1T 2020



**ESTADO DE GANANCIAS Y PÉRDIDAS**                    **1ER TRIMESTRE**

| ($ MILLONES) | 2019 | 2020 |
|---|---|---|
| **Ingresos** | | |
| Ventas netas | 6012 | 4971 |
| Otros ingresos | 4 | 10 |
| Total ingresos | 6016 | 4981 |
| **Costos y gastos** | | |
| Compra de crudo e insumos | 5278 | 4280 |
| Costos y gastos de operación | 718 | 997 |
| Gastos generales, venta y admin. | 72 | 85 |
| Intereses | 31 | 49 |
| Otros gastos | 1 | -173 |
| Total costos y gastos | 6100 | 5238 |
| **Ingresos (pérdidas) antes de impuestos** | -84 | -257 |
| Impuestos | -17 | -98 |
| **Utilidad neta** | -67 | -159 |



# CITGO PETROLEUM CORPORATION



## *Resultados 1er trimestre 2020*
## *Estado de Ganancias y Pérdidas 1T 2019 vs. 1T 2020*

**La utilidad neta en el 1er trimestre de 2020 se redujo en 92 millones de dólares debido a:**

- Disminución de los ingresos en casi 1000 millones de dólares debido a una caída de casi 20% en los precios de venta de los productos que no se compensó completamente con el incremento de volumen de ventas en ~ 4%

- En el costo de compra de crudo e insumos se observa un ahorro por los bajos precios de crudo debido al desacuerdo Rusia y OPEP en los cortes de producción de crudo. El precio promedio para el 1er trimestre de 2019 fue de $57/barril y el 1er trimestre 2020 fue de $45.9/barril

- Cuatro eventos no recurrentes como:

  - Ajuste por 332 millones de dólares en el valor de los inventarios al reflejar el menor valor del mercado vs. su valor en libros
  - Ingreso de 172 millones de dólares por recuperación de los gastos en el litigio del Athos
  - Beneficio fiscal de 48 millones de dólares por CARES ACT (Coronavirus Aid Relief and Economic Stability)
  - Recobro de gastos de litigios por 19 millones de dólares



# CITGO PETROLEUM CORPORATION



## *Resultados 1er Trimestre 2020*
## *Un trimestre de pérdidas en el negocio de refinación*



La industria de refinación en Estados Unidos fue afectada fuertemente durante el primer trimestre. Pérdidas ocasionadas por:

• **Menos volumen y menor precio**

• **Revalorización de inventarios**



# CITGO PETROLEUM CORPORATION

## *RESULTADOS - 1er Trimestre 2020 – Un trimestre de pérdidas en el negocio de refinación y CITGO tiene un EBITDA ajustado de 38 millones de dólares*



Así mismo, para el caso del EBITDA ajustado que permite deducir o no incluir eventos no recurrentes como lo fueron pérdidas por ajustar el inventario a valor de mercado y pérdidas por minusvalía.

Aún tres empresas siguen presentando pérdidas. En el caso de CITGO su EBITDA ajustado es de 38 millones de dólares.





# FINANCIAMIENTO 2020



## OBJETIVOS

- **Refinanciamiento de deuda a plazo de CITGO Petroleum Corporation, con fecha de vencimiento julio 2021[1]**

- **Reforzar liquidez de la empresa de cara a las amenazas de mercado originadas por el COVID-19**



[1] **Si se refinancia cuando se convierte en corriente (menor a 12 meses), incrementa el riesgo de que el mercado considere que la empresa tiene problemas para seguir operando como empresa en marcha "going concern"**



# FINANCIAMIENTO 2020

Ante la incertidumbre del COVID-19 para 2020 y los resultados financieros del 1T 2020, muchas empresas del sector energético de EE. UU. recurrieron al financiamiento. El objetivo era tener liquidez para cubrir sus operaciones durante el resto del año 2020.



**US $ MIL MILLONES**

| Empresa | Valor |
|---|---|
| WESTERN MIDSTREAM OPERAT | 3.5 |
| VALERO ENERGY CORP | 2.4 |
| PHILLIPS 66 | 4 |
| PBF HOLDING CO LLC | 2 |
| PAR PACIFIC HOLDING | 0.1 |
| NABORS INDUSTRIES LTD | 1 |
| MPLX LP | 3.1 |
| MARATHON PETROLEUM CORP | 3.5 |
| HOLLY FRONTIER | 0.5 |
| EXXON MOBIL CORPORATION | 25 |
| DELEK US HOLDINGS INC | 0.2 |
| CVR ENERGY INC | 1 |
| CHEVRON CORP | 8 |

**US $ MIL MILLONES POR FECHA**

**Fuente: Bloomberg enero - junio 2020**

Colocación de deuda por 55 mil millones de dólares de algunas empresas seleccionadas del sector energético en 5 meses



Case 1:20-cv-00257-LPS   Document 26-1   Filed 04/2025   Page 65 of 75 PageID #: 1472



