# Exhibit 2



# AGENDA

**PDVSA**

- **Background**
- **2019 objectives**
- **PDVSA's ad hoc Board of Directors**
- **Nynas A.B. and other assets**
- **Relationship of assets with the U.S.**
- **PDVSA 2020 bonds**
- **Crystallex and other cases in Delaware, U.S.A.**
- **Asset defense budget**

**CITGO ENTITIES**

- **Financial stability**
- **Operational stability**
- **Asset protection**
- **Corporate governance**
- **Investigations**

**PDVSA'S ROLE IN VENEZUELA'S FUTURE**

**FINAL CONCLUSIONS**



## BACKGROUND

**CREATION OF PDVSA'S AD HOC BOARD OF DIRECTORS (FEBRUARY 8, 2019)**

- **Five directors**
- **Take control of PDV Holding, Inc./CITGO Holding, Inc./CITGO Petroleum Corporation**

**EXPANSION OF THE AD HOC BOARD OF DIRECTORS AND ITS POWERS (APRIL 10, 2019)**

- **Expansion to nine directors (maintaining four of the original directors)**
  - **Take control of PDVSA's subsidiaries incorporated abroad (2.1)\***
  - **Order payments to extinguish obligations (2.2)\***
  - **Exercise legal representation of PDVSA and its subsidiaries - with the powers of the shareholders' meeting**
- **Budget and technical resources undefined**

Decree No. 3, Presidency (e) of the Bolivarian Republic of Venezuela.

PDVSA

# 2019 OBJECTIVES

- In conjunction with the Office of the Special Prosecutor of the Republic, priority objectives were defined within a maximum anticipated time frame of six months

- Ad hoc Board of Directors representing PDVSA as a shareholder of PDV Holding, Inc./CITGO

- PDVSA 2020 bonds

- Litigation in the District Court of Delaware (all seeking access to CITGO)

  - Crystallex case
  - Owens Illinois case
  - Saint-Gobain case
  - Tidewater case
  - ConocoPhillips case

- Relationship with the Department of the Treasury (OFAC)

- Petrozuata award - ConocoPhillips

- Nynas A.B.



## AD HOC BOARD OF DIRECTORS
## MODE OF OPERATION

- Due to the geographic dispersion of its members and the lack of resources, meetings are virtual, held once a week or extraordinarily when the situation so warrants – Quorum of five of its members (Article 10, Decree No. 3)

- President of the ad hoc Board of Directors acts as a representative before third parties and signs the documents necessary to exercise the rights corresponding to PDVSA and its subsidiaries (...) (Article 8, ibid)

- The judicial and extra-judicial representation of PDVSA and its direct and indirect subsidiaries (...) shall correspond exclusively to the Special Prosecutor (Article 11, ibid)

- With little or no operating budget support



# INITIAL SITUATION NYNAS A.B.





**PDVSA**

↓ **100%**

**PROPERNYN B.V. (The Netherlands)**

↓ **100%**

**PDV Europe B.V. (The Netherlands)**

↓ **50.001%**

**AB NYNÄS (Sweden)**

- **Nynas A.B. is a specialty crude oil refinery system in the Northern European market; PDVSA has been a partner since 1986**

- **Subject to OFAC sanctions (Executive Order 13850, November 1, 2018), as PDVSA holds a majority stake**

- **On January 28, 2019, at the behest of the Legitimate Government, OFAC issues General License 13 (GL13), which allows Nynas to continue to operate under certain restrictions - expires July 27, 2019**

- **As with CITGO, the risks of its financial situation and commercial relations were subject to the temporary duration of the licenses**

# NYNAS A.B.*

| APRIL 2019–2020... | 2019–2020… | 2020 | Ownership and Structure of Governance of Nynas A.B. |
|---|---|---|---|
| Multiple legal actions in coordination with the Permanent Commission for Energy and Petroleum, the Center for Government, and diplomatic representations in Sweden and the Netherlands to achieve the taking of control, via the recognition in the Netherlands of the legitimacy of the PDVSA ad hoc Board of Directors – ultimately unsuccessful | October 2019: with the Office of the Special Prosecutor of the Republic, the renewal of General License GL13D is procured with OFAC to give Nynas flexibility of operation until April 2020 – it cannot buy Venezuelan crude oil<br><br>12.13.2019: Nynas announces that it is beginning a process of financial reorganization | April 2020: OFAC extends GL13E (30 days) to allow the restructuring to be finalized<br><br>May 2020: Nynas announces shareholder restructuring (agreed with PDVSA La Campiña); OFAC announces lifting of sanctions | NESTE    NYNÄSSTIFTELSEN    PDVSA<br><br>49.999%    35.003%    14.999%<br><br>Source: Nynas A.B. |

Report to the National Assembly on Nynas A.B., 05.25.2020

 PDVSA

# OTHER ASSETS OF INTEREST



| PDV CARIBE S.A.* | PDVSA AMERICA S.A*. | PDVSA ISLA DE CURAZAO B.V. |
|---|---|---|
| • Petrojam Refinery Jamaica - expropriated<br>• Refidomsa PDV Dominican Republic | • PDVSA Argentina<br>• PDVSA Bolivia<br>• PDVSA Ecuador<br>• PDVSA Paraguay<br>Among others... | • Curaçao Island Refinery operation contract |

Companies registered in Venezuela, subsidiaries of PDVSA



# RELATIONSHIP WITH ASSETS IN THE U.S.

**Entities in Venezuela**

## PDVSA
Represented by the
Ad hoc Board of Directors
OWNS 100% OF

In February 2019, the PDVSA ad hoc Board of Directors appoints the boards of PDV Holding, Inc., CITGO Holding, Inc., and CITGO Petroleum Corporation

**Entities in the United States**

PDV
HOLDING
OWNS 100% OF

CITGO
HOLDING
OWNS 100% OF


CITGO
OWNS


Three refineries and other assets

As owner of 100% of the shares of PDV Holding, Inc., PDVSA's ad hoc Board of Directors acts as a shareholder under the laws of the State of Delaware, USA

- Guarantee operating autonomy in accordance with the laws governing private companies in the USA
- Appointment of the boards of directors of PDVSA subsidiaries registered in Delaware as private companies
- Quarterly rendering of accounts of subsidiaries before PDVSA's ad hoc Board of Directors
- Asset defense coordination with the boards of directors of PDV Holding, Inc. and CITGO Petroleum Corporation

Since the boards of directors of PDVSA's subsidiaries were appointed, all lawsuits against them have been won in the courts of Delaware, U.S.A., thus ratifying the legitimacy of those appointments.

