# Exhibit 3

Case 1:20-mc-00257-LPS  Document 38-3  Filed 04/16/21  Page 2 of 8 PageID #: 1560



# 17 NOV LUIS PACHECO: "SI NO HUBIÉSEMOS DEMANDADO LOS BONISTAS HABRÍAN HECHO UNA FIESTA Y TOMADO CITGO"

*Aunque hay opiniones encontradas acerca del litigio del bono PDVSA 2020, para Luis Pacheco, quien todavía espera su reemplazo como Presidente de la junta administradora ad hoc de Petróleos de Venezuela, S.A., siempre se ha intentado una negociación con los acreedores. Sin embargo, la inflexibilidad de los bonistas los condujo a seguir el camino del juicio. Aunque hay apertura para buscar acuerdos, hay condiciones impuestas por el Poder Legislativo que se deben respetar.*

Por Alejandro Hernández, La Gran Aldea: https://lagranaldea.com/2020/11/16/si-no-hubiesemos-demandado-los-bonistas-habrian-hecho-una-fiesta-y-tomado-citgo/#

Su amplia trayectoria en la **industria petrolera** ha sido el aval de **Luis Pacheco**, por lo que muchos aplaudieron su designación como Presidente de la junta administradora ad hoc de Petróleos de Venezuela, S.A. (PDVSA) y luego lamentaron que presentara su renuncia a este cargo. Desde su perspectiva asegura que si el 27 de octubre de 2019 no se hubiese demandado en el caso del **bono PDVSA 2020**, los tenedores de esos papeles "habrían hecho una fiesta y tomado control de Citgo". Sostiene que se intentó una **negociación** directa con los **bonistas**, pero se hizo evidente que no aceptarían una alternativa distinta a la amortización en los plazos establecidos. Afirma que **Citgo** está sobre endeudada y su **estructura financiera** no le permite tomar más deuda. Además, comenta que lo peor es que muchas veces

Case 1:20-mc-00257-LPS Document 38-3 Filed 04/16/21 Page 3 of 8 PageID #: 1561

lo permite tomar más deuda. Además, comenta que lo peor es que muchas veces los ataques que reciben en la junta ad hoc "provienen de fuego amigo; y eso, aunque espero que la historia lo enderece, es muy frustrante".

**-¿Sigue siendo Presidente de la junta administradora ad hoc de PDVSA?**

-Estoy esperando, desde junio, que la **Asamblea Nacional** decida mi reemplazo.

**-¿Por qué renunció?**

-Es tiempo de un cambio de mando, y yo necesito espacio para dedicarme a temas personales.

**-¿Y quién es su interlocutor en el Gobierno interino?**

-El Centro de Gobierno y la Comisión de Energía y Petróleo de la Asamblea Nacional.

**-¿Qué lectura hace del reciente pronunciamiento de la Corte de Nueva York sobre el litigio del bono PDVSA 2020?**

-La **sentencia no ha salido**, lo que hubo fue una opinión de la jueza que lleva el caso, pero tal como nuestros **abogados** piensan, esa opinión, aunque es negativa para nosotros, tiene suficientes aristas para justificar una **apelación exitosa**.

**-¿Cómo será ese proceso de apelación?**

-En este momento lo que prosigue es que la **jueza** les dé a los **demandados** la oportunidad de proponer un borrador de **sentencia**, para que luego nosotros podamos contrarrestarlo; y basado en esos dos documentos redactar la sentencia. Después de la **decisión de la Corte**, en caso de que la decisión no sea a favor de la República, tenemos 30 días para presentar una **apelación**.

**-¿La decisión de apelar si el fallo es en contra de la República ya está tomada?**

-Sí, así se hará, porque **es lo correcto** y lo que corresponde.

