# Exhibit 5

Venezuela's PDVSA, in default, says total debt remained unchanged in 2019 | Reuters

 REUTERS        **World**        **Business**        **Markets**        **Breakingviews**        **Video**        **More**      🔍

COMMODITIES NEWS

JANUARY 27, 2020 / 11:17 AM / UPDATED A YEAR AGO

# Venezuela's PDVSA, in default, says total debt remained unchanged in 2019

By Reuters Staff





FILE PHOTO: The entrace to the Petroleos de Venezuela, S. A. (PDVSA) headquarters is sealed by the police in La Paz, Bolivia, January 9, 2020. Picture taken January 9, 2020. REUTERS/David Mercado

CARACAS (Reuters) - Venezuela's state-run oil company PDVSA said its financial debt fell less than 0.1% in 2019 from the prior year to some $34.5 billion, though it remained in default on its bonds as sanctions freeze it out of the global banking system.

PDVSA, which is short for Petroleos de Venezuela S.A., has stopped paying interest on most its bonds, and together with Venezuela's government has accumulated billions of dollars in late interest payments.

**ADVERTISEMENT**

4/14/2021
Case 1:20-mc-00257-LPS Document 38-5 Filed 04/16/21 Page 4 of 11 PageID #: 1578
Venezuela's PDVSA in default, says total debt remained unchanged in 2019 | Reuters

The company's announcement, in the form of an advisory in a local newspaper last week, said it owed almost $25.2 billion to bondholders, up slightly from $24.7 billion at the end of 2018.

PDVSA said its commercial debts with foreign joint venture partners, including Chevron Corp and China National Petroleum Corp [CNPET.UL], dipped to $2.65 billion by the end of 2019, down from $2.66 billion at the end of the prior year.

ADVERTISEMENT



PAID FOR AND POSTED BY FISHER INVESTMENTS

How Politics Move Markets

Markets care about policies—not politicians

Read More ›

The company, which has not published a complete annual report since 2017, did not detail other obligations, such as pending debt to providers, an issue that has contributed to declining output in recent years.

PDVSA defaulted on some of its bonds in 2017 and on the rest of its bonds in 2019. It is in default on $6 billion in interest and principle.

Venezuela reported to OPEC an average crude production of about 1 million barrels per day (bpd) in 2019, its lowest level in almost 75 years amid sanctions imposed by the United States

to oust socialist President Nicolas Maduro, lack of investment capital and staff, and mismanagement.

Reporting by Luc Cohen; editing by Jonathan Oatis

*Our Standards: The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**

Venezuela's PDVSA in default, says total debt remained unchanged in 2019 | Reuters

PAID PROMOTIONAL LINKS                    Promoted by **Dianomi**



Remote roles for licensed
financial professionals. Apply
now.

Fidelity Investments



Buying and Selling Tips

Charles Schwab



7 Mistakes You'll
Make When Hiring
a Financial Advisor

smartasset



Retirees: Return to
Work?

Charles Schwab



9 Strange Things
Millionaires Do
With Their Money
(But We Don't)

The Penny Hoarder



Venezuela's PDVSA in default, says total debt remained unchanged in 2019 | Reuters

**MORE FROM REUTERS**



Bitcoin hits one-week low as rising U.S. yields dent rally

11 Jan



Philippine mobile wallet GCash raises over $175 million in new capital

11 Jan



GameStop forfeits over 587,000 shares from CEO for not meeting targets

14 Apr



SpaceX raises $1.16 billion in equity financing

14 Apr



EU Commission to end AstraZeneca and J&J vaccine contracts at...

14 Apr

Venezuela's PDVSA in default, says total debt remained unchanged in 2019 | Reuters

MORE FROM REUTERS



Taiwan's Pegatron to build Tesla
parts plant in Texas - report
14 Apr



Denmark to permanently discontinue
use of AstraZeneca vaccine: TV2
14 Apr



Federal Bureau of
Prisons says Ponzi
schemer Bernard
Madoff has...
14 Apr



Black man killed by
police in Minnesota was
'amazing, loving...
13 Apr



Coinbase heads for $89
billion valuation in
Nasdaq debut
14 Apr

Case 1:20-mc-00257-LPS   Document 39-5   Filed 04/16/21   Page 11 of 11 PageID #: 1585

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.