# Exhibit 6

(http://www.thecwcgroup.com/)

#VenezuelaOG (https://twitter.com/hashtag/VenezuelaOG)

July 2021

# Venezuela Oil & Gas

## The Creation of a New Modern Oil Industry in Venezuela

July 2021
Location TBC

> U.S. Department of Energy Confirmed to Speak

> Held in Houston

> Under the Chatham House Rule - No Press

DELEGATE REGISTRATION (HTTPS://CWC.EVENTSA   SPEAKERS (HTTPS://WWW.VENEZUELAOILGAS.CON
NEWSLETTER (HTTPS://WWW.VENEZUELAOILGAS.C   CONTACT US (HTTPS://WWW.VENEZUELAOILGAS.C

# A Message from CWC & GFEn on Covid-19 (https://www.venezuelaoilgas.com/covid-19/)

# Shape the Future of Venezuela's Oil & Gas Industry

We are proud to have hosted the **first Venezuela's Oil & Gas Summit**, which took place on **9 & 10 December 2019 Houston, USA,** gathering more than 100 professionals in the oil and gas industry who are looking at **strategies to maximise the country's hydrocarbon potential.** The Summit brought together top experts in Venezuela's oil and gas industry and representatives from the internationally recognised Government of Juan Guaidó to discuss the opportunities and next strategies to develop the country's potential and ensure the next chapter will maximise the benefits for the whole population.

Over two full days of high level panel discussions, in – depth presentations and roundtable discussions, participants had the opportunity to discuss key topics such as: identifiying the full geology potential; infrastructure rehabilitation and reservoir optimization; the financing and investment required to develop the industry; the important new hydrocarbon law to attract investment and other strategic opportunities in the oil and gas sector.

The Summit provided a full panorama of Venezuela's potential, current and future challenges but also how to overcome these and future scenarios for the full development of the energy sector in country. The potential of Venezuela's energy sector is enormous and will play a pivotal role in providing new investment and opportunities for its citizens and businesses. **The event will return the 8 & 9 December 2020, in Houston.**



(https://www.venezuelaoilgas.com/brochure-download/)

 DOWNLOAD BROCHURE TODAY! (HTTPS://WWW.VENEZUELAOILGAS.COM/BROCHURE-DOWNLOAD/)

## Distinguished Speakers Include:

Hear from top experts on the opportunities and next strategies to develop the country's potential:



**Carlos Vecchio**
Ambassador of Venezuela



**Luis A. Pacheco**
President - Ad Hoc Administrative Board

United States of America | PDVSA



**Alejandro Grisanti**
Ad Hoc Member of the Board
**PDVSA**



**Beth Urbanas**
Deputy Assistant Secretary for Asia and the Americas
**U.S. Department of Energy**



**Ali Moshiri**
CEO and President
**Amos Global Energy**
& Former President
**Chevron Africa and Latin America**



**Francisco Monaldi**
Fellow in Latin American Energy Policy
**Baker Institute for Public Policy, Rice University**



**César Mata-Garcia**
Advisor, Energy, Petroleum & Mines Commission



**Jeff Sipes**
Manager of Strategy & Business Development
**Bechtel**

 VIEW ALL SPEAKERS (HTTPS://WWW.VENEZUELAOILGAS.COM/SPEAKERS/)

 KEY TOPICS (HTTPS://WWW.VENEZUELAOILGAS.COM/BROCHURE-DOWNLOAD/)

## Roundtables at the Summit

The Roundtable Networking Discussions were a central feature of this Summit.

