

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

Direct Dial:   (302) 472-7315
Email:   shirzel@hegh.law

April 20, 2021

**BY ELECTRONIC FILING**
The Honorable Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

    Re:    *OI European Group B.V. v. Bolivarian Republic of Venezuela*,
            C.A. No. 1:19-mc-00290-LPS

    and

            *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venezuela*
            C.A. No. 1:20-mc-00257-LPS

Dear Chief Judge Stark:

Pursuant to the Court's January 29, 2021 oral order in Case No. 19-mc-00290 and the Court's February 9, 2021 oral order in Case No. 20-mc-00257 directing the parties in the above-referenced actions to meet and confer and file a joint status report by April 20, 2021 "advising the Court of the amount of time they are requesting for a hearing and whether any witness testimony will be presented" and whether the hearing should "be converted to a remote proceeding at the request of the parties," Plaintiffs OI European Group B.V. ("OIEG") and Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated ("Huntington Ingalls"), Defendant Bolivarian Republic of Venezuela and its Ministry of Defense (the "Republic"), and Intervenor Petróleos de Venezuela, S.A. ("PDVSA") submit this joint status report.

Counsel for the parties met and conferred on April 19, 2021, and discussed the following:

**1.**    **Remote vs. In-person Hearing**

The consensus of counsel is that the hearing should be conducted remotely via video-conferencing technology in light of the ongoing COVID pandemic, the size of the group expected to participate at the hearing, the fact that many of the attorneys involved in this case would need to travel on common carriers from outside the state, and the fact that not all counsel have yet been



The Honorable Leonard P. Stark
April 20, 2021
Page 2

fully vaccinated. The video component should be made available to counsel who are arguing and/or examining witnesses, as well as to those witnesses that will testify. Counsel for Huntington Ingalls would prefer an in-person hearing.

**2.   Witnesses**

Counsel for OIEG and Huntington Ingalls intend to call Horacio Francisco Medina Herrera, chair of the PDVSA *ad hoc* board, for cross-examination on his declaration. Mr. Medina would need to testify in Spanish with the assistance of a live English interpreter. The parties will coordinate the arrangement of simultaneous interpretation for this purpose. The parties agreed to make their respective Venezuelan law experts, Dr. Allan R. Brewer-Carías and Dr. Manuel Alejandro Gómez, available for testimony at the court's discretion in accordance with Federal Rule 44.1. OIEG submits that it has the right to cross examine affiants as to factual assertions contained in their affidavits.

**3.   Requests for Time**

Collectively, the parties anticipate that they will need a total of seven and a half hours for the hearing, including four hours for oral argument and three and a half hours for testimony (inclusive of any foreign law expert testimony permitted by the court). Counsel for OIEG requests two hours for oral argument and one hour for testimony. Counsel for Huntington Ingalls requests half an hour for oral argument and one and a half hours for testimony. The Republic and PDVSA request one and a half hours for oral argument and one hour for testimony.

Respectfully submitted,

*/s/ Samuel T. Hirzel, II*

Samuel T. Hirzel, II (#4415)
*Counsel for Petróleos de Venezuela, S.A.*

STH/cmw
cc:   All Counsel of Record (via e-filing)