IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V.,<br><br>      Plaintiff,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Defendant. | C.A. No. 19-mc-290 (LPS) |
| NORTHROP GRUMMAN SHIP SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA,<br><br>      Defendant. | C.A. No. 20-mc-00257 (LPS) |

**PLAINTIFFS' JOINT EXHIBIT LIST FOR
HEARING SCHEDULED FOR APRIL 30, 2021**

Plaintiffs and judgment creditors OI European Group B.V. ("OIEG") and Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated ("Huntington Ingalls"), file this joint Exhibit List for the hearing to be held on April 30, 2021, at 9:00 a.m. ET in connection with OIEG's Renewed Motion for an Order Authorizing the Issuance of a Writ of Attachment Fieri Facias, Case No. 19-mc-290 [D.I. 48], and Huntington Ingalls's Amended Motion for an Order Authorizing the Clerk of the Court to Issue a Writ of Attachment Fieri Facias, Case No. 20-mc-257 [D.I. 25].

1

**EXHIBIT LIST**

**I.     Exhibits from *OI European Group B.V. v. Bolivarian Republic of Venezuela*, No. 19-mc-290**

| Ex. # | Description |
|---|---|
| 1. | February 29, 2021 Declaration of Christopher L. Carter [D.I. 50] |
| 2. | Order issued by the District Court for the District of Columbia, dated May 21, 2019, granting OIEG's summary judgment motion and confirming OIEG's arbitral award against Venezuela [D.I. 50, Ex. 1] |
| 3. | Judgment that entered against Venezuela in favor of OIEG by the District Court for the District of Columbia, dated May 21, 2019 [D.I. 50, Ex. 2] |
| 4. | Opinion and order issued by the District Court for the District of Columbia, dated November 1, 2019, granting OIEG's motions for relief pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963 [D.I. 50, Ex. 3] |
| 5. | Official Gazette No. 1.769 issued by the Venezuelan Government, dated August 29, 1975, which created PDVSA pursuant to the Organic Law that Reserves the Hydrocarbons Industry and Commerce, along with a certified English translation of the relevant portion of the same [D.I. 50, Ex. 4] |
| 6. | Official Gazette No. 1.770 issued by the Venezuelan Government, dated August 30, 1975, which mandated the creation of PDVSA, along with a certified English translation of the relevant portion of the same [D.I. 50, Ex. 5] |
| 7. | Official Gazette No. 38.081 issued by the Venezuelan Government, dated December 7, 2004, which adopts PDVSA's Articles of Incorporation, directs PDVSA to "comply with and implement the policy on hydrocarbons enacted by the National Executive Branch," and calls for PDVSA's Board of Directors, President, Vice Presidents, and Shareholder Council to be appointed by Executive Order of the President, along with a certified English translation of the relevant portion of the same [D.I. 50, Ex. 6] |
| 8. | Official Gazette No. 6.147 issued by the Venezuelan Government, dated November 17, 2014, enacting the Public Administration Organic Law, along with a certified English translation of the relevant portion of the same [D.I. 50, Ex. 7] |
| 9. | Guidelines for the Renegotiation of the Chavez/Maduro Era Legacy Public External Debt, published on July 1, 2019, by the Office of the Special Attorney General of the Bolivarian Republic of Venezuela at https://www.creditslips.org/files/wp-deuda-oper-eng.pdf [D.I. 50, Ex. 8] |
| 10. | Statement from President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaido as the Interim President of Venezuela, issues on January 23, 2019 and available at https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela/ [D.I. 50, Ex. 9] |
| 11. | List of Permanent Representatives and Observers to the United Nations in New York |

