IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

NORTHROP GRUMMAN SHIP
SYSTEMS, INC.,

    Plaintiff.,

v.

THE MINISTRY OF DEFENSE OF THE
REPUBLIC OF VENEZUELA,

    Defendant.

C.A. No. 1:20-mc-00257-LPS

**FIFTH DECLARATION OF ALEXANDER A. YANOS**

Pursuant to 28 U.S.C § 1746, I, Alexander A. Yanos, declare as follows:

1. I am an attorney at Alston & Bird, LLP and counsel for Petitioner Huntington Ingalls Incorporated ("Plaintiff" or "Huntington Ingalls") in the above-captioned matter.

2. I submit this declaration to place on the docket additional sources mentioned and used during the April 30, 2021 hearing in this case.

3. The below exhibits will also be included in the copies of exhibits the Court requested at the close of the April 30, 2021 hearing.

4. Attached hereto as "**Plaintiffs' Exhibit 113**" is a corrected copy of Exhibit 23 to the Second Yanos Declaration, (D.I. 27-23): Luc Cohen, "Venezuela's congress to voice concern to U.S. over Nynas sanctions removal," REUTERS (May 14, 2020), https://www.reuters.com/article/venezuela-pdvsa-nynas-usa-idINKBN22Q0H2.
An advertisement obstructed relevant text in the prior pdf of this website.

5. Attached hereto as "**Plaintiffs' Exhibit 124**" is a true and accurate copy of Alex Vasquez, "Venezuela's Guaido Taps $152 Million of Frozen Funds in the U.S.," BLOOMBERG

1

(Apr. 22, 2021), *available at* https://www.bloomberglaw.com/product/blaw/document/ QRZ1VHT0G1KY?criteria_id=7e8711e7272cc24b53d7336cfd74a8f0.

6. Attached hereto as "**Plaintiffs' Exhibit 147**" is a true and accurate copy of Joshua Goodman, "Sources: Guaido allies take slice of first Venezuela budget," published by the Associated Press (Apr. 23, 2020), *available at* https://apnews.com/article/latin-america-virus-outbreak-caribbean-ap-top-news-venezuela-bd68454e33c7cf5a57fe7bdfa32fe5a7.

7. Attached hereto as "**Plaintiffs' Exhibit 148**" is a true and accurate copy of Venezuela's Memorandum in Opposition to Summary Judgment in the matter *Koch Minerals Sàrl, et. al. v. Bolivarian Rep. of Venez.*, 1:17-cv-02559-ZMF, D.I. 53 (Apr. 5, 2021).

8. Attached hereto as "**Plaintiffs' Exhibit 149**" is a certified Spanish translation of excerpts from Exhibit 107, PDVSA Memorandum of Law in Support of Motion for Summary Judgment, *Petróleos De Venez. S.A. et al v. MUFG Union Bank, N.A. et al*, No. 1:19-cv-10023 (S.D.N.Y. June 15, 2020) [D.I. 27-16].

9. Attached hereto as "**Plaintiffs' Exhibit 150**" is a true and accurate Spanish version of Plaintiffs' Exhibit 9, Guidelines for the Renegotiation of the Chavez/Maduro Era Legacy Public External Debt, as published on July 7, 2019, by the Former Special Attorney General of Venezuela, Jose Ignacio Hernandez, at https://twitter.com/ignandez/status/1147866812295581702?lang=en.

10. Attached hereto as "**Plaintiffs' Exhibit 151**" is a true and accurate copy of Huntington Ingalls's PowerPoint presentation as delivered during its opening presentation at the April 30, 2021 hearing in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|  |  |
|---|---|
| Dated: May 5, 2021<br>        New York, New York | Respectfully submitted,<br><br>*(signature)*<br>_____<br>Alexander A. Yanos (*pro hac vice*)<br>**ALSTON & BIRD LLP**<br>90 Park Avenue<br>New York, NY 10016<br>Tel: 202-210-9400<br>Fax: 212-210-9444<br>alex.yanos@alston.com |