

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
COSTA MESA, CA

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**LOS ANGELES**

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**NEW YORK**

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**COSTA MESA**

650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**

FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Peter J. Keane

November 2, 2021

pkeane@pszjlaw.com
302.778.6462

**VIA CM/ECF AND HAND DELIVERY**

Hon. Leonard P. Stark
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venezuela*, 1:20-mc-00257-LPS

Dear Judge Stark:

I write on behalf of Plaintiff Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated ("Huntington Ingalls"), to request a status conference in the above-captioned proceeding during the hearing already scheduled for November 8, 2021, at 9:30 a.m.  *See* Oral Order, *Crystallex International Corporation v. Bolivarian Republic of Venezuela*, 1:17-mc-00151 (Oct. 29, 2021 D. Del.).

Huntington Ingalls requests the same opportunity already granted to judgment creditor OI European Group B.V. ("OIEG") in the similar matter, *OI European Group B.V. v. Bolivarian Republic of Venezuela*, Case No. 19-mc-290-LPS.  *See* Oral Order, *OI European Group B.V.*, Case No. 19-mc-290-LPS (Oct. 29, 2021) (granting OIEG the opportunity to be heard at the November 8, 2021 hearing). During this time, Huntington Ingalls would like to address how the Proposed Order (A) Establishing Sale and Bidding Procedures, (B) Approving Special Master's Report and Recommendation Regarding Proposed Sale Procedures Order, (C) Affirming Retention of Evercore as Investment Banker by Special Master and (D) Regarding Related Matters (the "Proposed Sales Procedure Order") filed in the *Crystallex* proceedings may affect its stance as an additional judgment creditor.  *See* Proposed Sales Procedure Order, *Crystallex*, Case No. 17-151-LPS (D. Del. Sep. 15, 2021) [D.I. 348].



LAW OFFICES

November 2, 2021
Page 2

Respectfully,

PACHULSKI STANG ZIEHL
& JONES LLP

*/s/ Peter J. Keane*

Peter J. Keane (DE Bar No. 5503)
Email: pkeane@pszjlaw.com

2