IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V.,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Misc. No. 19-290-LPS |
| NORTHROP GRUMMAN SHIP SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA,<br><br>Defendant. | Misc. No. 20-257-LPS |
| ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., and LDO (CAYMAN) XVIII LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Misc. No. 21-46-LPS |
| RUSORO MINING LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Misc. No. 21-481-LPS |

## ORDER

At Wilmington, this **23rd** day of **March 2023**, consistent with and for the reasons stated in the Opinion issued this same date, **IT IS HEREBY ORDERED** that:

1. OI European Group B.V.'s renewed motion (Misc. No. 19-290 D.I. 48) for an order authorizing the issuance of a writ of attachment *fieri facias*, pursuant to 28 U.S.C. § 1610(c), is conditionally **GRANTED**. The cross-motion to dismiss filed by Petróleos de Venezuela, S.A. ("PDVSA") (Misc. No. 19-290 D.I. 64) is **DENIED**.

2. Huntington Ingalls Incorporated's ("Huntington") amended motion (Misc. No. 20-257 D.I. 25) for an order authorizing the issuance of a writ of attachment *fieri facias*, pursuant to 28 U.S.C. § 1610(c), is conditionally **GRANTED**. Huntington's initial motion (Misc. No. 20-257 D.I. 3) is **DENIED AS MOOT**. PDVSA's cross-motion to dismiss (Misc. No. 20-257 D.I. 31) is **DENIED**.

3. ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd.'s motion (Misc. No. 21-46 D.I. 2) for an order authorizing the issuance of a writ of attachment *fieri facias*, pursuant to 28 U.S.C. § 1610(c), is conditionally **GRANTED**. PDVSA's cross-motion to dismiss (Misc. No. 20-46 D.I. 21) is **DENIED**.

4. Rusoro Mining Limited's motion (Misc. No. 21-481 D.I. 2) for an order authorizing the issuance of a writ of attachment *fieri facias*, pursuant to 28 U.S.C. § 1610(c), is conditionally **GRANTED**. PDVSA's cross-motion to dismiss (Misc. No. 21-481 D.I. 32) is **DENIED**.

5. PDVSA's motion for a protective order and to quash the non-party subpoena (Misc. No. 19-290 D.I. 73) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of this Court is authorized to affix its original signature and seal on the parties' writs of attachment *fieri facias*, but the Clerk of Court is directed **not** to issue the writ of attachment until the Court has received evidence that the Office of Foreign Assets Control has authorized the issuance and service of such writ or removed

the prohibition and sanctions currently in place that prevent the issuance and service of such a writ, or until some further order with different instructions issues from this Court;

**IT IS FURTHER ORDERED** that the parties (i.e., all parties listed in the captions of this order along with the parties in Misc. Nos. 22-156 and 22-453) shall meet and confer and, no later than **March 28, 2023**, submit a joint status report, advising the Court (in addition to anything else they wish to report) of the parties' proposal(s) for how it should now proceed, including by attaching any form of additional order any party believes the Court should enter; and

**IT IS FURTHER ORDERED** that the parties shall appear for a status conference on **March 30, 2023**, in Courtroom 4A in the Boggs Federal Building in Wilmington, Delaware, at **2:30 p.m.**

                                                                   HONORABLE LEONARD P. STARK
                                                                   UNITED STATES DISTRICT COURT