

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
COSTA MESA, CA

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

COSTA MESA
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

TELEPHONE: 714/384 4750
FACSIMILE: 714/384 4751

WEB:  www.pszjlaw.com

Peter J. Keane    March 29, 2023    pkeane@pszjlaw.com
302.778.6462

**VIA CM/ECF AND HAND DELIVERY**
Hon. Leonard P. Stark
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venezuela*, 20-mc-257-LPS, and *Koch Minerals Sàrl, et al. v. Bolivarian Republic of Venezuela*, 22-mc-156-LPS

Dear Judge Stark:

I write on behalf of both Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated ("Huntington Ingalls"), as well as Koch Minerals Sàrl and Koch Nitrogen International Sàrl (collectively, "Koch"), in the above-captioned matters to request permission for our co-counsel, Alexander Yanos of Alston & Bird, LLP, to appear via teleconference at the March 30, 2023, status conference scheduled for 2:30 P.M. in Wilmington, Delaware. Mr. Yanos has conflicting commitments which will not allow an in-person appearance. The undersigned Delaware counsel will be attending in person. Mr. Yanos may need to address the Court via teleconference.

DOCS_DE:242762.1 61134/001



March 29, 2023
Page 2

        Respectfully submitted,

        PACHULSKI STANG ZIEHL
        & JONES LLP

        */s/ Peter J. Keane*

        Peter J. Keane (DE Bar No. 5503)
        Email: pkeane@pszjlaw.com

cc: All Counsel of Record via CM/ECF