# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V.,<br><br>      Plaintiff,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Defendant. | Case No. 19-mc-290-LPS |
| NORTHROP GRUMMAN SHIP SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA,<br><br>      Defendant. | Case No. 20-mc-257-LPS |
| ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., and LDO (CAYMAN) XVIII LTD.,<br><br>      Plaintiffs,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Defendant. | Case No. 21-mc-46-LPS |
| RUSORO MINING LIMITED,<br><br>      Plaintiff,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Defendant. | Case No. 21-mc-481-LPS |

| | |
|---|---|
| KOCH MINERALS SÀRL, KOCH NITROGEN INTERNATIONAL SÀRL,<br><br>    Plaintiffs,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 22-mc-156-LPS |
| GOLD RESERVE INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 22-mc-453-LPS |

### [PROPOSED] ORDER RECOGNIZING THAT THE COURT HAS BEEN DIVESTED OF JURISDICTION [OR GRANTING MOTION TO STAY] PENDING APPEAL

AND NOW, this ____ day of _____, 2023, this Court having considered Petróleos de Venezuela, S.A.'s ("PDVSA") motion for an order recognizing that this Court has been divested of jurisdiction or, alternatively, for an unconditional stay to the same effect pending final resolution of PDVSA's appeals from the Court's March 23, 2023 Opinion and Order [No. 1:19-mc-00290, D.I. 131, 132; No. 1:20-mc-00257, D.I. 78, 79; No. 1:21-mc-00046, D.I. 56, 57; No. 1:21-mc-00481, D.I. 43, 44] and the Orders entered on March 31, 2023 in the related cases [No. 1:22-mc-156, D.I. 21; No. 1:22-mc-00453, D.I. 27], all of which denied PDVSA's sovereign immunity under the Foreign Sovereign Immunities Act (the "Appeals"),

**IT IS HEREBY ORDERED** that:

1. The motion is **GRANTED** insofar as

    a. the Court recognizes that it is divested of jurisdiction with respect to any and all parts of the action against PDVSA in the above-captioned cases pending final resolution of the Appeals; [or

    b. the above-captioned case are stayed pending final resolution of the Appeals].

_____
United States Circuit Judge