# FINANCIAMIENTO 2020

## *CITGO accede al mercado financiero en junio*

### Éxito en la colocación privada de notas garantizadas por 1.125 millones de dólares al 7% con madurez 2025

- CITGO Petroleum Corporation, considerado en el mercado como un emisor corporativo, coloca notas garantizadas con dos reconocidas bancas de inversión[1]

- Se identifica una ventana de oportunidad que permite a CITGO Petroleum Corporation tasas de interés significativamente más bajas (7%) que otras emisiones de similar calificación de riesgo que CITGO Petroleum Corporation

- Fortaleza de CITGO Petroleum Corporation en el mercado lleva a una sobredemanda y logra una emisión mayor a la originalmente solicitada de 750 millones de dólares para  permitir a CITGO Petroleum Corporation suficiente liquidez para cubrir la caída en las ventas y cumplir sus obligaciones financieras y comerciales por los efectos del COVID-19

- Participación de 149 inversionistas institucionales. El 80% de la colocación se efectuó con Fondos de Inversión grandes y altamente reconocidos

- Competidores equiparables en industria de refinación en EE. UU. colocan 1.000 millones de dólares a 9 1/4%

¹ JP Morgan y Jefferies



**TASA DE INTERÉS VS. CALIFICACIÓN DE RIESGO**

— Simple Average Based on Number of Issuances in Credit Rating
▲ CITGO

Fuente: Bloomberg- Período I SEM 2020









# ¿QUÉ ES LA FUNDACIÓN SIMÓN BOLÍVAR?



- La Fundación se estableció en el año 2006, como fundación privada sin fines de lucro de CITGO.

- Está registrada en Delaware, Estados Unidos, y su único miembro y contribuyente es CITGO.

- Está sujeta a leyes federales y estadales en EE. UU., auditorías y controles por parte de autoridades (IRS), auditorias internas de CITGO, y auditorías externas anualmente.

- Sus donaciones deben ser con fines estrictamente caritativos – por ley. Sujeta a regulaciones especiales que prohiben proselitismo político.



- La Fundación debe seleccionar sus beneficiarios de forma neutral, sin ingerencia externa. Está prohibido que autoridades de PDVSA, CITGO y otros entes públicos venezolanos, o sus familiares –que puedan influenciar las decisiones de la Fundación– reciban subvenciones de la misma.

- La Fundación tiene la obligación de reportar anualmente sus actividades al IRS, incluyendo: (i) detalles de los programas financiados, (ii) entes beneficiados con donaciones y (iii) montos de las donaciones. Esta información es pública.

C-26 C-23-RC-00257-LPS Document 38-3 Filed 04/11/24 Page 69 of 75 PageID #: 1478



# FUNDACIÓN SIMÓN BOLÍVAR

- La Fundación ha estado trabajando para definir procesos a fin de mitigar los riesgos a los cuales está expuesta una fundación en Estados Unidos, cuando otorga donaciones, a través de tres elementos claves:

**1. Due dillgence o debido proceso:** evaluación del eventual beneficiario de la donación, incluyendo su capacidad financiera, capacidad de ejecución, personal clave, cuentas de banco, etc. Proceso de selección de beneficiarios en dos etapas, (i) evaluación preliminar de todas las organizaciones que aplican a procesos, y (ii) evaluación exhaustiva a las organizaciones seleccionadas.

**2. Acuerdo de subvención sólido:**
Cláusulas específicas que obligan al beneficiado a cumplir con leyes de EE. UU. en cada área, incluyendo:
- Corrupción - Foreign Origen Corrupt Practice Act (FCPA)
- Evaluación de subcontratistas o terceras partes con su debido proceso
- Conflicto de intereses
- Lavado de dinero
- OFAC (Sanciones)
- Alcance claramente definido, y la obligación de devolver los fondos si no son usados para ese fin.
- Métricas de ejecución, presupuesto y plan de trabajo, con alcance especifico, y reportes de progreso y de finalización de proyecto.

**3. Derecho a auditoria, hasta dos años después de terminado**



# FUNDACIÓN SIMÓN BOLÍVAR



## *Esfuerzos ante el COVID-19*

| **621.024** Dólares adjudicados | **15.000** Comidas servidas/mes | **>10.845** Profesionales de la salud beneficiados | **>257** Comedores o centros comunitarios asistidos | **33** Hospitales favorecidos |

### Áreas

- EPP + MEDICINAS — 58%
- TELEMEDICINA — 6%
- SANEAMIENTO — 8%
- NUTRICIÓN — 8%
- ASISTENCIA MÉDICA — 7%
- ASISTENCIA MÉDICA + CONECTIVIDAD — 5%
- DIAGNÓSTICO — 8%

### Territorio Impactado



PDVSA




# FUNDACIÓN SIMÓN BOLÍVAR – 2020

- **Nueva Visión:** "Un futuro donde el acceso a la atención médica básica sea un derecho humano valorado".