PDVSA

# SITUATION ENCOUNTERED IN THE U.S.

## MAJOR RISKS

- **PDVSA 2020 bonds issued by PDVSA under conditions of invalidity in 2016, with 50.1% of PDV Holding, Inc.'s shares in CITGO serving as collateral
  - only debt without default and with payment of short-term interest (April 27, 2019)**

- **Crystallex lawsuit in Delaware for debt owed by the Republic, seeking attachment of PDVSA's shares in PDV Holding, Inc. – the court had already ruled against the Republic in 2018 – on appeal.**

- **PDV Holding, Inc. and its subsidiaries (CITGO) under the effects of the OFAC sanctions (DoT) and operating under a short-term license**

- **CITGO with a high-risk debt profile and having lost the Venezuelan crude oil supply**

 PDVSA

# PDVSA 2020*

| 2016 | APRIL 2019 | MAY 2019 | OCTOBER–AUGUST 2019 | OCTOBER 2019 | JULY 2020 |
|---|---|---|---|---|---|
| PDVSA offers debt swap and issues new bonds known as: "8.50% Senior Secured Notes due 2019"<br><br>50.1% of the shares of CITGO Holding Inc., owner of CITGO Petroleum Corporation, are pledged as collateral National Assembly rejects validity of the issuance | Remaining debt balance is $1.683 billion<br><br>04.27.19: interest obligation: $71.5 million – 30-day grace period | 05.07.19: National Assembly approves interest payment under protest<br><br>05.15.19: PDVSA's ad hoc Board of Directors makes payment under protest<br><br>Funds come from accounts payable to PDVSA from PDVH's subsidiary<br><br>Payment made under OFAC license | Analysis of financial options to handle payment in October 2019<br><br>Discussions with bondholders, who insist on payment of principal and interest<br><br>In view of the lack of liquidity and the proximity of the maturity date, PDVSA proposes a three-month forbearance to bondholders | Bondholders have little incentive, as they had license to enforce the guarantee (GL5)<br><br>10.15.19: National Assembly ratifies its opinion on invalidity of the issuance<br><br>10.21-24.19: Talks with bondholders continue, without success**<br><br>10.24.19: OFAC issues GL5A, blocking bondholders' ability to enforce the guarantee<br><br>10.29.19: After consultations and with the National Assembly's approval, PDVSA and subsidiaries file suit in New York court seeking the invalidity of the debt and the guarantee*** | Judge Polk Failla decides to postpone the oral argument until 09.22.20, pending the opinion requested from the U.S. Government |

\*      Source: 2019 Management Report of the ad hoc Board, Dec 2019.
\*\*     10.27.19:  a payment of $913 million was due; if it was not made, it would generate a default
\*\*\*    The trial is conducted under the protection of GL5D, valid until 10.20.2020.



# CRYSTALLEX

| 2002-2011 | 2016-2017 | 2018 | 2019-2020 | 2020 |
|---|---|---|---|---|
| **2002 – Venezuela signs contract with Crystallex International: Las Cristinas gold mine.**<br><br>**2011 – Hugo Chavez expropriates the mine, and with it, Crystallex's contractual rights.** | **2016 – Crystallex files international arbitration suit against the Republic and is awarded $1.2 billion**<br><br>**2017 – Washington DC court confirms award in favor of Crystallex**<br><br>**08.14.2017 – Crystallex starts legal proceedings in the state of Delaware to obtain payment by sale of PDVSA shares in PDVH.** | **08.09.2018 - Judge Stark ruled that the Republic and PDVSA are an Alter Ego[1] and, issues an attachment order on the shares of PDV Holding, Inc.**<br><br>**November 2018 – the regime agrees to make a $500 million payment to Crystallex, and Crystallex requests stay of proceedings until January 2019** | **Legal representation of PDVSA and the Republic files appeal of verdict**<br><br>**July 2019 – appeal is dismissed in 3rd Circuit court, and decision is reaffirmed in November 2019**<br><br>**February 2020 – writ of certiorari is filed in the U.S. Supreme Court**<br><br>**May 2020 – Supreme Court decides not to review the case** | **May 2020 – trial resumes in the District Court of Delaware**<br><br>**June – July 2020 – the Republic and PDVSA file motions seeking to rescind the verdict and/or avoid the attachment of PDVSA's shares in PDVH**<br><br>**U.S. Government intervenes in the lawsuit at the judge's request and submits documents in support of the Legitimate Government's position**<br><br>**Final hearing underway** |
| **\*Source: 2019 Management Report of the ad hoc Board, Dec 2019** | **[1]ALTER EGO: The Republic and PDVSA are so interconnected that, under U.S. law, PDVSA's shares in PDH must be treated as property of the Republic** | | | |



# OTHER CASES IN DELAWARE

**Several creditors have received international arbitration awards against Venezuela, which they are now seeking to enforce in the U.S. and Canada against CITGO Petroleum Corporation, CITGO Holding, Inc. and PDV Holding, Inc., in addition to PDVSA and the Republic:**

- **Crystallex International (Canadian gold mining company): $1.2 billion plus interest**
- **ConocoPhillips (4 COP entities involved in projects in the Orinoco Belt): $1.5 billion plus interest**
- **OI European Group B.V. (glass container manufacturer based in the Netherlands, wholly owned by Owens-Illinois, Inc.): award of $378 million plus interest**
- **Rusoro Mining Ltd. (Canadian gold mining company): award of $971 million plus interest**



**These cases are on hold pending the completion of the Crystallex case. In any case, the judge\* has determined that each case must individually prove the Alter Ego argument.**