**-Hay voces que después de esta opinión emitida por la jueza Katherine Polk han insistido con más fuerza en que la estrategia con los bonistas debió ser negociar y no ir a juicio, ¿cuál es su opinión hoy?**

Case 1:20-mc-00257-LPS Document 38-3 Filed 04/16/21 Page 4 of 8 PageID #: 1562

-Por supuesto que no estoy de acuerdo con eso, en un mundo de leyes las cortes están para que uno defienda sus **derechos** y la obligación de PDVSA era respaldar lo que la **Asamblea Nacional**, único órgano legítimamente electo en Venezuela, dictaminó; y eso es que la operación del **bono PDVSA 2020** es ilegal por incluir a **Citgo** como **colateral** sin aprobación del **Parlamento**. Por otro lado, desde el primer día nuestros **abogados** han tenido contacto con los **acreedores** o sus representantes para **buscar un acuerdo**, pero ellos han sido **inflexibles** o no han recibido esas aperturas con suficiente generosidad, por eso tuvimos que seguir el camino del **litigio**, que no habría sido necesario si del otro lado hubiesen estado dispuestos a negociar. Sin embargo, aún durante el **juicio** han seguido las **conversaciones** con los **tenedores** y sus abogados, pero lamentablemente no han aceptado sentarse bajo unos términos que reconozcan las condiciones que el **Poder Legislativo** ha impuesto.

-¿Cuáles son esas condiciones?

-Nuestra intención ha sido siempre lograr una **negociación** con los **acreedores** que se reconozca tres factores; el primero, que la operación ha sido declarada inválida por una resolución de la **Asamblea Nacional**; el segundo, que el **precio de mercado** de esa **deuda**, para ese momento de la demanda, rondaba el 20% y hoy está alrededor del 50%; y el tercero es que se debe reconocer la **crisis humanitaria** de Venezuela y posponer las fechas de pago. Por supuesto que mediar entre esto y las aspiraciones de los **bonistas**, que es el pago completo de la **deuda**, ha sido muy difícil, existen unas limitaciones que nunca han estado dispuestos a aceptar.

-¿Por eso la demanda fue la única salida?

-En octubre de 2019 PDVSA decide hacer una **negociación directa** con los **bonistas**, en lugar de con sus representantes o abogados, porque nuestra intención era **resolver el problema**. Ahí les decimos que quedan pocos días para el segundo **pago de intereses** y que ni PDVSA ni **Citgo** tienen los **900 millones de dólares** que correspondía pagar el 27 de ese mes, por lo que les pedimos un plazo de tres meses para buscar una solución, en ese momento hubo dos o tres discusiones más y quedó claro que los **acreedores** no aceptarían una **alternativa distinta** a una **amortización** el día que estaba establecido. Aquí hay que recordar que cualquier ofrecimiento que pusiera PDVSA en la mesa, debía ser aprobado por la **Asamblea Nacional**, y dado el escándalo político injustificado que se originó por la cancelación de los **intereses** de abril, era lógico presumir que autorizar un pago

4/16/2021 Luis Pacheco: "Si no hubiésemos demandado los bonistas habrían hecho una fiesta y tomado Citgo" – Embajada de Venezuela en EE.UU.

Case 1:20-mc-00257-LPS Document 38-3 Filed 04/16/21 Page 5 of 8 PageID #: 1563

por 400, 500 o **900 millones de dólares** iba a ser cuesta arriba, además de que no los teníamos.

**-¿En ese momento solicitaron al gobierno estadounidense suspender la Licencia General 5?**

-Claro, cuando esto ocurrió le notificamos al **gobierno estadounidense** que iba a ser imposible llegar a un acuerdo con los **bonistas**, y le pedimos que suspendieran la **Licencia General 5** para que los **acreedores** no pudieran tomar control de **Citgo**. Los norteamericanos aceptaron nuestra solicitud y hacen que nos comprometamos a introducir la **demanda de nulidad** contra los tenedores. En esos mismos días, el 15 de octubre, el **Parlamento** retomó el tema, ratificó la **nulidad de la operación** y nos reitera la orden de defender los activos de Venezuela en el exterior. Razón por la cual yo hice dos reuniones con la Junta ad hoc y los directores decidieron por unanimidad entrar en **litigio**.