With participants representing all parts of the industry value chain from IOCs to Venezuelan companies the roundtables provided an excellent opportunity for delegates to discuss the key topics around the creation of a new modern oil industry in Venezuela in a frank, informal and open environment. The roundtable discussions were led by industry experts and the main topics were as follows:

**Roundtable 1: What can be done with the thousands of inactive wells?**
Juan Szabo, Energy Consultant

**Roundtable 2: Contractual considerations: What are the optimal contractual structure? What elements are important for investors?**
Vera de Brito de Gyarfas, Partner, Mayer Brown LLP

**Roundtable 3: What is the reality of the security situation and what strategies and measures need be taken to work safely in Venezuela?**

Raul Gallegos, Director, Control Risks

**Roundtable 4: The New Venezuelan Hydrocarbon Law: What do companies want to know?**

Cesar Mata-Garcia, Advisor, Energy, Petroleum & Mines Commission, National Assembly of **Venezuela**

# Are you interested in Participating in the future of Venezuela's Oil Industry?

- Come and meet top experts in Venezuela's oil industry and explore future opportunities for your company?
- Find out about the new hydrocarbon law and the future investment climate
- Highlight the role your company could play in revitalizing Venezuela's oil industry

- REGISTER YOUR PLACE TODAY ()

## 2019 Sponsors

2019 Sponsor

 (https://www.bechtel.com/)

 (https://www.citgo.com/)

Supporting Organisation

 ( http://vapa-us.org/)

# Be Part of the New Modern Oil Industry in Venezuela

To get involved, please contact **Mohamad Kantar** on + 44 20 7978 0081 or email: [venezuela@thecwcgroup.com (mailto:mkantar@thecwcgroup.com)](mailto:mkantar@thecwcgroup.com)

✉ CONTACT US TODAY (HTTPS://WWW.VENEZUELAOILGAS.COM/CONTACT-US/)

© Global Future Energy Ltd. 2021 | View our Privacy Policy (https://www.thecwcgroup.com/privacy-policy/)

 (http://www.thecwcgroup.com/)   #VenezuelaOG (https://twitter.com/hashtag/VenezuelaOG)

July 2021

# Summit Features

These features have been designed with facilitating open, frank dialogue between participants

The Summit has been designed with the participants in mind. There will be the following opportunities available:



With participants representing IOCs, Government and local companies, the roundtables will provide an amazing opportunity for participants to discuss the key topics around the creation of a new modern oil industry in Venezuela in a frank, informal and open environment.  Participants will be able to discuss directly with companies and Government and hear in-depth updates on the next steps and strategies to revitalise the Venezuelan oil and gas industry.



The Summit will also bring the opportunity for participants to engage in B2B meetings with Government to discuss the future plans for the development of the oil and gas industry in Venezuela. Don't miss this unique opportunity to stay ahead of your competitors and hear the plans directly from top Venezuelan officials. Meetings will be allocated on a first come first serve basis.

The Summit is under Chatham House Rule.

# Be Part of the New Modern Oil Industry in Venezuela

To get involved, please contact **Mohamad Kantar** on + 44 20 7978 0081 or email: venezuela@thecwcgroup.com (mailto:mkantar@thecwcgroup.com)

✉ CONTACT US TODAY (HTTPS://WWW.VENEZUELAOILGAS.COM/CONTACT-US/)

© Global Future Energy Ltd. 2021 | View our Privacy Policy (https://www.thecwcgroup.com/privacy-policy/)

(http://www.thecwcgroup.com/) #VenezuelaOG (https://twitter.com/hashtag/VenezuelaOG)

July 2021

# Key Topics

Ahead of the programme being released, view the key topics to be discussed

- Plans and vision for the creation of a new modern oil & gas industry
- Strategic opportunities in the oil and gas sector
- The key components of the new hydrocarbons law to attract investment
- Financing and investment required to develop the industry
- Infrastructure rehabilitation and reservoir optimization
- The role of cutting edge technology in boosting production
- Ensuring Venezuelans benefit from the revitalisation of the oil and gas industry

**The Summit will also discuss the opportunities available for Venezuelan businesses, how knowledge transfer and partnerships with international companies will have a long lasting impact in the local economy and the creation of a new modern oil and gas industry in Venezuela.**

The Summit will be under Chatham House Rule and therefore there will be **NO PRESS** allowed inside the Summit.

To be one of the first to view the programme , sign up to our newsletter or give us a call today on +44 207 978 0081

✔ SIGN UP TO NEWSLETTER ()

© Global Future Energy Ltd. 2021 | View our Privacy Policy (https://www.thecwcgroup.com/privacy-policy/)