|     |     |
| --- | --- |
|     | as of January 28, 2021, available at https://protocol.un.org/dgacm/pls/site.nsf/files/HoM/$FILE/HeadsofMissions.pdf [D.I. 50, Ex. 10] |
| 12. | Declaration of Jose Ignacio Hernandez filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del. Aug. 14, 2017) [D.I. 50, Ex. 11] |
| 13. | Declaration of Alejandro Schmilinsky filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151 (D. Del. Nov. 3, 2017) [D.I. 50, Ex. 12] |
| 14. | News report titled "Venezuelan PDVSA officially moves its office from Lisbon to Moscow," published by CE Notiscias Financieras and dated September 11, 2019 [D.I. 50, Ex. 13] |
| 15. | News report titled "Venezuelan Guaido's team proposed 90-day truce to PDVSA bondholders: sources," published by Reuters and dated October 18, 2019 [D.I. 50, Ex. 14] |
| 16. | News report titled "Allies of Venezuela's Guaido file lawsuit over PDVSA 2020 bond," published by Reuters and dated October 29, 2019 [D.I. 50, Ex. 15] |
| 17. | News report titled "Venezuela's Maduro pledges funds for Argentine shipyard to finish PDVSA tankers," published by Reuters and dated November 4, 2019 [D.I. 50, Ex. 16] |
| 18. | Press release from the U.S. Department of the Treasury entitled "United States Government Continues Pressure on Former Maduro Regime," dated January 21, 2020 and available at https://home.treasury.gov/news/press-releases/sm884 [D.I. 50, Ex. 17] |
| 19. | Press release from the U.S. Department of the Treasury entitled "Treasury Targets Venezuelan Oil Sector Sanctions Evasion Network," dated January 19, 2021 and available at https://home.treasury.gov/news/press-releases/sm1239 [D.I. 50, Ex. 18] |
| 20. | Press release from the U.S. Department of the Treasury entitled "Treasury Sanctions Venezuela's State-Owned Oil Company Petroleos de Venezuela, S.A.," dated January 28, 2019 and available at https://home.treasury.gov/news/press-releases/sm594 [D.I. 50, Ex. 19] |
| 21. | Executive Order 13857, dated January 25, 2019 and available at https://home.treasury.gov/system/files/126/13857.pdf [D.I. 50, Ex. 20] |
| 22. | OFAC Frequently Asked Question 660, available at https://home.treasury.gov/policy-issues/financial-sanctions/faqs/660 [D.I. 50, Ex. 21] |
| 23. | Executive Order 13884, dated August 5, 2019 and available at https://www.govinfo.gov/content/pkg/FR-2019-08-07/pdf/2019-17052.pdf [D.I. 50, Ex. 22] |
| 24. | Declaration of Jose Ignacio Hernandez filed in *Tidewater v. Bolivarian Republic of Venezuela*, Case No. 19-mc-0079 (D. Del. June 1, 2020) [D.I. 50, Ex. 23] |
| 25. | Declaration of Ambassador Carlos Alfredo Vecchio, filed as Exhibit A to the Declaration of Joseph E. Neuhaus [D.I. 50, Ex. 24] |
| 26. | OFAC Frequently Asked Question 808, available at https://home.treasury.gov/policy- |

|     | issues/financial-sanctions/faqs/808 [D.I. 50, Ex. 25] |
| --- | --- |
| 27. | Declaration of Barbara Miranda [D.I. 51] |
| 28. | News report titled "EU, Lima Group sour on Venezuela's Guaido," published by Argus Media and dated January 6, 2021 [D.I. 51, Ex. 1] |
| 29. | Screenshot taken on February 15, 2021, of PDVSA's corporate governance information as posted on PDVSA's website, http://www.pdvsa.com/index.php?option=com_content&view=article&id=6558&Itemid=891&lang=en (last visited February 15, 2021) [D.I. 51, Ex. 2] |
| 30. | News report titled "Venezuelan Prosecutor to Investigate Guaido Appointments," published by AP News and dated February 14, 2019 [D.I. 51, Ex. 3] |
| 31. | News report titled "Venezuela Lawmakers Loyal to Maduro Open Door to Prosecution of Guaido," published by Reuters and dated April 2, 2019 [D.I. 51, Ex. 4] |
| 32. | Press release issued by CITGO Petroleum on February 28, 2020 titled "Gerd Knutsen Released from Seizure," available at https://www.citgo.com/press/news-room/news-room/2020/gerd-knutsen-released-from-seizure [D.I. 51, Ex. 5] |
| 33. | News report titled "Venezuela's oil producer to open its Moscow office in April," published by the Financial Times and dated March 18, 2019 [D.I. 51, Ex. 6] |
| 34. | News report titled "Exclusive: After U.S. sanctions, Venezuela seeks to collect from oil payments via Rosneft," published by Reuters on April 18, 2019 [D.I. 51, Ex. 7] |
| 35. | News report titled "Venezuela sells oil to Turkey-registered firm, as sanctions bite," published by Al Jazeera Media Network on July 8, 2019 [D.I. 51, Ex. 8] |
| 36. | News report titled "Venezuela's PDVSA brings in Indian firm to help revive crude output, repair refineries," published by S&P Global on November 12, 2019 [D.I. 51, Ex. 9] |
| 37. | PDVSA press release titled "Presidente Maduro Anuncia Nuevo Esquema de Precios y Subsidio de la Gasolina," published by PDVSA and dated May 30, 2020 [D.I. 51, Ex. 10] |
| 38. | News report titled "Trabajador de PDVSA, Arrestado Tras Criticar a Maduro: Dirigente Sindical," published by Infobae, an Argentinian news website, and dated May 11, 2020 [D.I. 51, Ex. 11] |
| 39. | Venezuela's Official Gazette No. 6.531 titled "Gaceta Oficial de la Republica Bolivariana de Venezuela," and dated April 27, 2020 [D.I. 51, Ex. 12] |
| 40. | News report titled "Maduro Nombra a un Primo de Chávez Presidente de la Filial de PDVSA en EEUU," published by El Pais, a Spanish newspaper, and dated November 23, 2017 [D.I. 51, Ex. 13] |
| 41. | PDVSA press release titled "The Presidential Commission "Ali Rodriguez Araque" for the Defense, Restructuring and Reorganization of the Oil Industry," dated February 20, 2020, as posted on PDVSA's website. http://www.pdvsa.com/index.php?option=com_content&view=article&id=9472:the- |