- **Pacientes:**
- Desde su creación, el 90% de su presupuesto ha estado dedicado a la atención de los pacientes con enfermedades graves tratados en el exterior.
- 25 pacientes activos, identificando potenciales organizaciones con los cuales podamos establecer acuerdos, que beneficien no solo a nuestros pacientes, sino a muchos más.

- **Programa de Pequeñas Subvenciones:**
- Enero: 100.000 dólares - 6 subvenciones para programas de ayuda en Venezuela, Colombia y Ecuador.
COVID-19: 475.000 dólares aprobados para apoyar a 15 programas para mitigar la pandemia en Venezuela.

- **Programa de Salud Humanitaria: Fondo de Respuesta de Emergencia COVID-19:**
- 145.000 dólares adjudicados en 7 programas para proporcionar ayuda inmediata a mitigar el COVID-19 en Venezuela: EPP, higiene y conectividad.

- **Transferencia de Conocimientos y Formación de Capacidades:**
- 5 webinars hasta la fecha. Los últimos "Creciente Crisis Humanitaria debido al COVID-19" y "Cardiología y COVID-19" con Baylor College of Medicine.
- Entrenamiento a través del PADF al personal de la Fundación y a los beneficiarios sobre el ciclo de proyectos y salud humanitaria.




La Fundación está en fases avanzadas en dos procesos a la fecha:

- **Hoy Invita Simón:** Programa de pequeñas subvenciones para ayudar a la diáspora venezolana en EE. UU. con programas de comida

- **Programa de Subvenciones Medianas / Grandes en Salud Humanitaria:** Organizaciones internacionales humanitarias con programas de nutrición, suministro de medicinas crónicas, y atención médica y de emergencia.

- **Programas en planificación:**
-Subvenciones Medianas y Grandes en Salud Humanitaria: medicinas crónicas, nutrición y alimentación,
Nuevas oportunidades para llevar más ayuda humanitaria, apoyar la formación de competencias en Venezuela, y para apoyar a la diáspora Venezolana.





# EL ROL DE LA INDUSTRIA PETROLERA Y GASÍFERA NACIONAL EN LA RECUPERACIÓN DE VENEZUELA



**PDVSA**

# PLAN PAÍS



# Venezuela Petróleo y Gas
# Una Visión del Futuro

La Junta Administradora ad hoc de PDVSA ha venido participando, desde su incepción, en colaboración con la Comisión Permanente de Energía y Petróleo, en la estructuración de la recuperación del sector petrolero y gasífero, dentro del marco de Plan País.

PDVSA

# PLAN PAÍS

## La búsqueda del Consenso

Grupos Técnicos en Venezuela

Grupos Técnicos en el exterior

Multilaterales

**PLAN País**

· Diagnóstico
· **Plan técnico posible**
· Identificar oportunidades de mercado
· Implicaciones financieras para la recuperación de la economía
· **Diseño de cambios institucionales**
· Comunicar
· Adaptar

Ayuda Internacional

Gobierno Nacional

Apertura de la IPGN

Petróleo y Gas

($)

(Bs)

(Bs)

($)

($)

($)

($)

(Bs)

Resto del mundo

Economía doméstica no petrolera

Hogares

BIENES

BIENES

SALARIOS

## Una visión del futuro... si tenemos la oportunidad



· Clara separación de funciones y roles: Establecer Políticas (MEM) Regulación (AVH) y operación (PDVSA y otros)

· Inversión privada (nacional y extranjera) participa en todas las fases de la cadena de valor del sector de los hidrocarburos.

· PDVSA se reduce (¿?) obligada por limitaciones impuestas por capacidad operacional y financiera.

· Promoción del Desarrollo industrial alrededor del sector de Petróleo y Gas.

· Personal fuera de PDVSA representa un capital semilla de conocimiento para empresas Venezolanas/extranjeras.

Adaptado de:
http://regulationbodyofknowledge.org/a-narrative-developing-and-improving-infrastructure-regulation-in-fragile-and-conflict-affected-states/revitalizing-and-reforming-regulatory-governance-for-infrastructure-in-post-fcv-enviroments/principles-for-the-governance-of-regulators/



# CONCLUSIONES FINALES

- **La Junta Administradora ad hoc de PDVSA ha sido exitosa hasta ahora en la defensa de sus activos principales: PDV Holding, Inc., CITGO Holding, Inc. y CITGO Petroleum Corporation**

- **Los principales litigios en EE. UU. están en sus etapas finales y somos optimistas de sus desarrollos. Sin embargo, en un escenario negativo se enfrentarían retos importantes de negociación que pueden involucrar dilución en los activos.**

- **El progreso a la fecha se debe –en gran medida– al trabajo en equipo con la Procuraduría Especial de la República, la representación diplomática de Venezuela y el apoyo de PDV Holding, Inc. y sus filiales.**

- **La limitación de recursos financieros y humanos impone severas restriciones a la actuación de la Junta Administradora ad hoc.**