*\*Chief Judge Leonard P. Stark, United States District Court for the District of Delaware, is the judge in all cases.*



# ASSET DEFENSE BUDGET

## Authorizations

- **NA Agreement dated April 2019: approves the payment of interest on the PDVSA 2020 Bonds (USD 71,500,000).**

- **NA Agreement dated October 1, 2019: authorized the execution of close to two million dollars (USD 2,000,000.00)**

- **NA Agreement dated November 19, 2019: by creating the Litigation Fund, authorized the availability of the remaining USD 1.5 million, in accordance with the distribution of expenses reported by this ad hoc Board of Directors to the Standing Committee on Finance and Economic Development on November 4, 2019**

- **NA Agreement dated January 28, 2020: authorized the use of resources up to the amount of USD 20 million for the payment of professional fees and legal expenses associated with the protection, recovery, and control of Venezuelan assets abroad**

### Sources of funds (receivables from PDVSA)

LDC Supply International
PDV Chalmette
PDVSA Ad Hoc Board
CITGO Admin
OFAC Licenses
Special Prosecutor's Office
Bondholders
Law firms



*Reports to the National Assembly: April 2019, January 2020, May 2020, July 2020



# PORTFOLIO

- **In addition to the U.S., PDVSA has assets in several countries that need to be prioritized for recovery, taking into account their complexity, recovery potential, financial contribution, diplomatic and political support**

- **Limited financial and human resources have delayed the focus of PDVSA's ad hoc Board of Directors on this part of the portfolio**

- **There are also a number of lawsuits against PDVSA and the Republic in the U.S., which, although not of great magnitude, must continue to be addressed**



# CITGO ENTITIES

# ASSETS – CITGO HOLDING, INC.

- **CITGO Holding, Inc. was formed in February 2015**

- **It owns 100% of the shares of CITGO Petroleum Corporation**

- **Additionally, it owns five terminals with capacity for 10 million barrels and participation in poly-pipelines for an average transportation of almost 800 thousand barrels per day**

- **The company was created by PDVSA to place the assets and equity participation in CITGO Petroleum Corporation as collateral for the CITGO 2015 (bond and loan) issuances; $2.2 billion of these issuances were sent to PDVSA as "dividends"**

| Terminals | (thousand barrels) |
|---|---|
| East Chicago | **4,273** |
| Linden | **3,669** |
| **Marketing terminals** | |
| Albany | **1,225** |
| Toledo | **1,151** |
| Dayton | |
| **Polyducts (% share)** | Average |
| **West Shore Pipeline Company (18.4%)** | 308 |
| **Wolverine Pipeline Company (9.5%)** | 349 |
| **Inland Pipeline Company (16.2%)** | 152 |



# ASSETS - CITGO PETROLEUM CORPORATION

- CITGO Petroleum Corporation is a refining company with three refineries located in three different U.S. states – Part of PDVSA since 1986

- It has a nominal refining capacity of 769,000 bpd with maritime terminals with international access and connectivity to the integrated pipeline system towards the interior of the country

- Turnover about $26 billion (2019)

- Employees: 3,500 people

- It owns or participates in 41 terminals with a capacity of 12 million barrels of products, and they are located throughout 21 states. Of these terminals, nine have ports with access to water. Through contracts with third parties, it has access to more than 120 additional terminals.

The CITGO brand is 55 years old, and its logo is present in more than 4,700 privately owned, third party-operated service stations that distribute gasoline, diesel, and lubricants.



CITGO
Operations
CITGO Stations
Pipeline system
Terminals
Lubricant Plants
Refineries
Corporate Office

| Refinery | Location | Capacity bpd |
|---|---|---|
| Lake Charles | Louisiana | 425,000 |
| Corpus Christi | Texas | 167,000 |
| Lemont | Illinois | 177,000 |



# SITUATION AS OF FEBRUARY 2019



## Designation of PDVSA, in January 2019, as SDN[1].

- **The designation created uncertainty for financial and commercial entities interacting with CITGO**
- **Suspension of Venezuelan crude oil supply to CITGO**
- **OFAC license for the operation of CITGO Petroleum Corporation expires in July 2019**

## Risk of legal actions that may be exercised by PDVSA 2020 bondholders

- **PDVSA placed 50.1% of the stake in CITGO Holding, Inc. as collateral to secure obligations incurred with the $3.368 billion bond issuance**
- **Interest of $71.5 million on PDVSA 2020 Bond to be paid in April 2019**
- **Principal and interest of ~$913 million to be paid in October 2020**

- [1]SDN : Specially Designated Nationals – the U.S. Treasury Department's Office of Foreign Asset Control (OFAC) publishes a list of companies or individuals whose U.S. assets are blocked, and U.S. entities are prohibited from conducting any transactions with them.



# SITUATION AS OF FEBRUARY 2019
### *(Continued)*



- **Crystallex's claim in the Delaware Court, U.S.A.**

- **Fitch (credit rating agency) places CITGO's debt on negative credit watch**

- **Maturity of credit facilities 1st half of 2019 and financial institutions' refusal to refinance**

- **Doubts that CITGO qualified as a solvent, operating business due to the effect of sanctions, litigation and the possibility of going into default in March 2019**



# ENVIRONMENT AND OBJECTIVES SET BY THE NEW BOARDS OF DIRECTORS

| | PRIMARY OBJECTIVES |
|---|---|
| • **Personnel uncertainty** | |
| • **Sanctions for PDVSA, CITGO part of an SDN** | **Financial Stability** |
| • **Financial instability: banks withdrawing revolving credit** | **Operational Stability** |
| **FEB 2019 uncertainty about the company's** | |
| • **Operational instability: prepaid crude supply** | **Protection of Assets** |
| • **DOJ investigations** | **Corporate Governance** |

# 2019 MAIN ACHIEVEMENTS



**Financial Stability**

- Refinancing of 70% of debt of CITGO entities ($3.09 billion)
- Favorable auditors' opinion
- Improved credit risk

**Operational Stability**

- Increased refining capacity by 20,000 barrels per day
- 60% increase in total capital expenditures and extraordinary maintenance over 2018
- Record crude oil processing and product exports in Q4 2019