**-¿Por qué si la Junta votó de forma unánime, después el economista Alejandro Grisanti escribe una carta al presidente interino Juan Guaidó para expresar su desacuerdo con la decisión de ir a juicio?**

-Hay que preguntárselo a él. Las decisiones de la Junta ad hoc de PDVSA se toman por mayoría, y todas las que se ejecutaron en el año 2019 tuvieron **respaldo unánime** de los **directores**.

**-¿Para usted la resolución de la Asamblea Nacional del 27 de septiembre de 2016 negó categóricamente la legalidad del bono PDVSA 2020?**

-Yo no soy abogado y tampoco estoy aquí para juzgar a la **Asamblea Nacional**, porque PDVSA no tiene la atribución para señalar lo que el **Poder Legislativo** debe o no debe hacer. Aprovecho para decirte que cuando algunos voceros señalan que nunca antes PDVSA había tenido que ir al **Parlamento** a pedir permiso, hay que responderles que nunca antes PDVSA tomó una deuda donde pusiera como **garantía** a un **activo de la nación**. Esta es la única vez en toda la historia de nuestra **estatal petrolera** donde tal cosa ha ocurrido.

**-En una entrevista reciente el economista Francisco Rodríguez nos señaló que no es cierto que la única opción en octubre de 2019 era demandar; y menciona un ofrecimiento de préstamo que, según la agencia Reuters, hizo el fondo T. Rowe Price de 913 millones de dólares y, además, detalla unos estados**

4/16/2021 Luis Pacheco: "Si no hubiésemos demandado los bonistas habrían hecho una fiesta y tomado Citgo" - Embajada de Venezuela en EE.UU.

Case 1:20-mc-00257-LPS Document 38-3 Filed 04/16/21 Page 6 of 8 PageID #: 1564

**Rowe Price de 915 millones de dólares y, además, detalla unos estados financieros de Citgo, que a su juicio permitían cubrir la obligación con los bonistas.**

-Yo te puedo decir con toda certeza que la Junta ad hoc de PDVSA no ha recibido ninguna oferta formal de financiamiento de nadie. Por otro lado, lo que el señor Rodríguez dice de **Citgo** es una opinión no informada, porque la **realidad financiera** de esa empresa es totalmente diferente a lo que él dijo y eso lo reportamos a la nación el pasado 5 de agosto en nuestra **rendición de cuentas** ante la **Asamblea Nacional**. Pero digo que es una opinión no informada, porque una cosa es que la compañía tenga en sus **estados financieros** un dinero y otra que pueda utilizarlo para fines diferentes a los establecidos originalmente. **Citgo está sobre endeudada** y su **estructura financiera** no le permite tomar más deuda. Las personas que representan a los tenedores no deberían hablar de soluciones sin tomar en cuenta la **viabilidad** de las mismas.

-**¿Por qué Citgo está sobre endeudada?**

-Porque el régimen de Maduro empezó a sacar fondos de ella, desde que empezaron los **problemas financieros** de la República, es decir, del año 2015 en adelante. De hecho, el **bono 2020** es parte de esa estructura de extracción de riqueza a PDVSA y **Citgo**. Esas deudas existen y menoscabaron la capacidad de la compañía de levantar más recursos para pagarles a los **bonistas**. Usar a **Citgo** para pagar el **PDVSA 2020** significaba dos cosas, una, prácticamente declarar en *default* todos los compromisos propios de la empresa; y dos, repetir la mala práctica que veníamos criticando de tomar deuda mala para pagar otra deuda mala.

-**¿Es viable todavía un acuerdo con los bonistas?**

-Siempre. Siempre los acuerdos son viables mientras que tomen en cuenta los factores que nos limitan o nos condicionan: Resoluciones de la **Asamblea Nacional**, el precio de la **deuda en el mercado**, y la **crisis humanitaria** de Venezuela.