|     |     |
| --- | --- |
|     | presidential-commission-ali-rodriguez-araque-for-the-defense-restructuring-and-reorganization-of-the-oil-industry&catid=10&Itemid=908&lang=en  (last visited February 16, 2021) [D.I. 51, Ex. 14] |
| 42. | Screenshot of the official website of the Department of Homeland Security taken on August 11, 2020, reporting Tareck El Aissami as a wanted specially designated narcotics trafficker [D.I. 51, Ex. 15] |
| 43. | News report titled "PDVSA's New Head Has Been Planning a Drastic Reorganization," published by Bloomberg and dated April 28, 2020 [D.I. 51, Ex. 16] |
| 44. | News report titled "Venezuela Appoints Alleged Drug Trafficker El Aissami as Oil Minister," published by Reuters and dated April 27, 2020 [D.I. 51, Ex. 17] |
| 45. | News report titled "PDVSA le Quita Unilateralmente la Concesión a Estaciones de Servicio," published by Crónica Uno, a Venezuelan news website, and dated June 27, 2020 [D.I. 51, Ex. 18] |
| 46. | Tweet posted by PDVSA's official Twitter account (@PDVSA) on June 1, 2020 [D.I. 51, Ex. 19] |
| 47. | Tweet posted by Tareck El Aissami on Twitter (@TareckPSUV) on May 27, 2020 [D.I. 51, Ex. 20] |
| 48. | Tweet posted on Twitter by Tareck El Aissami (@TareckPSUV) on May 25, 2020 [D.I. 51, Ex. 21] |
| 49. | Tweet posted by Tareck El Aissami on Twitter (@TareckPSUV) on May 23, 2020 [D.I. 51, Ex. 22] |
| 50. | News report entitled "Maduro Sube el Precio de la Gasolina y Abre la Puerta a la Venta en Dólares," published by ABC Internacional, a Spanish newspaper, and dated May 31, 2020 [D.I. 51, Ex. 23] |
| 51. | News report titled "How Venezuela's Presidential Standoff Fizzled Out," published by The Washington Post and dated July 31, 2020 [D.I. 52, Ex. 24] |
| 52. | News report titled "Venezuela's Congress to Voice Concern to U.S. over Nynas Sanctions Removal," published by Reuters and dated May 13, 2020 [D.I. 52, Ex. 25] |
| 53. | News report titled "Venezuela's opposition-controlled PDVSA board criticizes Nynas deal," published by Reuters and dated May 13, 2020 [D.I. 52, Ex. 26] |
| 54. | News report titled "Que hay detras del avion venezolano que aterrizo en Atenas?" published by Contexto Diario, a Venezuelan news website, on March 5, 2019, reporting that a PDVSA plane landed in Athens with Venezuela's Minister of Foreign Affairs, Jorge Arreaza, onboard [D.I. 52, Ex. 27] |
| 55. | News report titled "Kamla to PM: Did PDVSA officials visit T&T in March?" published by Loop News on May 8, 2020 [D.I. 52, Ex. 28] |
| 56. | Tweet posted by PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on May 31, 2019 [D.I. 52, Ex. 29] |