**Asset Protection**

- U.S. support, through OFAC, for the issuance of licenses and extensions for operation
- Modification to change of shareholder control clauses in financing agreements

**Corporate Governance**

- Review of controls and restructuring of leadership positions
- Audits and investigations
- Restructuring of legal and compliance department
- Restructuring of materials purchasing department
- Appointment of Chief Executive Officer, VP of Legal, Chief Ethics and Compliance Officer





# FINANCIAL STABILITY



# FINANCING
## 2019

# DIVIDENDS DECLARED AND PAID, 1997–2019

## *The regime's policy compromised CITGO's financial capacity*



- In 2006, 2007 and 2008, CITGO sold its interest in (1) Lyondell Refinery – CITGO, (2) the Explorer, Eagle and Colonial Pipeline Distribution System, and (3) CITGO - Asphalt (CARCO). All proceeds generated from these asset sales were sent to PDVSA as dividends (~$2 billion).



# FINANCIAL SITUATION INHERITED BY
# THE NEW BOARD OF DIRECTORS



- **Maturity of liquidity instruments in less than 1-3 months**
- **Urgent renewal due to sanctions because of connection with PDVSA**
- **Loss of access to financial markets**
- **External auditors highlight difficulties with business continuity**
- **Risk rating on the verge of being downgraded**
- **Operational and financial risks due to potential default on PDVSA 2020 Bond**
- **and litigation in Delaware (Crystallex)**



# 2019 FINANCING



## MARCH 2019

Replacement of $1.22 billion credit facilities with a $1.191 billion term loan from CITGO Petroleum Corporation – matures in 2024

## AUGUST 2019

Replacement of the $1.87 billion CITGO Holding, Inc. bond with a $499 million term loan maturing in 2023 and a $1.37 billion bond maturing in 2024





# 2019 FINANCING

## *Challenges of the process*

**Obstacles** in the refinancing of the $900 million Revolving Credit Facility (Revólver) maturing 1H 2019

**Investors** in the existing credit facility did not want to renew the facility due to uncertainty regarding sanctions and the reputational risk of partnering with PDVSA

The investment banks with which CITGO Petroleum Corporation had worked in the past declined to lead, manage, or act as collateral agents

Given the proximity of the maturity date, it was necessary to urgently seek a bank or financial institution that was a leader, administrator or collateral guarantor, that had credibility in the market and a portfolio of clients that could be interested in the refining sector



# CITGO PETROLEUM CORPORATION

## *2019 Results – Cash flow*





| | Initial effect January 01, 2019 | Final effect December 31, 2019 |
|---|---|---|
| Cash and cash equivalents | 260 | 1.321 |
| Current restricted cash | | 19 |
| Restricted cash | -- | 14 |
| | 274 | 1.354 |

PDVSA

# CITGO PETROLEUM CORPORATION

## *Credit risk rating upgrades in 2019*

|  |  | February 2019 | July 2019 | September 2019 | Current 07.29.2020 |
|---|---|---|---|---|---|
| | Moody's | B- | B- | B3 | B3 |
| | FITCH | BB | BB | BB | BB |
| Standalone profile | Standard & Poor's | BB- | BB- | BB | B+ |
| | Moody's | B- | B- | B3 | B3 |
| Long-term issuer | FITCH | B | B | B | B |
| | Standard & Poor's | B- | B- | B- | B- |
| | Moody's | Stable | Stable | Stable | Stable |
| | FITCH | Negative credit watch | Stable | Stable | Negative credit watch[1] |
| Future projection | Standard & Poor's | Credit watch | Credit watch | Stable | Stable |

[1] COVID-19 impact



# OPERATIONAL STABILITY

# ENERGY SECTOR 2018 VS. 2019



| INDICATORS ($/bbl) | 2018 | 2019 | |
|---|---|---|---|
| Brent FOB – WTI Cushing | 5.99 | 7.26 | ⬆ |
| USGC Gas Crack Brent, Ex-RVO | 6.09 | 5.67 | ⬇ |
| WTI Houston - WTI Midland | 12.69 | 2.28 | ⬇ |
| WTI Houston - WTI Cushing | 5.66 | 3.22 | ⬇ |
| USGC ULSD Crack Brent, Ex-RVO | 12.96 | 13.60 | ⬆ |
| Brent FOB - Maya FOB | 8.48 | 6.56 | ⬇ |
| WTI Cushing - WCS Hardisty | 26.91 | 13.66 | ⬇ |
| Chicago Gas Crack WTI, Ex-RVO | 11.30 | 12.48 | ⬆ |
| Chicago ULSD Crack WTI, Ex-RVO | 20.06 | 19.70 | ⬇ |
| Benceno - Brent | 46.03 | 34.27 | ⬇ |

- Reduction in the differential between light and heavy crude oil affects conversion refineries such as CITGO (Brent – Maya and WTI – WCS).
- Permian crudes appreciated relative to Houston as pipeline capacity increased (2019), reducing the margin in refining them.

- Reduction in gasoline-to-crude margin at gulf refineries (USGC). Gasoline accounts for 46% of production, partially offset by the diesel-to-crude differential.