-**¿Estamos mejor o peor hoy que el 27 de octubre de 2019, cuando se introdujo la demanda?**

-Si no hubiésemos demandado el 27 de octubre de 2019 los **bonistas** habrían hecho una fiesta y tomado **control de Citgo**. La **estrategia** que se ha ejecutado ha permitido darles oxígeno a dos cosas: La primera, una **negociación más justa y**

**equitativa**; y la segunda, a que se materialice el **cambio político** que hasta ahora no se ha podido lograr. Entonces, ante la pregunta de si estamos mejor o peor, yo te respondo que aún tenemos **Citgo** y eso es mejor que haberla perdido.

**-Si usted asegura que han conversado antes y durante la demanda, e incluso dice que aún es viable un acuerdo con los bonistas, entonces, ¿por qué hay voceros que insisten en que no han negociado?**

-Por la misma razón que hay gente que aún opina que la tierra es plana. **Están mal informados**.

**-Es mucho lo que se ha dicho del alcance del lobby de los bonistas, ¿ha recibido usted algún tipo de presión para ejecutar una determinada decisión en el caso del PDVSA 2020?**

-La junta de PDVSA nunca ha recibido presiones para pagar o no pagar, lo que hemos hecho es seguir las decisiones que la **Asamblea Nacional** ha tomado. Pero el asunto del **lobby** no es un tema menor, los **acreedores** tienen un músculo muy importante para cabildear en **Estados Unidos** y del lado de nosotros hay un país cuya situación social y política hace difícil la **toma de decisiones**. Eso hace que la **negociación** sea muy **compleja**. Por puro cálculo político de corto plazo nos olvidamos de que estamos tratando de enderezar los entuertos que nos dejaron los gobiernos de Hugo Chávez y Nicolás Maduro; a veces la propia dirigencia no deja trabajar por pequeñeces que no van a ningún lado.

**-¿Qué tan atada estaba la estrategia de la defensa de activos en el exterior al llamado "cese de la usurpación"?**

-Las **decisiones** se tomaron en un contexto donde se pensaba que el cambio político llegaría en poco tiempo. Una de las premisas en mi mente era que con el "cese de la usurpación" íbamos a tener una posición mucho más fuerte a la hora de **negociar** cualquiera de las deudas.

**-¿Qué pasará después del 5 de enero de 2021 con los juicios?**

-Mientras el Gobierno interino sea reconocido por el **Poder Ejecutivo** de **Estados Unidos**, mantendremos el control de los juicios.

**-¿Cómo está el ánimo en la Junta ad hoc de PDVSA en este momento?**

4/16/2021 Luis Pacheco: "Si no hubiésemos demandado, los bonistas habrían hecho una fiesta y tomado Citgo" – Embajada de Venezuela en EE.UU.

Case 1:20-mc-00257-LPS Document 38-3 Filed 04/16/21 Page 8 of 8 PageID #: 1566

-La junta ad hoc de PDVSA está constituida por personas que han decidido aportar su tiempo y conocimiento por nada a cambio, excepto la satisfacción de **contribuir** con la **reconstrucción del país** y muchos de ellos, después de un tiempo, se han preguntado si ese sacrificio vale la pena dada la **pequeñez** de las **discusiones políticas** que todavía hay sin que el objetivo principal se haya resuelto, que es **devolver la democracia a Venezuela**. Son distintos los precios que se han tenido que pagar: Familiares, económicos, **persecuciones** y **calumnias**. Lo peor es que muchas veces los ataques que recibimos provienen de fuego amigo; y eso, aunque espero que la historia lo enderece, es muy frustrante.

**Embajada de Venezuela en US**

**TAGS:** Bonos 2020, CITGO, Luis Pacheco, PDVSA, venezuela