| 57. | Tweet posted by PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on June 4, 2019 [D.I. 52, Ex. 30] |
|---|---|
| 58. | Tweet posted by PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on July 17, 2019 [D.I. 52, Ex. 31] |
| 59. | News report titled "Maduro Planificó Fuga de Alex Saab con un Avión Falcon y un Barco en Guinea," published by PanAm Post and dated July 13, 2020 [D.I. 52, Ex. 32] |
| 60. | News report titled "'He's the Go-To Guy': Venezuelan Dealmaker Alex Saab Arrested," published by the Financial Times and dated June 28, 2020 [D.I. 52, Ex. 33] |
| 61. | News report titled "Cape Verde Approves Extradition to U.S. of Venezuelan Regime's Financial Whiz," published by the Miami Herald and dated July 14, 2020 [D.I. 52, Ex. 34] |
| 62. | News report titled "Maduro Envía a Cuba Cuatro Cargueros de Petróleo en Plena Escasez Nacional de Gasolina," published by ABC Internacional, a Spanish newspaper, and dated March 30, 2020 [D.I. 52, Ex. 35] |
| 63. | News report titled "Aseguran que el Buque Beauty One Carga Gasolina en El Palito Para Trasladarla a Cuba," published by El Nacional and dated July 20, 2020 [D.I. 52, Ex. 36] |
| 64. | Press report titled "Venezuela opposition plans to get oil money from U.S. fund," published by Reuters on February 6, 2019 [D.I. 52, Ex. 37] |
| 65. | Press report titled "Following the money behind Venezuela's coup," published by CBC on April 30, 2019 [D.I. 52, Ex. 38] |
| 66. | News report titled "Maduro ordenó a trabajadores de Pdvsa atacar a Guaidó por sanciones a Rosneft," published by El Nacional and dated February 19, 2020. [D.I. 52, Ex. 39] |
| 67. | News report titled "To Fight or Adapt? Venezuela's Fading Opposition Struggles to Keep Going," published by the New York Times on February 13, 2021 [D.I. 52, Ex. 40] |
| 68. | Tweet posted by PDVSA's official Twitter account (@PDVSA) on February 10, 2021, in support of "Ley Antibloqueo" [D.I. 52, Ex. 41] |
| 69. | Tweet posted by PDVSA's official Twitter account (@PDVSA) on December 15, 2020. An excerpt of the tweet is accurately translated in the English language as "The objective we set ourselves last year was to reactivate Petrocaribe at its best, it is the challenge we set ourselves for 2021, its productive expansion." [D.I. 52, Ex. 42] |
| 70. | Ministry of Petroleum's tweet posted by PDVSA's official Twitter account (@PDVSA) on February 15, 2021. The Ministry's tweet provides a schedule for fuel distribution at PDVSA locations [D.I. 52, Ex. 43] |
| 71. | Tweet posted by PDVSA's official Twitter account (@PDVSA) on February 16, 2021, which includes a picture that states, in part "In PDVSA we think as a Nation." [D.I. 52, Ex. 44] |