Refinery loadings, thousands of barrels per day



# CITGO PETROLEUM CORPORATION
## *Results 2019 – Refineries*





# CITGO PETROLEUM CORPORATION

## *Results 2019*

**Adverse change in almost all refining margins due to market conditions affecting prices and sales volumes, which impacted operating income in 2019 vs. 2018**

**Adjusted operating income ($ billion)**



PBF and CITGO do not separate the refining segment. CITGO indicates adjusted EBITDA

# CITGO PETROLEUM CORPORATION

## *2019 Results - Profit and loss statement 2018 vs. 2019*



| ($ MILLIONS) | 2018 | 2019 |
|---|---|---|
| **Income** | | |
| Net Sales | 29740 | 25567 |
| Other Income | 29 | 24 |
| Total Revenue | 29769 | 25591 |
| | | |
| Costs and Expenses | 25336 | 22043 |
| Purchase of crude oil and supplies | 2884 | 2698 |
| Operating costs | 336 | 339 |
| General, sales and administrative expenses | 122 | 185 |
| Interest and leasing | -1 | 3 |
| Other expenses | | |
| Total costs and expenses | 28677 | 25268 |
| Income before taxes | 1092 | 323 |
| Taxes | 241 | 78 |
| NET INCOME | 851 | 246 |



# CITGO PETROLEUM CORPORATION



## *2019 Results - Profit and loss statement 2018 vs. 2019*

**Net income in 2019 decreased by $605 million mainly due to:**

- **Lower 2019 sales resulting from market conditions ($4.2 billion) compared to lower crude cost ($3.2 billion). The average cost of crude oil purchased in 2018 was $63.4/bbl, which decreased to $59/bbl. However, this reduction in costs was not enough to offset the drop in sales.**

- **Operating costs were favored by lower energy costs for the refineries.**

  **Interest expenses were increased by replacing the credit facilities with a term loan of $1.191 billion, under risky conditions of non-renewability and amid a situation of sanctions and low credibility in the market.**

- **The reduction in tax is due to lower pre-tax income even though the effective tax rate for 2019 was higher.**

- **Non-recurring events:**

  - **$60 million loss of crude oil inventory due to the illegal and forced seizure aboard the Gerd Knutsen vessel**

  - **Elimination of accounts receivable from reinsurers for $30 million due to the liquidation of PDVIC**

  - **Litigation costs associated with hydraulic fluid of $24 million**

  - **Recovery of $21 million in Athos litigation costs**
  - **Gain on liquidation of LIFO inventory volume, $31 million**





## CITGO PETROLEUM CORPORATION

*Increase in nominal refining capacity by 20 thousand barrels per day and flexibility to process lighter crudes*

**Nominal refining capacity (thousand barrels per day)**

| REFINERIES | 2019 | BEFORE (2005) | CHANGE |
|---|---|---|---|
| Corpus Christi | 167 | 157 | +10 |
| Lake Charles | 425 | 425 | - |
| Lemont | 177 | 167 | +10 |
| Total | 769 | 749 | +20 |



# 2019 RESULTS

## Investments and Maintenance

### Capital expenditures and extraordinary maintenance[1]

| $ MILLION | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| Turnaround/Catalyst | 278 | 210 | 298 | 282 | 218 | 439 |
| Capital investment | 203 | 333 | 160 | 237 | 237 | 280 |
| Total | 481 | 543 | 458 | 519 | 455 | 719 |

### Investment execution by activity

| $ MILLION | 2018 | 2019 |
|---|---|---|
| Regulatory/Environmental | 67 | 60 |
| Maintenance | 144 | 170 |
| Strategic | 15 | 37 |
| Safety/Risk Mitigation | 11 | 13 |
| Total | 237 | 280 |

• Extraordinary maintenance - Turnaround - Plant shutdowns

### Extraordinary maintenance 2019 vs. 2018

| Refineries | Plants | 2018 ($ MILLIONS) | 2019 ($ MILLIONS) |
|---|---|---|---|
| Lake Charles | Shock 1<br>ULSD<br>BOH<br>Sulfolane<br>Unicracker | 117 | 163 |
| Lemont | #1 FCC<br>EP B-SRU<br>Main Amina<br>ULSD<br>Cat Reformer | 39 | 56 |
| Corpus Cristi | C-SRU<br>H2 Plant<br>Oil/Sat Gas<br>COker<br>#5 Platformer<br>SRU<br>MIDHT<br>ULSD | 62 | 220 |
| TOTAL | | 218 | 439 |



# CITGO PETROLEUM CORPORATION

## *2019 Results - Purchase of crude oil*



**PURCHASE OF DOMESTIC CRUDE OIL THOUSANDS OF BARRELS PER DAY**

| Year | Barrels |
|------|---------|
| 2011 | 30 |
| 2012 | 84 |
| 2013 | 175 |
| 2014 | 241 |
| 2015 | 291 |
| 2016 | 273 |
| 2017 | 254 |
| 2018 | 297 |
| 2019 | 341 |



**PURCHASE OF CRUDE OIL BY ORIGIN**

U.S. 50%
Other 19%
Canada 29%
Venezuela 2%

almost 79% North American crude

**VENEZUELAN CRUDE OIL HISTORY**

| Year | Thousands barrels per day | % crude oil total |
|------|---------------------------|-------------------|
| 2019 | 33 | 5% |
| 2018 | 177 | 25% |
| 2017 | 154 | 23% |
| 2016 | 194 | 28% |
| 2015 | 207 | 29% |

- Source of 2019 crude oil: U.S. domestic, Canadian, and other imported.

- Venezuelan crude oil only during the first quarter 2019 Increase of domestic light crude oil at gulf refineries



**CRUDE OIL IMPORTED AT GULF COAST REFINERIES (MILLION BARRELS)**

JAN 6.7, FEB 6.1, MAR 4.9, APR 2.9, MAY 4.4, JUN 5.8, JUL 5.7, AUG 5.9, SEP 5.3, OCT 5.2, NOV 7.4, DEC 6.6, JAN 7.2, FEB 6.7, MAR 6.5

Legend: Libya, Egypt, Ecuador, Argentina, Angola, Nigeria, Equatorial Guinea, Brazil, Trinidad, Mexico, Canada, Colombia, Venezuela


PDVSA

# CITGO PETROLEUM CORPORATION

## *2019 Results - Historical safety indicators*





Occupational Safety Indicator = (0.3 * TRIR) + (0.7* DART + fatality rate)

| Q1 2020 | YTD TRIR | YTD DART |
|---|---|---|
| Employees | 0.11 | 0.00 |
| Contractors | 0.17 | 0.08 |
| Combined | 0.14 | 0.05 |

**In March, we had a vehicular accident that resulted in the contractor's death**





# CITGO AS A CREDITOR TARGET







# ASSET PROTECTION



## Shareholder control:

- **Clauses were negotiated to mitigate the risk of a change in shareholder control.**

- **The renegotiation succeeded in making it conditional: (a) if PDVSA's stake (directly or indirectly) reached less than 50%, and (b) if a rating agency (Moody's or Standard and Poor's) downgraded the company's credit rating within 90 days.**

- **Additionally, in the credit facility, the auditor was required to issue a "clean"[1] opinion on whether the company remained a going concern, and this was eliminated.**

• This means that the auditor's opinion would indicate that the financial statements fairly represent the company's operations and financial position and that it has no additional comments or reservations regarding the company's performance in the short term.