| 72. | Tweet posted by PDVSA's official Twitter account (@PDVSA) on February 11, 2021, which includes a picture that states, in part "In PDVSA we think as a Country." [D.I. 52, Ex. 45] |
|---|---|
| 73. | Supplemental Declaration of Barbara Miranda [D.I. 78] |
| 74. | Government's Trial Brief, filed by the United States in *U.S. v. Jose Luis de Jongh Atencio*, Case No. 20-cr-0305 (S.D. Tex. Mar. 16, 2021) [D.I. 78, Ex. 1] |
| 75. | Declaration of Enrique José Sánchez Falcón in Support of Defendants' Cross-Motion Pursuant to Fed. R. Civ. P. 56(d), filed by PDVSA in *Cimontubo - Tubagens E Soldadura, LDA v. Petroleos De Venezuela, S.A. et al*, Case No. 1:20-cv-05382 (S.D.N.Y. Aug. 20, 2020) [D.I. 78, Ex. 2] |
| 76. | Tweet posted by the PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on March 25, 2021 [D.I. 78, Ex. 3] |
| 77. | Press release from the U.S. Department of Treasury entitled "Removal of Venezuela-related General License 13E, Issuance of Venezuela-related General Licenses 3H and 9G, and Amended Frequently Asked Questions," dated May 12, 2020, and available at https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20200512 [D.I. 78, Ex. 5] |
| 78. | Tweet, and attached notice, posted by the PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on December 17, 2019 [D.I. 78, Ex. 6] |
| 79. | Order Enforcing Final Order and Judgment, entered in *Jimenez v. Palacios*, Case No. 2019-0490 (Del. Ch. Dec. 17, 2019) [D.I. 78, Ex. 7] |
| 80. | Council Conclusions on Venezuela published by the Council of the European Union on January 25, 2021, and available at https://www.consilium.europa.eu/media/48053/st05582-en21.pdf [D.I. 78, Ex. 8] |
| 81. | Press release from the U.S. Department of Treasury entitled "Treasury Further Targets Entities and Vessels Moving Venezuelan Oil to Cuba," dated September 24, 2019, and available at https://home.treasury.gov/news/press-releases/sm784 [D.I. 78, Ex. 9] |
| 82. | Second Supplemental Declaration of Barbara Miranda [D.I. 86] |
| 83. | Press release published on the PDVSA ad hoc board's website titled "The ad hoc Administrative Board of Petróleos de Venezuela, S.A. Announces Payment of the PDVSA 2020 Coupon.," dated April 29, 2019, and available at http://pdvsa-adhoc.com/notice1/ [D.I. 86, Ex. 1] |
| 84. | Press release published on the PDVSA ad hoc board's website titled "The ad hoc administrative board of Petróleos de Venezuela, S.A. announces that the National Assembly of the Bolivarian Republic of Venezuela has authorized the payment of interest on the PDVSA 2020 bond," dated May 9, 2019, and available at http://pdvsa-adhoc.com/notice2/ [D.I. 86, Ex. 2] |
| 85. | Press release published on the PDVSA ad hoc board's website titled "The ad hoc Administrative Board of Petróleos de Venezuela, S.A. Announces Payment of the PDVSA 2020 Coupon.," dated May 15, 2019, and available at http://pdvsa- |

| | |
|---|---|
| | adhoc.com/notice3/ [D.I. 86, Ex. 3] |
| 86. | PDVSA Organization Chart published in the English language version of the PDVSA corporate website available at http://www.pdvsa.com/index.php?option=com_content&view=article&id=6544&Itemid=889&lang=en [D.I. 86, Ex. 4] |
| 87. | The Bolivarian Republic of Venezuela's Responses and Objections to Plaintiff's First Set of Requests for Admissions [D.I. 80] |
| 88. | Original Spanish copy of the February 5, 2019, Statute to Govern a Transition to Democracy to Reestablish the Full Force and Effect of the Constitution of the Bolivarian Republic of Venezuela ("Transition Statute") [D.I. 12-2] |
| 89. | Certified English translation of the February 5, 2019, Statute to Govern a Transition to Democracy to Reestablish the Full Force and Effect of the Constitution of the Bolivarian Republic of Venezuela ("Transition Statute") [D.I. 18-1] |
| 90. | Original Spanish copy of the February 8, 2019, Decree ("Appointment Decree") [D.I. 12-4] |
| 91. | Certified English copy of the February 8, 2019, Decree ("Appointment Decree") [D.I. 18-3] |
| 92. | Original Spanish copy of the April 10, 2019, "Decree on the Special Rules Governing the Ad-Hoc Administrative Board of PDVSA and Its Subsidiary Companies" ("Decree No. 3" or "Governance Decree") [D.I. 12-6] |
| 93. | Certified English translation of the April 10, 2019, "Decree on the Special Rules Governing the Ad-Hoc Administrative Board of PDVSA and Its Subsidiary Companies" ("Decree No. 3" or "Governance Decree") [D.I. 18-5] |