# ASSET PROTECTION



## U.S. support:

- A special license was obtained from the PFAC for continual operation for 18 months, automatically renewable on a monthly basis.

- The issuance and recent renewal of the 5D General License, granted by OFAC to protect CITGO from any enforcement action (PDVSA 2020).

- The U.S. Government filed, through the Department of Justice, the Special Representative for Venezuela, and OFAC, its opinion before the Delaware Court supporting the legal actions of the Legitimate Government of Venezuela regarding the defense of CITGO (Crystallex Case).





# CORPORATE GOVERNANCE

# CORPORATE GOVERNANCE



**The new Board of Directors recognized that an investigation of the alleged irregularities was necessary and established the mechanism for its execution in order to:**

- **Ensure that such possible acts of corruption do not continue**

- **Establish the necessary mechanisms to prepare the required defenses and claims to generate potential litigation against persons who may be involved in possible acts of corruption**

- **Be prepared to interact with the relevant U.S. authorities**

- **Hire legal advisors to carry out investigations, assist in initiating proceedings before the competent authorities, and take legal action as necessary**

- **Establish internal controls in the execution of contracts for goods and services, including the experience and technical and financial credentials of the contracted companies, in accordance with industry standards, and following transparency mechanisms and regulatory compliance programs**



# CORPORATE GOVERNANCE



- **Selection of the CEO from a pool of 13 candidates with a track record of refining and petroleum industry experience, high ethical standards, and knowledge of corporate governance best practices**

- **Hiring of an external consultant to review the internal control systems and to conduct internal investigations, resulting in the elimination of roles such as: Vice President of Shared Services and Shareholder Procurement Services**

- **Selection of CITGO Petroleum Corporation's auditor**

- **Establishment of whistleblower protection systems**

- **Employee training on the Foreign Corrupt Practices Act**

- **Assign regulatory compliance and ethics activities to the Vice President of Legal and Governmental Affairs**

- **Updating of the code of business ethics**





# INVESTIGATIONS

# INVESTIGATIONS

- **At the time the current Board of Directors of CITGO Petroleum Corporation was appointed, a series of allegations of alleged acts of corruption were being made against CITGO and against contractors doing business with the company.**

- **Other allegations of alleged acts of corruption were reported as a consequence of the investigations that the U.S. Department of Justice is conducting into PDVSA and its subsidiaries, from 2013 to 2018.**

- **CITGO Petroleum Corporation received a subpoena from the U.S. Department of Justice on May 14, 2019 (Adds another layer of oversight to OFAC's).**



# INVESTIGATIONS

- The subpoena requires a number of documents and transactions executed by the company and PDVSA with third parties from 2013 to 2018.

- Additionally, the Department of Justice sent a second subpoena to the company on December 17, 2019, requesting information on insurance transactions involving PDVSA's Bermuda captive company PDVIC.

- The Board of Directors is committed to cooperate by providing all the information requested by the Department of Justice in the framework of its investigation into PDVSA and its subsidiaries.

## SHIERA BASTIDAS - RINCÓN FERNÁNDEZ

- In March and June 2016, Abraham José Shiera Bastidas and Roberto Enrique Rincón Fernández pleaded guilty to corrupt practices punishable under the FCPA. These individuals are believed to be related as contractors of PDVSA and CITGO, as well as other PDVSA subsidiaries engaged in the procurement of goods and services, such as PDV Services, Inc. and Bariven.



# INVESTIGATIONS - BACKGROUND

### JOSÉ MANUEL GONZÁLEZ TESTINO AND PLS.

- On March 14, 2014, CITGO and PLS entered into an agreement in which PLS agrees to provide procurement and logistics services related to the procurement services provided by CITGO on behalf of PDVSA. PLS is a company owned by José Manuel González Testino.

- González Testino pleaded guilty in the United States to FCPA violations, partly for bribing different people in PDVSA/CITGO.

- Between 2014 and 2018, CITGO paid PLS and affiliates approximately $20 million as a contractor in various procurement transactions as part of the services provided under the Shareholder Procurement Project.

-
  CITGO, after consultation with the Department of Justice, decided to sue PLS and González Testino for breach of contract, fraud, claims for indemnification and costs related to the breaches of contract, as well as civil claims related to the RICO Act.



# INVESTIGATIONS - BACKGROUND

## INTERAMERICAN CONSULTING LLC

- In March 2017, PDV USA, a subsidiary of PDV Holding, Inc., entered into a consulting agreement with Interamerican Consulting for $50 million.

- The owner of the company is former congressman David Rivera.

- The idea of the agreement was for Mr. Rivera to provide strategic consulting services to improve PDVSA's reputation. Said contracting would be for a term of three months, and the amount would be payable in six parts. $15 million were paid, leaving $35 million to be paid. This agreement was authorized by PDVSA in Caracas.

- Once the new Board of Directors took control of PDV Holding, Inc., and as part of its ongoing investigation process, and after consultation with the Department of Justice, it decided to sue Interamerican Consulting for breach of contract.





# CITGO PETROLEUM CORPORATION AMID THE COVID-19 CRISIS

# CITGO PETROLEUM CORPORATION



## *Energy environment amid COVID-19*
## *Product demand – Recovering*







- Demand is slowly recovering as states have eased restrictions.  However, there is uncertainty about further shutdowns in the economy.
- Gasoline continues to show improvement in demand as businesses reopen and summer travel continues to increase
- Distillate demand is recovering but may need continued boost in employment to stimulate consumption
- U.S. jet fuel demand is increasing at a faster rate than passenger volume growth, due to non-commercial and cargo aviation

Source: EIA, TSA, ERDC



# CITGO PETROLEUM CORPORATION

## *Energy environment amid COVID-19*
## *Exports from the U.S. are improving*





- U.S. gasoline and diesel exports rebounded in June, helped by growing demand from Latin America

- The increase in exports did little to slow the growing stocks on the Gulf Coast. The glut continues to force product storage on offshore vessels.