**II.    Exhibits from *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of The Republic of Venezuela*, Case No. 1:20-mc-00257**

| Ex. # | Description |
|---|---|
| | |
| 94. | Declaration of Alexander A. Yanos in Support of Plaintiff's Amended Motion for a Writ of Attachment *Fieri Facias* [D.I. 27] |
| 95. | District Court in the Southern District of Mississippi's Memorandum Opinion and Order Granting Plaintiff Northrop Grumman Ship Systems, Inc.'s Motion for Recognition and Execution of Arbitration Award, *Northrop Grumman Ship Sys., Inc. v. Ministry of Def. of the Republic of Venez.*, No. 1:02-cv-00785-HSO-RHW (Mar. 31, 2020) [D.I. 27-3] |
| 96. | District Court in the Southern District of Mississippi's Order Granting In Part And Denying In Part Without Prejudice Plaintiff's Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, *Northrop Grumman Ship Sys., Inc. v. Ministry of Def. of the Republic of Venez.* No. 1:02-cv-00785-HSO-RHW (July 23, 2020) [D.I. 27-4] |
| 97. | News report titled "Oil output goes AWOL in Venezuela as soldiers run PDVSA," REUTERS (Dec. 26, 2018) [D.I. 27-5] |

| 98. | "Minister Quevedo Inspected Full Operability of VHICOA", PETROLEOS DE VENEZUELA, S.A. (PVDSA.com) (Oct. 28, 2019) [D.I. 27-6] |
|---|---|
| 99. | News report titled "Venezuela names El Aissami to PDVSA board of directors," REUTERS (Sept. 9, 2018) [D.I. 27-7] |
| 100. | News report titled "Maduro taps US fugitive to revamp Venezuela oil industry," ASSOCIATED PRESS (Apr. 27, 2020) [D.I. 27-8] |
| 101. | News report titled "After U.S. Backs Juan Guaido as Venezuela's Leader, Maduro Cuts Ties", NEW YORK TIMES (Jan. 23, 2019) [D.I. 27-9] |
| 102. | Statement Recognizing Venezuelan National Assembly President Juan Guaidó as the Interim President of Venezuela, THE WHITE HOUSE (Jan. 23, 2019) [D.I. 27-10] |
| 103. | News report titled "U.S. Shields Citgo From Creditors in Win for Venezuela's Guaido," (Oct. 24, 2019) [D.I. 27-11] |
| 104. | "Guaidó on recovered assets: 'Our commitment is to Venezuelans and transparency,'" Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Aug. 7, 2020) [D.I. 27-12] |
| 105. | Renzo Pipoli, "Venezuela's Guaidó to name new boards of PDVSA and Citgo," UPI (Jan. 29, 2019) [D.I. 27-14] |
| 106. | "Venezuelan Interim Government Achieves Strengthening of U.S. Treasury Measures for the Protection of CITGO and Other Assets", Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Nov. 21, 2019) [D.I. 27-15] |
| 107. | PDVSA Memorandum of Law in Support of Motion for Summary Judgment, *Petroleos De Venez. S.A. et al v. MUFG Union Bank, N.A. et al*, No. 1:19-cv-10023 (S.D.N.Y. June 15, 2020) [D.I. 27-16] |
| 108. | "PDVSA's ad hoc Board of Directors highlights the transparent management of its subsidiaries in the U.S.," Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Aug. 5, 2020) [D.I. 27-17] |
| 109. | News report titled "Venezuela's opposition names new members to PDVSA ad-hoc board," REUTERS (June 30, 2020) [D.I. 27-18] |
| 110. | "U.S. Treasury Department Extends Protection to Citgo from PDVSA 2020 Bonds (Press Release)," Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (July 15, 2020) [D.I. 27-20] |
| 111. | "NY District Court responds favorably to the appeal of the Interim Government with a ruling that prevents holders of the PDVSA 2020 Bond from acting against CITGO's Assets," Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Dec. 29, 2020) [D.I. 27-21] |
| 112. | "President (e) Guaidó after court ruling on PDVSA 2020 bonds: 'CITGO remains protected,'" Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Oct. 17, 2019) [D.I. 27-22] |