- Low refinery utilization (~ 50%, 12% YoY) in Latin America has also contributed to the increase in imports.





Source: EIA, IHS

# CITGO PETROLEUM CORPORATION

## *Results 1st Quarter 2020 – Refineries*





# CITGO PETROLEUM CORPORATION
## *Results 1st Quarter 2020*
## *Profit and Loss Statement, Q1 2019 vs. Q1 2020*



| PROFIT AND LOSS STATEMENT | | 1ST QUARTER |
|---|---|---|
| **($ MILLIONS)** | **2019** | **2020** |
| **Income** | | |
| Net sales | 6012 | 4971 |
| Other income | 4 | 10 |
| Total income | 6016 | 4981 |
| Costs and expenses | | |
| Purchase of crude oil and supplies | 5278 | 4280 |
| Operating costs and expenses | 718 | 997 |
| General, sales and administrative expenses. | 72 | 85 |
| Interests | 31 | 49 |
| Other expenses | 1 | -173 |
| Total costs and expenses | 6100 | 5238 |
| Income (loss) before taxes | -84 | -257 |
| Taxes | -17 | -98 |
| Net income | -67 | -159 |



# CITGO PETROLEUM CORPORATION
## *Results 1st Quarter 2020*
## *Profit and Loss Statement, Q1 2019 vs. Q1 2020*



**Net income in Q1 2020 decreased by $92 million due to:**

- **Revenue decrease of almost $1 billion due to a drop of nearly 20% in product sale prices that was not fully offset by the sales volume increase of ~ 4%.**

- **In the cost of crude oil and supply purchases, savings are observed due to low crude oil prices because of the disagreement between Russia and OPEC on crude oil production cuts. The average price was $57/barrel in Q1 2019 and $45.9/barrel in Q1 2020.**

- **Four non-recurring events such as:**

  - **$332 million adjustment in the value of inventories to reflect lower market value vs. book value**
  - **$172 million income from recovery of Athos litigation costs**
  - **$48 million tax benefit from the Coronavirus Aid Relief and Economic Stability Act (CARES ACT)**
  - **Recovery of $19 million in litigation expenses**



# CITGO PETROLEUM CORPORATION

## *Results 1st Quarter 2020*
## *A quarter of losses in the refining business*





The U.S. refining industry was hit hard during the first quarter. Losses caused by:

• Lower volume and lower price

• Inventory revaluation



# CITGO PETROLEUM CORPORATION



*RESULTS – 1st Quarter 2020 – A quarter of losses in the refining business and CITGO has an adjusted EBITDA of $38 million*



**Likewise, in the case of adjusted EBITDA, which allows the deduction or omission of non-recurring events, such as losses from adjusting inventory to market value and impairment losses.**

**Three companies continue to show losses. In the case of CITGO, its adjusted EBITDA is $38 million.**





# FINANCING 2020

# 2020 FINANCING



## OBJECTIVES

- **Refinancing of term debt of CITGO Petroleum Corporation, maturing in July 2021[1].**

- **Strengthen the company's liquidity in the face of market threats caused by COVID-19**



[1] **If it is refinanced when it becomes current (less than 12 months), it increases the risk of the market considering that the company is having problems continuing to operate as a going concern.**



# 2020 FINANCING

**Faced with uncertainties surrounding COVID-19's impact on 2020 and Q1 2020 financial results, many companies in the US energy sector turned to financing. The objective was to have enough liquidity to cover their operations for the remainder of 2020.**



**Source: Bloomberg
January – June 2020**

**$55 billion debt placement of selected energy sector companies in five months**





# 2020 FINANCING

## *CITGO enters the financial market in June*

**Successful private placement of $1.125 billion of secured notes at 7% with maturity in 2025**

- **CITGO Petroleum Corporation, considered in the market as a corporate issuer, places secured notes with two well-known investment banks[1].**

- **A window of opportunity is identified that allows CITGO Petroleum Corporation significantly lower interest rates (7%) than other issuances with a similar risk rating to CITGO Petroleum Corporation.**

- **CITGO Petroleum Corporation's strength in the market leads to over-demand and achieves higher issuance than originally planned, of 750 million to allow CITGO Petroleum Corporation sufficient liquidity to cover the drop in sales and meet its financial and commercial obligations due to the effects of COVID-19.**

- **Participation of 149 institutional investors. 80% of the placement was carried out with large and highly recognized investment funds.**

- **US refining industry peers place $1.0 billion at 9 1/4%.**

[1] JP Morgan and Jefferies



**INTEREST RATE VS. RISK RATING**

Simple Average Based on Number of Issuances in Credit Rating ▲ CITGO

Source: Bloomberg- Period I SEM 2020





# SIMÓN BOLÍVAR FOUNDATION





# WHAT IS THE SIMÓN BOLÍVAR FOUNDATION?



- The Foundation was established in 2006, as a private non-profit foundation of CITGO.

- It is registered in Delaware, USA, and its sole member and contributor is CITGO.

- It is subject to U.S. federal and state laws, audits and controls by authorities (IRS), internal CITGO audits, and external audits annually.

- By law, its donations must be for strictly charitable purposes. Subject to special regulations prohibiting political proselytizing.

- The Foundation must select its beneficiaries in a neutral manner, without external interference. It is forbidden for authorities of PDVSA, CITGO and other Venezuelan public entities, or their relatives – who may influence the Foundation's decisions – to receive grants from the Foundation.



- The Foundation is required to report annually its activities to the IRS, including:
(i) details of programs funded, (ii) entities benefiting from grants, and (iii) grant amounts. This information is public.