| | |
|---|---|
| 113. | News report titled "Venezuela's congress to voice concern to U.S. over Nynas sanctions removal," REUTERS (May 14, 2020) [D.I. 27-23] |
| 114. | News report titled "Venezuela's Guaidó names Citgo chief executive to board," REUTERS (July 9, 2020) [D.I. 27-24] |
| 115. | Expert Report of Manuel A. Gomez in Support of Plaintiff's Motion for Relief Under 28 U.S.C. §16[1]0(c) and for a Writ of Attachment *Fieri Facias* [D.I. 28] |
| 116. | Declaration of Alexander A. Yanos in Support of Plaintiff's Amended Motion for a Writ of Attachment *Fieri Facias* Reply Brief, filed in *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of The Republic of Venezuela*, Case No. 1:20-mc-00257 (D. Del. Apr. 16, 2021) [D.I. 38] |
| 117. | Presentation entitled "Presentación de resultados 2019 – 2020, Junta Administradora Ad Hoc De PDVSA" [D.I. 38-1] |
| 118. | Certified Translation of "Presentación de resultados 2019 – 2020, Junta Administradora Ad Hoc De PDVSA" [D.I. 38-2] |
| 119. | Article entitled "Louis Pacheco: 'Si No Hubiésemos Demandado Los Bonistas Habrían Hecho Una Fiesta Y Tomado Citgo," EMBAJADA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA, (Nov. 17, 2020) [D.I. 38-3]. |
| 120. | Certified Translation of "Louis Pacheco: 'Si No Hubiésemos Demandado Los Bonistas Habrían Hecho Una Fiesta Y Tomado Citgo," EMBAJADA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA, (Nov. 17, 2020) [D.I. 38-4] |
| 121. | News report titled "Venezuela's PDVSA, in default, says total debt remained unchanged in 2019," REUTERS (Jan. 27, 2020) [D.I. 38-5] |
| 122. | "Venezuela Oil & Gas" website, https://www.venezuelaoilgas.com [D.I. 38-6] |
| 123. | Expert Report of Manuel A. Gomez in Support of Northrop Grumman Ship Systems, Inc's Reply to Petroleos De Venezuela, S.A's Cross-Motion to Dismiss for Lack of Jurisdiction and in Opposition of Plaintiff's Amended Motion for a Writ of Attachment Fieri Facias [D.I. 39] |
| 124. | News report titled "Venezuela's Guaido Taps $152 Million of Frozen Funds in the U.S.," BLOOMBERG (Apr. 22, 2021) |
| 125. | News report titled "¡Ahora PDVSA es del Pueblo!", Aporrea, 11 March 2006 |
| 126. | Certified Translation of Francisco J. Torres, "¡Ahora PDVSA es del Pueblo!", Aporrea, 11 March 2006 |
| 127. | Ana Vanessa Herrero, "Venezuela's Leader, Maduro Cuts Ties", The New York Times, 23 January 2019 |
| 128. | Congressional Research Service, "Venezuela: Background and U.S. Relations" Updated June 4, 2019 |
| 129. | U.S. Department of State, "U.S. Relations With Venezuela", 6 July 2020 |
| 130. | Agencia EFE, "Guaido anuncia la creacion de un `centro de gobierno' con Leopoldo |