# SIMÓN BOLÍVAR FOUNDATION

- **The Foundation has been working to define processes to mitigate the risks to which a U.S. foundation is exposed when extending grants through three key elements:**

  **1. Due diligence or due process: evaluation of the potential grant recipient, including financial capacity, implementation capacity, key personnel, bank accounts, etc. Beneficiary selection process in two stages, (i) preliminary evaluation of all organizations applying for processes, and (ii) comprehensive evaluation of selected organizations.**

  **2. Solid grant agreement:**

  **Specific clauses obligating the grantee to comply with U.S. laws in each area, including:**

  **- Corruption – Foreign Corrupt Practices Act (FCPA)**

  **- Due process evaluation of subcontractors or third parties**

  **- Conflict of interest**

  **- Money laundering**

  **- OFAC (Sanctions)**

  **- Clearly defined scope, and the obligation to return the funds if they are not used for that purpose.**

  **- Execution metrics, budget and work plan, with specific scope, progress and project completion reports**

  **3. Right to audit, up to two years after termination**



# SIMÓN BOLÍVAR FOUNDATION



## *Efforts to fight COVID-19*

| 621,024 | 15,000 | >10,845 | >257 | 33 |
|---|---|---|---|---|
| Dollars awarded | Meals served/month | Health professional beneficiaries | Canteens or community centers assisted | Hospitals favored |



**Areas**

8%
5%
7%
8%
8%
6%
58%

PPE + MEDICINE
TELEMEDICINE
HEALTH
NUTRITION
MEDICAL ASSISTANCE
MEDICAL ASSISTANCE +
CONNECTIVITY
DIAGNOSTICS

**Impacted Territory**

PDVSA



# SIMÓN BOLÍVAR FOUNDATION – 2020



- New Vision: "A future in which access to basic health care is a valued human right."
  Patients:
- Since its inception, 90% of its budget has been dedicated to the care of critically ill patients treated abroad.
  - 25 active patients, identifying potential organizations with which we can establish agreements that will benefit not only our patients, but many others.

- Small Grant Program:
  - January: $100,000 – six grants for assistance programs in Venezuela, Colombia, and Ecuador.
  COVID-19: $475,000 approved to support 15 programs for mitigate the pandemic in Venezuela.

Humanitarian Health Program: COVID-19 Emergency Response Fund
- $145,000 awarded in seven programs to provide immediate help to mitigate COVID-19 in Venezuela: PPE, hygiene and connectivity.

Knowledge Transfer and Training
Capabilities:
- Five webinars to date. The latest: "Growing Humanitarian Crisis due to COVID-19" and "Cardiology and COVID-19" with Baylor College of Medicine.
- Training through the PADF of the Foundation's personnel and beneficiaries on the project cycle and humanitarian health.





Currently, the Foundation is at the advanced stages of two processes:

- Hoy Invita Simón: Small grant program to help Venezuelan diaspora in the U.S. with food programs

- Medium/Large Humanitarian Health Grant Program: International humanitarian organizations offering nutrition programs, supply of medication for chronic illnesses, and medical and emergency care.

- Programs being designed:
  Medium and Large Humanitarian Health Grants: medication for chronic illnesses, nutrition and food, new opportunities to bring more humanitarian aid, to support skills training in Venezuela, and to support the Venezuelan diaspora.





# COUNTRY PLAN



## Venezuela Oil and Gas
## A Vision of the Future

**Since its inception, PDVSA's ad hoc Board of Directors has been participating, in collaboration with the Permanent Commission for Energy and Petroleum, in the structuring of the oil and gas sector's recovery within the framework of the Country Plan.**



# COUNTRY PLAN

| The pursuit of a consensus | | A vision of the future… if we have the opportunity |
|---|---|---|
| **Technical groups in Venezuela**<br><br>**Technical groups abroad**<br><br>**Multilaterals**<br><br><br>**Country Plan** | • **Diagnosis**<br>• **Possible technical plan**<br>• **Identify market opportunities**<br>• **Financial implications for economic recovery**<br>• **Design of institutional changes**<br>• **Communicate**<br>• **Adapt** | **Communication**<br><br>**Citizens**<br><br>**MINISTRY**<br><br>**JD and Management**<br><br>**Regulatory Agency**<br><br>**Operators**<br><br>**Communication / Authority / Accountability** |
| **International aid**<br><br>**Opening of the national oil and gas industry**<br><br>Oil and Gas<br><br>ASSETS<br><br>          (Bs) ($)<br><br>**Rest of the world**<br><br>**Non-oil domestic economy** | **National Government**<br><br>**Homes**<br><br><br>ASSETS<br><br>SALARIES | • **Clear separation of functions and roles: Establish policies (MEM), regulations (AVH), and operation (PDVSA and others).**<br>• **Private investment (domestic and foreign) participates in all phases of the hydrocarbon value chain.**<br>• **PDVSA is reduced (?), forced by limitations imposed by operational and financial capacity.**<br>• **Promotion of industrial development around the oil and gas sector.**<br>• **Personnel outside PDVSA represent seed capital of knowledge for Venezuelan/foreign companies.**<br><br>Adapted from: http://regulationbodyofknowledge.org/a-narrative-developing-and-improving-inf rastructure-regulation-in-fragile -and-conflict-affected-states/revitalizing-and-reforming-regulatory-governance-for-inf rastructure-in-post-fcv-env iroments/principles-for-the-governance-of-regulators/ |

## FINAL CONCLUSIONS

- **PDVSA's ad hoc Board of Directors has been successful so far in defending its main assets: PDV Holding, Inc., CITGO Holding, Inc., and CITGO Petroleum Corporation.**

- **Major litigation in the U.S. is in its final stages, and we are optimistic about developments. However, in a negative scenario, there would be significant negotiation challenges that may involve asset dilution.**
- 
  **Progress to date is largely due to teamwork with the Special Prosecutor's Office, the Venezuelan diplomatic representation, and the support of PDV Holding, Inc. and its subsidiaries.**

- **The limited financial and human resources impose severe restrictions on the activity of the ad hoc Board of Directors.**







T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 185 Clymer Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Presentation of results 2019 – 2020"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: April 16, 2021

Wolf Markowitz

Signature of Notary Public
ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