|   |   |
|---|---|
|   | Lopez a cargo", 28 August 2019 |
| 131. | Certified Translation of Agencia EFE, "Guaido anuncia la creacion de un `centro de gobierno' con Leopoldo Lopez a cargo", 28 August 2019 |
| 132. | Ludmila Vinogradoff, "El régimen de Maduro Venezuela: un "Tribunal Supremo de Justicia" en el exilio se instala en la OEA," Clarín.com, Oct. 12, 2017 |
| 133. | Certified Translation of Ludmila Vinogradoff, "El régimen de Maduro Venezuela: un "Tribunal Supremo de Justicia" en el exilio se instala en la OEA," Clarín.com, Oct. 12, 2017 |
| 134. | "Parlamento chileno aprueba proyecto que reconoce la legitimidad del TSJ venezolano en el exilio," LaPatilla (Oct. 4, 2018). |
| 135. | Certified Translation of "Parlamento chileno aprueba proyecto que reconoce la legitimidad del TSJ venezolano en el exilio," LaPatilla (Oct. 4, 2018). |
| 136. | Asamblea Nacional de la Republica Bolivariana de Venezuela, "Acuerdo para la ampliacion de las facultades otorgadas y el numero de miembros de la Junta Administradora Ad-Hoc de Petroleos de Venezuela, S.A. (PDVSA)", 9 April 2019 |
| 137. | Certified Translation of Asamblea Nacional de la Republica Bolivariana de Venezuela, "Acuerdo para la ampliacion de las facultades otorgadas y el numero de miembros de la Junta Administradora Ad-Hoc de Petroleos de Venezuela, S.A. (PDVSA)", 9 April 2019 |
| 138. | Asamblea Nacional, "Acuerdo que autoriza el use de recursos de Petroleos de Venezuela, S.A. (PDVSA) para la defensa de sus activos en el extranjero", 1 October 2019 |
| 139. | Certified Translation of Asamblea Nacional, "Acuerdo que autoriza el use de recursos de Petroleos de Venezuela, S.A. (PDVSA) para la defensa de sus activos en el extranjero", 1 October 2019 |
| 140. | Asamblea Nacional, "Acuerdo que autoriza la creacion del fondo especial de litigios", 19 November 2019 |
| 141. | Certified Translation of Asamblea Nacional, "Acuerdo que autoriza la creacion del fondo especial de litigios", 19 November 2019 |
| 142. | Centro de Comunicacion Nacional, "Gobierno Legitimo: Medidas OFAC garantizan proteccion de CITGO pese a fallo de la Corte de Delaware", 14 January 2021 |
| 143. | Certified Translation of Centro de Comunicacion Nacional, "Gobierno Legitimo: Medidas OFAC garantizan proteccion de CITGO pese a fallo de la Corte de Delaware", 14 January 2021 |
| 144. | News report titled "Venezuela's Nicolás Maduro strengthens grip as Juan Guaidó loses foreign support", The Times, 7 January 2021 |
| 145. | News report titled "As Maduro's grip on Venezuela tightens, Guaidó's support abroad shows signs of fracturing", The Miami Herald, 6 January 2021 |
| 146. | Junta Administradora Ad Hoc de PDVSA, News |
| 147. | News report entitled "Sources: Guaido allies take slice of first Venezuela budget," published by the Associated Press (Aprl. 23, 2020) |

11

| | |
|---|---|
| 148. | Venezuela's Memorandum in Opposition to Summary Judgment in the matter *Koch Minerals Sàrl, et. al. v. Bolivarian Rep. of Venez.*, 1:17-cv-02559-ZMF, D.I. 53 (Apr. 5, 2021). |

The Plaintiffs reserve the right to amend this Exhibit List and/or introduce additional exhibits, including without limitation for purposes of rebuttal or impeachment. Plaintiffs also reserve the right to rely upon and use as evidence (i) the exhibits used by any other party at the hearing, and (ii) any pleading or other document filed in the above-captioned cases.

Dated: April 28, 2021            Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**      **SEQUOR LAW, P.A.**

By: */s/ Jody C. Barillare*

Jody C. Barillare, Bar No. 5107      Edward H. Davis, Jr. (*pro hac vice*)
1201 N. Market Street, Suite 2201      Fernando J. Menendez (*pro hac vice*)
Wilmington, DE 19801      Cristina Vicens Beard (*pro hac vice*)
Telephone: 302-574-3000      1111 Brickell Avenue, Suite 1250
Facsimile: 302-574-3001      Miami, FL 33131
jody.barillare@morganlewis.com      Telephone: 305-372-8282
     Facsimile: 305-372-8202
- and -      edavis@sequorlaw.com
     fmenendez@sequorlaw.com
Sabin Willett (*pro hac vice)*      cvicens@sequorlaw.com
Jonathan M. Albano (*pro hac vice*)
Christopher L. Carter (*pro hac vice*)
One Federal Street
Boston MA 02110
Telephone: 617-341-7700
Facsimile: 617-341-7701
sabin.willett@morganlewis.com
jonathan.albano@morganlewis.com
christopher.carter@morganlewis.com

*Attorneys for Plaintiff, OI European Group B.V.*

| | |
|---|---|
| OF COUNSEL: | */s/* Laura Davis Jones _____<br>Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503) |
| Alexander A. Yanos *pro hac vice*<br>Carlos Ramos-Mrosovsky *pro hac vice*<br>Rajat Ranna *pro hac vice*<br>Robert Poole *pro hac vice*<br>ALSTON & BIRD, LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>212-210-9400<br>alex.yanos@alston.com<br>carlos.ramos-mrosovsky@alston.com<br>rajat.rana@alston.com<br>robert.poole@alston.com | Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, Suite 1700<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br>ljones@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>*Attorneys for Plaintiff Northrop Grumman Ship Systems, Inc.* |

13